# EXHIBIT G



**POLICY NUMBER:** CPP20918180101
**ACCOUNT NUMBER:** 10030806

IL DS 71 05 02 08

# COMMON POLICY DECLARATIONS

| | |
|---|---|
| AMERISURE INSURANCE COMPANY<br>26777 HALSTED ROAD<br>FARMINGTON HILLS, MI 48331-3586 | GUY, HURLEY, BLASER & HEUER, LLC<br>1080 KIRTS BLVD #500<br>TROY, MI 48084<br><br>0165282-00 |

NAMED INSURED: KAMMINGA & ROODVOETS, INC.

CERTIFICATION

The undersigned certifies this to be a full, true and correct copy of policy # CPP20918180101

MAILING ADDRESS: 3435 BROADMOOR
GRAND RAPIDS, MI 49508

effective 04/01/2015 to 04/01/2016

Amerisure Insurance Co.

By

POLICY PERIOD: FROM __04/01/2015__ TO __04/01/2016__ AT 12:01 A.M. STANDARD
TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

Daniel Johnson

BUSINESS DESCRIPTION | CONTRACTOR

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**



THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART | $ |
| COMMERCIAL AUTOMOBILE COVERAGE PART | |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | |
| COMMERCIAL INLAND MARINE COVERAGE PART | |
| COMMERCIAL LIABILITY UMBRELLA | |
| COMMERCIAL PROPERTY COVERAGE PART | |
| CRIME AND FIDELITY COVERAGE PART | |
| EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART | |
| EQUIPMENT BREAKDOWN COVERAGE PART | |
| FARM COVERAGE PART | |
| LIQUOR LIABILITY COVERAGE PART | |
| POLLUTION LIABILITY COVERAGE PART | |
| PROFESSIONAL LIABILITY COVERAGE PART | |
| EMPLOYEE BENEFIT LIABILITY COVERAGE PART | |

Premium shown is payable:$ _____ at inception. $ _____

Issue Date: __04/23/2015__

IL DS 71 05 02 08                 INSURED COPY                 Page 1 of 2

AIC000001

**FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS):**

**"SEE FORMS & ENDORSEMENT SCHEDULE"**

| Countersigned: | By: |
|---|---|
| (Date) | (Authorized Representative) |

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSEWHERE AT THE COMPANY'S OPTION.

AIC000002

**AMERISURE MUTUAL INSURANCE COMPANY**
**AMERISURE INSURANCE COMPANY**

**Informational Notice for Florida Policyholders and Certificateholders**

Should you have a dispute concerning your premium or about a claim, you should contact your independent agent first.

You may call the company's toll-free telephone number to present inquiries, obtain information about coverage or to provide assistance in resolving complaints at:

**1-800-282-2743**

**A 40 36 03 10**

AIC000003

# FLORIDA
# COINSURANCE CONTRACT

## ADVISORY NOTICE TO POLICYHOLDERS

Coinsurance Contract: The rate charged is based upon the use of the coinsurance clause attached to this policy, with the consent of the insured.

**AN 12 49 03 07**

**AIC000004**

# Forms and Endorsements Schedule

**Policy Number:**  CPP20918180101          **Effective Date:**  04/01/2015

**Named Insured:**  KAMMINGA & ROODVOETS, INC.

| Form Number | Description |
| --- | --- |
| **COMMON FORMS** | |
| AN 12 49 03 07 | FLORIDA COINSURANCE CONTRACT - ADVISORY NOTICE TO POLICYHOLDERS |
| IL 00 17 11 98 | COMMON POLICY CONDITIONS |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| IL 02 86 09 08 | MICHIGAN CHANGES - CANCELLATION AND NONRENEWAL |
| IL 70 27 07 01 | PRIVACY PROTECTION CONDITION |
| IL 70 62 05 11 | MICHIGAN EXEMPT POLICYHOLDER ENDORSEMENT |
| M 10 89 05 09 | AMERISURE INSURANCE COMPANY - SIGNATURE PAGE |
| M 11 06 07 09 | AMERISURE INSURANCE COMPANY - SIGNATURE PAGE |
| A 50 00 07 09 | AMERISURE INSURANCE COMPANY - PARTICIPATION |

AIC000005

**COMMERCIAL PROPERTY**
CP DS 70 00 09 06

# COMMERCIAL PROPERTY COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.** CPP20918180101                    ☒ "X" If Suplemental Declarations Is Attached

**EFFECTIVE DATE** 04/01/2015          **EXPIRATION DATE** 04/01/2016

---

**NAMED INSURED**

---

KAMMINGA & ROODVOETS, INC.


3435 BROADMOOR
GRAND RAPIDS, MI 49508

---

**DESCRIPTION OF PREMISES**

---

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|-----------|-----------|--------------------------------------|

SEE SCHEDULE

---

**COVERAGES PROVIDED**

---

**Insurance At The Described Premises Applies Only For
Coverages For Which A Limit Of Insurance Is Shown**

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* | Rates |
|-----------|-----------|----------|--------------------|-----------------------|--------------|-------|

SEE SCHEDULE


***If Extra Expense Coverage, Limits On Loss Payment**

---

**DEDUCTIBLE**

---

$500. **Exceptions:** SEE SCHEDULE


**DATE OF ISSUE** 04/23/2015

## OPTIONAL COVERAGES

### Applicable Only When Entries Are
### Made In The Schedule Below

| | | **Agreed Value** | | | | **Replacement Cost (X)** | | |
|---|---|---|---|---|---|---|---|---|
| **Prem. No.** | **Bldg. No.** | **Expiration Date** | **Cov.** | **Amount** | | **Building** | **Pers. Prop.** | **Including "Stock"** |

SEE SCHEDULE

**Inflation Guard (%):**     Bldg. _____ %        Pers. Prop. _____ %

**\*Monthly Limit Of Indemnity (Fraction): (     )**

**\*Maximum Period Of Indemnity (X):       (     )**

**\*Extended Period Of Indemnity (Days):  (     )**

**\*Applies to Business Income Only**


## MORTGAGEHOLDERS

| **Prem. No.** | **Bldg. No.** | **Mortgageholder Name And Mailing Address** |
|---|---|---|


## FORMS APPLICABLE

**To All Coverages:**     SEE FORMS AND ENDORSEMENTS SCHEDULE

**To Specific Premises/Coverages:**

| **Prem. No.** | **Bldg. No.** | **Coverages** | **Form Number** |
|---|---|---|---|


AUDIT PERIOD (IF APPLICABLE)   ☐ ANNUALLY   ☐ SEMI-ANNUALLY   ☐ QUARTERLY   ☐ MONTHLY

STATE TAX OR OTHER (if applicable)
BALANCE TO MINIMUM
TOTAL PREMIUM

AIC000007

**Prem #:** 001    **Bldg #:** 001      3435 BROADMOOR SE
                                GRAND RAPIDS, MI 49512

           **Construction Type:**    JOISTED MASONRY - OTHER THAN REINFORCED

**COVERAGE:** BUILDING

           **Coverage Option(s):**
           REPLACEMENT COST

           **LIMIT**                      **COINSURANCE**             **DEDUCTIBLE**

**COVERAGE:** BUILDING-EQUIPMENT BREAKDOWN

           **LIMIT**                                                        **DEDUCTIBLE**

**COVERAGE:** PERSONAL PROPERTY-INSURED

           **Coverage Option(s):**

           **LIMIT**                      **COINSURANCE**             **DEDUCTIBLE**

**COVERAGE:** PERSONAL PROPERTY-INSURED-EQUIPMENT BREAKDOWN

           **LIMIT**                                                        **DEDUCTIBLE**

CP DS 71 01 09 06                                              Page 1 of 2

AIC000008

# Commercial Property Coverage Schedule (continued)

**COVERAGE:** BUSINESS INCOME

      **Coverage Option(s):**

      **LIMIT**                                                 **DEDUCTIBLE**

**COVERAGE:** BUSINESS INCOME-EQUIPMENT BREAKDOWN

      **LIMIT**

**Rating Elements**

MICHIGAN
    CONTRACTORS ADVANTAGE COMMERCIAL PROPERTY COVERAGE FORM

AIC000009

# Named Insured Schedule

**POLICY NUMBER** CPP20918180101          **EFFECTIVE DATE** 04/01/2015

**NAMED INSURED** KAMMINGA & ROODVOETS, INC.

**Named Insured**

KAMMINGA & ROODVOETS, INC.


REITH-RILEY CONSTRUCTION CORPORATION

**IL DS 71 04 09 06**                                                    **Page** 1   **of** 1

AIC000010

# Forms and Endorsements Schedule

**Policy Number:**    CPP20918180101      **Effective Date:**   04/01/2015

**Named Insured:**    KAMMINGA & ROODVOETS, INC.

| Form Number | Description |
|---|---|
| IL 70 39 01 08 | POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE |
| CP 00 30 06 07 | BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM |
| CP 00 90 07 88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 01 20 01 08 | MICHIGAN CHANGES |
| CP 01 40 07 06 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP 72 90 03 14 | EQUIPMENT BREAKDOWN SUBLIMITS SCHEDULE |
| CP 74 45 02 08 | CONTRACTORS ADVANTAGE PROGRAM COMMERCIAL PROPERTY COVERAGE |

AIC000011

# Miscellaneous Schedule

**Policy Number:** CPP20918180101      **Effective Date:** 04/01/2015

**Account Number:** 10030806      **Expiration Date:** 04/01/2016

**Named Insured:** KAMMINGA & ROODVOETS, INC.

**Producer Number:** 0165282-00      GUY, HURLEY, BLASER & HEUER, LLC

**Policy Type:** PAID-LOSS
SPECIAL RISK

**Group Name (If Applicable):**

IL DS 71 02 09 06

AIC000012

# AMERISURE INSURANCE COMPANY

26777 Halsted Road, Farmington Hills, Michigan 48331-3586
Phone 1-800-257-1900

## ASSIGNMENT

Assignment of this policy is valid only with the written consent of this Company.

## POLICY CONTENT

This policy is made and accepted subject to the foregoing provisions and stipulations and those which follow. These provisions, in addition to those added by amendment or endorsement are a part of this policy.

This policy consists of the Common Policy Declarations, Coverage Parts and endorsements listed in that Declarations form. In return for the payment of the premium, the Company agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy.

The Company has by its authorized representative executed and attested to these provisions as reflected below.

Secretary                            President

M 11 06 07 09

AIC000013

# AMERISURE INSURANCE COMPANY

26777 Halsted Road, Farmington Hills, MI 48331-3586
Phone 1-800-257-1900

## PARTICIPATION

This policy is non-assessable. You may participate in the distribution of dividends to the extent and upon the conditions fixed and determined by the Board of Directors. Dividends cannot be guaranteed. Any distribution will be made in accordance with law.

A 50 00 07 09

AIC000014

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

AIC000015

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# PRIVACY PROTECTION CONDITION

This endorsement modifies the following:

## COMMON POLICY CONDITIONS

**Privacy Protection**

The COMMON POLICY CONDITIONS is modified to include the following additional Condition: Privacy Protection

a. This policy provides that you will report claims to us as soon as practicable and will cooperate with us in the investigation and settlement of claims. To enable you to assist us in the claim handling process we, or our independent agent, may share certain information with you. This information may be Confidential Information. Confidential Information means non-public personal information. This information will be shared solely for the purpose of helping to effect, administer or enforce rights and benefits payable or recoverable under this policy.

b. You agree to use such Confidential Information solely to perform the services and obligations required under this policy. You will not use Confidential Information for any other purpose. You will use information shared to:

(1) work with us to develop settlement or litigation strategies on your behalf.
(2) detect and investigate any suspected fraud.
(3) support our safety, loss prevention, and case management programs. Case management includes utilization review, disability management, return to work, and light duty programs.
(4) check your premium charges and billings for accuracy.
(5) monitor our claim handling practices for quality assurance, quality improvement and performance evaluation purposes.
(6) report to us any information that may contribute to the fair and final resolution of all claims.

You specifically agree not to use any Confidential Information to market your products or services. You will also not use Confidential Information to make personnel or employment related decisions.

c. You agree to protect the privacy of Confidential Information. You will not share Confidential Information, either directly or indirectly with any third party, except as may be allowed by law. You will share Confidential Information only with your employees who have a need for such information to perform their duties under this policy. If you need to disclose any Confidential Information to a third party in order to perform your duties under this policy, you will first get our written consent. You will then enter into a confidentiality agreement with such third party. Under that confidentiality agreement such third party must be restricted from disclosing, using or copying Confidential Information, except as consistent with this policy.

Nothing in this endorsement shall affect the coverage provided by this policy. Provided, however, if permitted by law, we may cancel your policy in the event you use or disclose Confidential Information other than as provided in this endorsement or permitted by law.

**IL 70 27 07 01**

AIC000016

**POLICYHOLDER DISCLOSURE**
**NOTICE OF TERRORISM**
**INSURANCE COVERAGE**

Coverage for acts of terrorism is included in your current policy.

A.  Disclosure of Premium.

Amerisure does not charge additional premium for this coverage. Furthermore, your annual premium does not include any charges for the portion of losses covered by the United States government under the Act.

B.  Disclosure of Federal Participation in Payment of Terrorism Losses

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

C.  Cap On Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

Name of Insurer:  AMERISURE INSURANCE COMPANY

Policy Number:   CPP20918180101

Includes with its permission, copyrighted material of ISO Properties, Inc. 2007

IL 70 39 01 08

AIC000017

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARLIER NOTICE OF CANCELLATION PROVIDED BY US

**Number of Days Notice**          90

For any statutorily permitted reason **other than nonpayment of premium,** the number of days required for notice of cancellation is increased to the number of days shown in the Schedule above.

If this policy is cancelled by us we will send the Named Insured and any party listed in the following schedule notice of cancellation based on the number of days notice shown above.

## SCHEDULE

**Name of Person or Organization**

The Name of Person or Organization is any person or organization holding a certificate of insurance issued for you, provided the certificate:

1.  Refers to this policy;

2.  States that notice of:

    a. Cancellation;
    b. Nonrenewal; or
    c. Material change reducing or restricting coverage;

    will be provided to that person or organization;

3.  Is in effect at the time of the:

    a. Cancellation;
    b. Nonrenewal; or
    c. Material change reducing or restricting coverage; and

4.  Is on file at your agent or broker's office for this policy.

**Mailing Address**

The Mailing Address is the address shown for that person or organization in that certificate of insurance.

IL 70 45 05 07

# MICHIGAN EXEMPT POLICYHOLDER ENDORSEMENT

TO MICHIGAN POLICYHOLDERS: THIS POLICY IS EXEMPT FROM THE
FILING REQUIREMENTS OF SECTION 2236 OF THE MICHIGAN
INSURANCE CODE OF 1956 PA 218, MCL 500.2236.

IL 70 62 05 11

AIC000019

**COMMERCIAL PROPERTY**
**CP 00 30 06 07**

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.**, Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

© ISO Properties, Inc., 2007

**AIC000020**

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage – Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

© ISO Properties, Inc., 2007
AIC000021

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

   (a) Used in the construction, alterations or additions; or

   (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

  **(1) Business Income Other Than "Rental Value"**

   If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

   (a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

   (b) Ends on the earlier of:

    (i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

    (ii) 30 consecutive days after the date determined in **(1)(a)** above.

   However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

   Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

  If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

   (a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

   (b) Ends on the earlier of:

    (i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

    (ii) 30 consecutive days after the date determined in **(2)(a)** above.

   However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

   Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

  **(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.

  **(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

**AIC000022**

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage – Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage – Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**NEWLY ACQUIRED LOCATIONS**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

 © ISO Properties, Inc., 2007 CP 00 30 06 07
AIC000023

**c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations And New Buildings;
**2.** Civil Authority;
**3.** Extra Expense; or
**4.** Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

**a.** You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

AIC000024

### 3. Loss Determination

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

### c. Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

### 4. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

### D. Additional Condition

### COINSURANCE

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

 © ISO Properties, Inc., 2007 CP 00 30 06 07 □
**AIC000025**

Instead, we will determine the most we will pay using the following steps:

Step **(1):** Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2):** Divide the Limit of Insurance for the described premises by the figure determined in Step **(1);** and

Step **(3):** Multiply the total amount of loss by the figure determined in Step **(2).**

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

**(1)** Prepaid freight – outgoing;

**(2)** Returns and allowances;

**(3)** Discounts;

**(4)** Bad debts;

**(5)** Collection expenses;

**(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

**(7)** Cost of merchandise sold (including transportation charges);

**(8)** Cost of other supplies consumed (including transportation charges);

**(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

**(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

**(11)** All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

**(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
|---|---|---|
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $150,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1):** $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $150,000 ÷ $200,000 = .75

Step **(3):** $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
|---|---|---|
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**AIC000026**

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit of Insurance shown in the Declarations.

## 2. Monthly Limit Of Indemnity

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

## EXAMPLE

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

## 3. Business Income Agreed Value

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

© ISO Properties, Inc., 2007
AIC000027

**EXAMPLE**

When:    The Limit of Insurance is:    $ 100,000

         The Agreed Value is:    $ 200,000

         The amount of loss is:    $ 80,000

Step **(1):** $100,000 ÷ $200,000 = .50

Step **(2):** .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

   **4. Extended Period Of Indemnity**

     Under Paragraph **A.5.c., Extended Business Income,** the number 30 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**F. Definitions**

   **1.** "Finished stock" means stock you have manufactured.

     "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

     "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

   **2.** "Operations" means:

     **a.** Your business activities occurring at the described premises; and

     **b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

   **3.** "Period of restoration" means the period of time that:

     **a.** Begins:

       **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

       **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

     caused by or resulting from any Covered Cause of Loss at the described premises; and

     **b.** Ends on the earlier of:

       **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

       **(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

   **(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

   **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.** "Rental Value" means Business Income that consists of:

   **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   **b.** Continuing normal operating expenses incurred in connection with that premises, including:

     **(1)** Payroll; and

     **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** "Suspension" means:

   **a.** The slowdown or cessation of your business activities; or

   **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

AIC000028

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

**AIC000029**

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

 Copyright, ISO Commercial Risk Services, Inc., 1983, 1987 **CP 00 90 07 88**
**AIC000030**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part is replaced by the term Policy.

**B.** Paragraphs **1., 2., 3.** and **5.** of the **Cancellation** Common Policy Condition are replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us or our authorized agent advance notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured, with postage fully prepaid, written notice of cancellation at least:

    **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us or our authorized agent.

5. If this policy is cancelled, we will send the first Named Insured any pro rata premium refund due. The minimum earned premium shall not be less than the pro rata premium for the expired time or $25.00, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the:

1. Loss Payment Condition; and

2. Mortgageholders Condition:

    If a municipality has elected to apply the provisions of 1998 Michigan Public Act 217, a part of our payment for fire, explosion, vandalism, windstorm or hail, or riot or civil commotion loss or damage to your covered real property in that municipality will be withheld if the loss or damage is subject to the provisions of the Act. The withheld amount will be paid either to:

    **(a)** The municipality;

**(b)** You and the mortgageholder, if any; or

**(c)** With your consent, the licensed contractor hired by you to perform repair, replacement, or removal services on the lost or damaged real property;

according to the provisions of Public Act 217. We will notify you, any mortgageholder and the municipality of any loss subject to the provisions of Public Act 217.

**D.** The paragraph relating to prejudgment interest in Supplementary Payments in:

1. Legal Liability Coverage Form **CP 00 40;** and

2. Mortgageholders Errors And Omissions Coverage Form **CP 00 70;**

is replaced by the following:

Prejudgment interest awarded against the insured on the part of the judgment we pay.

**E. Commercial Property Coverage Part – Duties Amended**

1. The following, **E.2.** through **E.4.,** apply to the:

    **a.** Mortgageholders Errors And Omissions Coverage Form – Condition **H.3.b.** – Duties In The Event Of Loss – Coverages **C** and **D;** and

    **b.** Legal Liability Coverage Form – Condition **D.1.** – Duties In The Event Of Accident, Claim Or Suit.

2. Paragraph **H.3.b.(1)** in the Mortgageholders Errors And Omissions Coverage Form and Paragraph **D.1.b.** in the Legal Liability Coverage Form are replaced by the following:

    If a claim is made or "suit" is brought against you, you must see to it that we receive prompt notice of the claim or "suit".

3. Notice given by or on behalf of the insured to our authorized agent, with particulars sufficient to identify the insured, shall be considered notice to us.

© ISO Properties, Inc., 2007

AIC000031

**4.** Failure to:

   **a.** Give us prompt notice of an accident, claim or "suit"; or

   **b.** Immediately send us copies of demands, notices, summonses or legal papers received in connection with a claim or "suit";

shall not invalidate a claim made by you if it shall be shown that it was not reasonably possible to give us prompt notice or to immediately send us copies, and that you gave us notice and sent us copies as soon as was reasonably possible.

**F.** The following is added to the **Legal Action Against Us** Commercial Property Condition:

The time for commencing an action against us is tolled from the time you notify us of the loss or damage until we formally deny liability for the claim.

**G.** Except as provided in Paragraph **H.** of this endorsement, the **Appraisal** Loss Condition is replaced by the following:

**APPRAISAL**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and independent appraiser. The two appraisers will select a competent and impartial umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**H.** The **Appraisal** Loss Condition in:

   **1.** Business Income (And Extra Expense) Coverage Form **CP 00 30;** and

   **2.** Business Income (Without Extra Expense) Coverage Form **CP 00 32;**

is replaced by the following:

**APPRAISAL**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and independent appraiser. The two appraisers will select a competent and impartial umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

© ISO Properties, Inc., 2007
**CP 01 20 01 08**   □
**AIC000032**

**COMMERCIAL PROPERTY**
**CP 01 40 07 06**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

  **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

  **2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

**AIC000033**

# EQUIPMENT BREAKDOWN SUBLIMITS SCHEDULE

This endorsement modifies insurance provided under the following:

COMMAND ® PROPERTY COVERAGE PART - COMMERCIAL OUTPUT PROGRAM
ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART
CONTRACTORS ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE FORM

*These coverages apply to all locations covered on "your" policy, unless otherwise specified. The limits shown below are intended to apply when the "Specified Cause of Loss" and/or "Specified Peril" for a covered occurrence is an **"Equipment Breakdown"**, as defined. They are part of, and not in addition to, the policy "limit" for the applicable covered property. If similar limits are shown in your policy with terms and conditions that apply to "Causes of Loss" other than, or in addition to, **"Equipment Breakdown"**, then those limits apply to "Specified Causes of Loss" and/or "Specified Peril" that are not **"Equipment Breakdown"**.*

## PLEASE READ "YOUR" POLICY CAREFULLY.

| Coverages | Limits |
|---|---|
| **Expediting Expense** | $ Covered Property Policy "Limit" Applies |
| **Pollutants** | $ 250,000 |
| **Refrigerant Contamination** | $ 250,000 |
| **Spoilage** | $ 250,000 |
| **Computer Equipment** | $ Covered Property Policy "Limit" Applies |
| **Data Restoration** | $ 250,000 |
| **CFC Refrigerants** | $ Covered Property Policy "Limit" Applies |
| **Service Interruption** | $ Covered Property Policy "Limit" Applies |

**The above limits are the most we will pay for loss or damage caused by Equipment Breakdown, including actual loss of Business Income and necessary Extra Expense you incur, if covered by "your" policy.**

**DEFINITIONS** define how the above coverage limits will respond to an "Equipment Breakdown" under the following forms:

COMMAND ® PROPERTY COVERAGE PART - COMMERCIAL OUTPUT PROGRAM
ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART
CONTRACTORS ADVANTAGE COMMERCIAL PROPERTY COVERAGE PART

### Expediting Expenses

We will pay for the expediting expense loss resulting from an "**Equipment Breakdown**" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

**a)** Make temporary repairs;

**b)** Expedite permanent repairs; and

**c)** Expedite permanent replacement.

Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

**AIC000034**

**Pollutants** –

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "pollutant". This includes the additional expenses to clean up or dispose of such property.

"Pollutant" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

Additional costs mean those beyond what would have been required had no "pollutants" been involved.

### Refrigerant Contamination

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity controlled equipment at the described premises as a result of "**Equipment Breakdown**".

### Spoilage

We will pay for the loss of "perishable goods" due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by "**Equipment Breakdown**" to types of property covered by this policy that are:

**a)** Located on or within 1,000 feet of your described premises, and

**b)** Owned or operated by you, the building owner at your described premises, or owned by a public utility; and

**c)** Used to supply electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, water or steam to your described premises.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of any "Specified Causes of Loss" and/or "Specified Peril" except that included in the definition for "**Equipment Breakdown**".

### Computer Equipment

We will pay for the loss or damage caused by or resulting from "**Equipment Breakdown**" to "computer equipment".

### Data Restoration

We will pay for your cost to research, replace and restore data, including programs and operating systems that is lost or corrupted due to an "**Equipment Breakdown**".

**CFC Refrigerants** - the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances resulting from an "**Equipment Breakdown**". This means the additional expense to do the least expensive of the following:

**a)** Repair the damaged property and replace any lost CFC refrigerant;

**b)** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**c)** Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

**Service Interruption** - The insurance provided for Business Income and Extra Expense, if covered by "your" policy, is extended to apply to loss caused by or resulting from an "**Equipment Breakdown**" to equipment that is owned by a utility, landlord, or other supplier with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

AIC000035

# CONTRACTOR'S ADVANTAGE PROGRAM
# COMMERCIAL PROPERTY COVERAGE PART

## PART ONE - BUILDING AND PERSONAL PROPERTY COVERAGE

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.  Refer to section **H. – Definitions.**

### A.   Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

#### 1.   Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

   **a.   Building**, meaning the building or structure described in the Declarations, including:

   **(1)** Completed additions;

   **(2)** Fixtures, including outdoor fixtures;

   **(3)** Permanently installed:

   **(a)** Machinery and

   **(b)** Equipment;

   **(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

   **(a)** Fire extinguishing equipment;

   **(b)** Outdoor furniture;

   **(c)** Floor coverings; and

   **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

   **(5)** If not covered by other insurance:

   **(a)** Additions under construction, alterations and repairs to the building or structure;

   **(b)** Materials, equipment, supplies and temporary structures, on or within 1000 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   **(6)** The following while located on your described premises:

   **(a)** Antennas, satellite dishes and other communication equipment necessary to operate your business as a contractor; and

   **(b)** Signs, whether or not attached to buildings or structures.

   **b.   Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

   **(1)** Furniture and fixtures;

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000036**

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business, including computers;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    (a) Made a part of the building or structure you occupy but do not own; and

    (b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c.** Personal Property Of Others that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

## 2. Property Not Covered

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities except as provided for and defined in Additional Coverage (h.) Money and Securities of this Coverage Form. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne except as respects off premises or transit coverage as provided in the Additional Coverages or Coverage Extensions of this Form or the Causes of Loss—Special Form.

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

Includes copyrighted material of Insurance Services Office, Inc.

**CP 74 45 02 08 Revised**
**AIC000037**

**n.** Electronic data, except as provided under the Additional Coverages – Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph **n.,** does not apply to your "stock" of prepackaged software.

**o.** The cost to replace or restore the information on valuable papers and records, including those, which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those, which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

      This paragraph does not apply to:

      **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

      **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

      **(c)** Rowboats or canoes out of water at the described premises; or

      **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers.

**q.** The following property while outside of buildings:

   **(1)** Grain, hay, straw or other crops;

   **(2)** Fences, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

## 3. Covered Causes Of Loss

See **Part Two: Special Causes Of Loss.**

## 4. Additional Coverages

### a. Debris Removal

   **(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   **(2)** Debris Removal does not apply to costs to:

      **(a)** Extract "pollutants" from land or water; or

      **(b)** Remove, restore or replace polluted land or water.

   **(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

      **(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

      **(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Includes copyrighted material of Insurance Services Office, Inc.

**(4)** We will pay up to an additional $50,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

    **(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

    **(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

    Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $50,000.

**(5)** Examples

    The following examples assume that there is no Coinsurance penalty.

    **Example #1**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |

    ($10,000 is 20% of $50,000)

    The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

    **Example #2**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $30,000 |
| Debris Removal Expense Payable | |
|     Basic Amount | $10,500 |
|     Additional Amount | $19,500 |

    The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

Includes copyrighted material of Insurance Services Office, Inc.

        **CP 74 45 02 08 Revised**
**AIC000039**

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $19,500, which is less than the $50,000 maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is the full cost of $30,000.

### b. Preservation Of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 90 days after the property is first moved. We will also pay your expenses up to $5,000 to move covered property from the described premises to preserve it from loss or damage by a covered cause of loss.

### c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage. Amounts paid under this coverage are in addition to the Limits of Insurance.

### d. Pollutant Clean Up And Removal

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy. Amounts paid under this coverage are in addition to the Limits of Insurance.

### e. Ordinance or Law

**(1)** **Each Coverage** – For Coverage **(A)**, Coverage **(B)** and Coverage **(C)** the maximum we will pay for loss or damage under this provision is $250,000 in any one occurrence.

**(2)** **Coverage Applies:**

Coverage applies only if both **(2) (a)** and **(2) (b)** are satisfied and are then subject to the qualifications set forth in **(2)(c).**

**(a)** The ordinance or law:

**(i)** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**(ii)** Is in force at the time of loss.

Includes copyrighted material of Insurance Services Office, Inc.

AIC000040

But coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

**(b) (i)** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

**(ii)** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

**(iii)** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this section even if the building has also sustained covered direct physical damage.

**(c)** In the situation described in **(2) (b) (ii)** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this section. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss, up to the $250,000, otherwise payable under the terms of Coverages **(A), (B),** and/or **(C).**

**(3)** We will not pay under Coverage **(A), (B),** or **(C)** of this form for:

**(a)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(4) Coverage**

**(a) Coverage (A) – Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **(A)** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

**(b) Coverage (B) – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**(c) Coverage (C) – Increased Cost of Construction Coverage**

**(i)** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**1.** Repair or reconstruct damaged portions of that building; and/or

Includes copyrighted material of Insurance Services Office, Inc.

**2.** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

**1.** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**2.** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**(ii)** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **(c) (i)** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **(c)(i).**

**1.** The cost of excavations, grading, backfilling and filling;

**2.** Foundation of the building;

**3.** Pilings; and

**4.** Underground pipes, flues and drains.

The items listed in **(ii) 1** through **(ii) 4** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **(c) (ii).**

**(5) Loss Payment**

**(a)** All following loss payment Provisions, **(5)(b)** through **(5)(d)**, are subject to the apportionment procedures set forth in Section **e.(2)(c)** of this Additional Coverage.

**(b)** When there is a loss in value of an undamaged portion of a building to which Coverage A applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**(i)** If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

**1.** The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

**2.** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(ii)** If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

**1.** The actual cash value of the building at the time of loss; or

**2.** The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(c)** Loss payment under Coverage **B.** Demolition Cost Coverage will be determined as follows:

We will not pay more than the lesser of the following:

**(i)** The amount you actually spend to demolish and clear the site of the described premises; or

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000042**

              **(ii)** The Limit stated in e.(1).

      **(d)** Loss payment under Coverage **C** – Increased Cost of Construction Coverage will be determined as follows:

          **(i)** We will not pay under Coverage **C**:

              **1.** Until the property is actually repaired or replaced, at the same or another premises; and

              **2.** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

          **(ii)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

              **1.** The increased cost of construction at the same premises or;

              **2.** The Limit specified in e.(1).

          **(iii)** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

              **1.** The increased cost of construction at the new premises

              **2.** The Limit specified in e. (1).

  **(6)** The terms of this additional coverage apply separately to each building to which this section applies.

  **(7)** Under this additional coverage we will not pay for loss due to any ordinance or law that:

      **(a)** You were required to comply with before the loss, even if the building was undamaged; and

      **(b)** You failed to comply with.

**f.** **Electronic Data (Other than Accounts Receivable)**

  **(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered – Electronic Data, but does not include Accounts Receivable as provided below in this Form.

  **(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data, which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

  **(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage – Electronic Data, subject to the following:

      **(a)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Electronic Data.

      **(b)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

      **(c)** For purposes of this Additional Coverage only, the Causes of Loss are extended to include Electrical Injury and Mechanical Breakdown.

Includes copyrighted material of Insurance Services Office, Inc.

**CP 74 45 02 08 Revised**

**AIC000043**

Electrical injury means any direct physical loss or damage to Electronic Data caused by or resulting from sudden and accidental short circuit, blow-out or other electrical disturbance, other than lightning, due to power failure, power surge, overload or any other similar disturbance that:

(i)   Occurs within electrical or Electronic Data Processing Equipment, apparatus or devices, including wiring; and

(ii)  Originates at a location specified on the Declarations page or within 1000 feet from the building containing the electrical or Electronic Data Processing Equipment, apparatus or devices.

Mechanical Breakdown means direct physical loss or damage to Electronic Data caused by or resulting from its sudden and accidental mechanical breakdown. The breakdown must manifest itself by physical damage to the Electronic Data, which necessitates repair or replacement.

(4)  The most we will pay under this Additional Coverage – Electronic Data is $100,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

## g.  Extra Expense

We will pay the necessary extra expenses you incur due to a continuation of your normal operations in a temporary location or with temporary property due to loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss at any location described in the Declarations.

We will pay the costs over and above your Normal Operating Expenses which you incur that enable you to continue the operation of your business at a temporary location or with temporary equipment and only for the time reasonably necessary to repair or replace the damaged or destroyed Covered Property.

In calculating what we will pay for Extra Expenses, we will examine your books, records and accounts to determine what your Normal Operating Expenses would have been for the same period.

Normal Operating Expenses mean costs you would have incurred had no loss occurred. These costs are determined for the period of time, which begins as of the date of loss, but is not limited to the expiration date of the policy.

We will not pay for any increase of loss caused by or resulting from:

(1)  Interference at the premises by strikers or other persons causing a delay in rebuilding, repairing or replacing the property or resuming operations; or

(2)  Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that causes you Extra Expense during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extra Expense Coverage.

The most we will pay under this ADDITIONAL COVERAGE is $20,000 for any one "occurrence" during the policy period. Amounts paid under this coverage are in addition to the Limits of Insurance.

## h.  Money and Securities

We will pay your expenses incurred due to direct physical loss, damage or destruction of Money and Securities caused by or resulting from a Covered Cause of Loss when the Money and Securities are:

(1)  On the premises. This means:

(a)  The premises stated in the Declarations; or

Includes copyrighted material of Insurance Services Office, Inc.

AIC000044

**(b)** On the premises of a financial institution; or

**(c)** On the premises of a recognized place of safe deposit.

**(2)** Off the premises. This means:

**(a)** In an armored vehicle; or

**(b)** In the possession of any person authorized by you; but not while in the mail or in the custody of a carrier for hire other than an armored motor vehicle company.

Money is defined as currency, coins, bank notes, in current use and having a face value; and travelers checks, register checks and money orders held for sale to the public.

Securities are defined as negotiable and nonnegotiable instruments or contracts representing either money or property and includes:

**(a)** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**(b)** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

But does not include "money" or lottery tickets held for sale.

The most we will pay for loss under this ADDITIONAL COVERAGE in any one "occurrence" during the policy period is $10,000 per premises described on the Declarations and $10,000 off the premises. Amounts paid under this coverage are in addition to the Limits of Insurance. We will pay the cost to replace the Money when loss occurs to Money. When loss to Securities occurs, we will pay the "Actual Cash Value" of the Securities at the end of the last business day before the loss is discovered or the actual cost of replacing the Securities, whichever is less. We will not cover loss of income, interest or dividends that occur as a result of a covered loss.

**i.    Inventory or Appraisals**

We will pay the expenses you incur for a necessary inventory or appraisal that we require to assess values or determine the extent of damage after loss or damage to Covered Property by a Covered Cause of Loss at any location described in the Declarations. These expenses are in addition to the Limits of Insurance.

**j.    Accounts Receivable**

We will pay for expenses you incur due to direct physical loss or damage to your accounts receivable records (including those recorded as Electronic Data) caused by or resulting from a Covered Cause of Loss at a location described on the Declarations.

**(1)** The expenses we will pay include:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable; that result from Covered Causes of Loss to your accounts receivable records.

**(2)** We will not pay expenses for loss or damage under this ADDITIONAL COVERAGE caused by or resulting from any of the following:

**(a)** Bookkeeping, accounting or billing errors or omissions; or

**(b)** Electrical or magnetic injury, disturbance or erasure of Electronic Data records, except as a result of a direct loss caused by lightning.

Includes copyrighted material of Insurance Services Office, Inc.

The most we will pay for direct physical loss or damage to Accounts Receivable records under this ADDITIONAL COVERAGE is $50,000 at any one location described on the Declarations page (or within 1,000 feet of the described premises), or $25,000 while these records are in transit, for any one "occurrence" during the policy period. These payments are in addition to the Limits of Insurance.

(3) Loss payment will be determined as follows:

   (a) If you cannot accurately establish the amount of Accounts Receivable outstanding as of the time of loss, the following method will be used:

      (i) Determine the total of the average monthly amounts of Accounts Receivable for the 12 months immediately preceding the month in which the loss occurred; and

      (ii) Adjust that total for any normal fluctuations in the amount of Accounts Receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

   (b) The following will be deducted from the total amount of Accounts Receivable, regardless of how that amount is established:

      (i) The amount of the accounts for which there is no loss;

      (ii) The amount of the accounts that you are able to re-establish or collect;

      (iii) An amount to allow for probable bad debts that you are normally unable to collect; and

      (iv) All unearned interest and service charges.

Electronic data as used in this ADDITIONAL COVERAGE has the meaning described under Property Not Covered – Electronic Data.

**k.   Reward Coverage**

We will reimburse you for amounts you have offered and paid as reward(s), which have led to:

(1) The successful return of undamaged stolen Covered Property to a law enforcement agency; or

(2) The arrest and conviction of any person(s) who have damaged or stolen any of your Covered Property.

We will pay 100% of the covered reward payment up to a maximum of $25,000 or the amount of the payable loss if less. Amounts paid under this coverage are in addition to the Limits of Insurance. These Reward payments must be documented. No deductible applies to this ADDITIONAL COVERAGE.

**l.   Fire Protective Systems Discharge**

If the fire protective equipment at your covered location discharges accidentally or is activated by a Covered Cause of Loss, you may extend the insurance that applies to Your Business Personal Property to apply to your costs to:

(1) Refill or recharge the system with the extinguishing agent(s) that were discharged; and

(2) Replace or repair faulty valves or controls which caused the discharge.

The most we will pay under this ADDITIONAL COVERAGE is $100,000 for any one "occurrence" during the policy period. Amounts paid under this coverage are in addition to the Limits of Insurance.

**m.   Utility Services**

We will pay for loss of or damage to Covered Property, caused by an interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the property described below.

Loss or damage to Covered Property does not apply to loss or damage to electronic data, including destruction or corruption of electronic data.

Includes copyrighted material of Insurance Services Office, Inc.

AIC000046

**(1) Water Supply Services**

Water Supply Services, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2) Communication Supply Services**, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

It does not include overhead transmission lines.

**(3) Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

It does not include overhead transmission lines.

The most we will pay under this ADDITIONAL COVERAGE and under the Business Income Coverage Form, if applicable, is $25,000 for any one "occurrence" during the policy period.

**n.   Deferred Payments**

We will pay for expenses you incur caused by a Covered Cause of Loss to Personal Property in which you have an interest, but which has been sold by you under a conditional sale or trust agreement, or any installment or deferred payment plan after delivery to buyers.

In the event of a loss, coverage will be paid based on the value of the amount shown on your books as due from the buyer.  In cases of partial loss and the buyer refuses to continue payment, forcing you to repossess, coverage will be valued as follows:

**(1)** If the realized value of the repossessed property is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment.

**(2)** If the realized value of the repossessed property is less than the amount shown on your books as due from the buyer, we will pay the difference.

**(3)** If partial loss occurs and the buyer continues to pay you, there will be no loss payment.

The most we will pay for loss under this ADDITIONAL COVERAGE is $10,000 in any one "occurrence" during the policy.  This amount is part of and not in addition to the Limits of Insurance.

**o.   Tenant's Building Glass**

We will pay for direct physical loss of or damage to building glass at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss, provided that:

**(a)** You are a tenant of the building; and

**(b)** You have a contractual responsibility to insure the building glass, or a contractual responsibility to pay for loss or damage to that property.

If required by law, glass is covered at the cost of replacement with safety glazing material.

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000047**

The most we will pay in any one occurrence under this Additional Coverage is the limit of insurance shown in the Declarations for Your Business Personal Property for the premises at which the loss or damage occurred.

**5.    Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1000 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.    Newly Acquired Or Constructed Property**

**(1)    Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)**    Your new buildings while being built on the described premises; and

**(b)**    Buildings you acquire at locations, other than the described premises, intended for:

**(i)**    Similar use as the building described in the Declarations; or

**(ii)**    Use as a warehouse.

The most we will pay for loss or damage under this EXTENSION is 50% of the Limit of Insurance for Building shown in the Declarations, but not more than $1,000,000 at each building.

**(2)    Your Business Personal Property**

**(a)**    If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)**    Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)**    Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)**    Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this EXTENSION is 25% of the Limit of Insurance for Your Business Personal Property shown in the Declarations, but not more than $500,000 at each building.

**(b)**    This Extension does not apply to:

**(i)**    Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)**    Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3)    Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)**    This policy expires;

**(b)**    180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)**    You report values to us.

Includes copyrighted material of Insurance Services Office, Inc.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b.   Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)**   Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)**   Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $15,000 at each described premises, but not more than $2500 per any one covered person. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c.   Valuable Papers And Records (Other Than Electronic Data)**

**(1)**   You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records, which exist as electronic data or to Accounts Receivable. Electronic data has the meaning described under Property Not Covered – Electronic Data.

**(2)**   Under this Extension, the most we will pay to replace or restore the lost information is $50,000 at each described premises, unless a higher limit is shown in the Declarations. Amounts paid under this coverage are in addition to the Limits of Insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d.   Property Off-Premises**

**(1)**   You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)**   Temporarily at a location you do not own or operate;

**(b)**   At any fair, trade show or exhibition.

**(2)**   This Extension does not apply to property:

**(a)**   In or on a vehicle; or

**(b)**   In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)**   The most we will pay for loss or damage under this Extension is $25,000.

**e.   Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)**   Fire;

**(2)**   Lightning;

**(3)**   Explosion;

**(4)**   Riot or Civil Commotion; or

**(5)**   Aircraft.

Includes copyrighted material of Insurance Services Office, Inc.

**CP 74 45 02 08 Revised**
**AIC000049**

The most we will pay for loss or damage under this Extension is $25,000, but not more than $2,500 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f.   Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    **(a)** The trailer is used in your business;

    **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

    **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

    **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.   Installation**

You may extend the insurance that applies to Your Business Personal Property or the Personal Property of Others in your care, custody and control, to apply to Covered Property, which is being installed and intended to become a permanent part of the installation or building.

This property does not include:

**(1)** Personal property not intended to become part of the installation;

**(2)** Tools; or

**(3)** Contractors' equipment.

We will cover this property while at a job site or while temporarily warehoused and awaiting installation.  We will also cover the property while being installed and during testing.

Coverage ceases when the earliest of the following occurs:

**(1)** The policy expires or is cancelled;

**(2)** The covered property is accepted by the purchaser;

**(3)** Your insurable interest in the covered property ceases;

**(4)** You abandon your installation, fabrication, or erection project with no intent to complete it;

**(5)** The installation, fabrication, or erection project has been completed for more than 30 days; or

**(6)** The covered property has been put to its intended use.  However, this does not apply to roofs or walls.

At the time of loss, payment will be based on the "Replacement Cost" valuation of the property.

The most we will pay for direct physical loss or damage to Your Business Personal Property or the Personal Property of Others in your care, custody and control caused by or resulting from a Covered Cause of Loss under this COVERAGE EXTENSION in any one "occurrence" during the policy period is:

**(1)** $25,000 at any one job site; or

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000050**

    **(2)** $25,000 while the property is in transit; or

    **(3)** $25,000 at a temporary warehouse location.

**h. Fine Arts**

You may extend the insurance that applies to Your Business Personal Property and the Personal Property of Others to apply to art work, statues, or other art objects you own or the Fine Arts owned by others in your care, custody and control while this property is at the premises stated in the Declarations.

As used in this COVERAGE EXTENSION, Fine Arts means paintings, etchings, pictures, tapestries, art glass windows, and other bona fide works of art of rarity, historical value or artistic merit.

The most we will pay for direct physical loss or damage to Fine Arts caused by or resulting from a Covered Cause of Loss under this COVERAGE EXTENSION is $25,000 at the premises stated on the Declarations or $5,000 while the property is in transit for any one "occurrence" during the policy period.

In the event of loss, payment for Fine Arts will be valued at the market value of the item(s) at the time of loss.

In the event of loss to a part of an article of Fine Arts, represented in a pair or set, our payment will be the lesser of:

**(1)** The market value of the entire pair or set (however, you must surrender the remaining pieces of the pair or set which are undamaged to us); or

**(2)** The cost to repair the damaged pieces (you retain the remaining undamaged pieces). However, if the pair or set is consequently valued at a lower amount, we will also pay the difference between the original market value of the undamaged pair or set and the market value of the repaired pair or set.

As respects this Fine Arts Coverage only, marring or scratching shall be included as a Covered Cause of Loss.

**i. Laptop Computers**

We cover direct physical loss or damage caused by a covered peril to laptop computers in the custody of any employee or owner while:

**(1)** Away from a covered location; or

**(2)** In transit between covered locations.

The most we will pay is $10,000 in any one occurrence.

**j. Expediting Expense**

We will pay for the expediting expense loss resulting from an "equipment breakdown" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

**(1)** Make temporary repairs;

**(2)** Expedite permanent repairs; and

**(3)** Expedite permanent replacement.

Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

The most we will pay is $25,000 in any one occurrence.

**k. Refrigerant Contamination**

We will pay the loss from contamination by refrigerant used in refrigerating, cooling or humidity controlled equipment at the described premises as a result of "equipment breakdown".

Includes copyrighted material of Insurance Services Office, Inc.

     **CP 74 45 02 08 Revised**
**AIC000051**

The most we will pay for loss or damage under this coverage is $25,000 unless a higher limit is provided by an endorsement to this form. In that case, whichever limit is greater will apply.

**I.    Spoilage Coverage**

We will pay for loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by "equipment breakdown" to types of property covered by this policy that are:

**(1)** Located on or within 1,000 feet of your described premises, and

**(2)** Owned or operated by you, the building owner at your described premises, or owned by a public utility; and

**(3)** Used to supply telephone, electricity, air conditioning, heating, gas, water or steam to your described premises.

The most we will pay for loss or damage under this coverage is $25,000 unless a higher limit is provided by an endorsement to this form. In that case, whichever limit is greater will apply.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion, explosion, windstorm, hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.   Exclusions And Limitations**

See Part Two - Causes of Loss Special Form.

**C.   Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following ADDITIONAL COVERAGES will not increase the applicable Limit of Insurance:

**1.**   Preservation of Property;

**2.**   Debris Removal;

**3.**   Deferred Payments.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

**1.**   Fire Department Service Charge;

**2.**   Pollutant Clean Up and Removal;

**3.**   Ordinance or Law;

**4.**   Electronic Data (other than Accounts Receivable);

**5.**   Extra Expense;

**6.**   Money and Securities;

**7.**   Inventory or Appraisals;

**8.**   Accounts Receivable;

**9.**   Reward Coverage; or

**10.** Fire Protective Systems Discharge.

Includes copyrighted material of Insurance Services Office, Inc.

If a loss or damage to the same property is covered under more than one ADDITIONAL COVERAGE or COVERAGE EXTENSION, only the higher or highest applicable limit shall be payable.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss) , we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | |
|---|---|
| Deductible | $250 |
| Limit of Insurance - Building #1: | $60,000 |
| Limit of Insurance -Building # 2: | $80,000 |
| Loss to Building #1: | $60,100 |
| Loss to Building #2: | $90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100 - 250 = $ 59,850 Loss Payable - Building # 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building # 2.  Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:  $59,850 + 80,000 = $139, 850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No.1.

| | |
|---|---|
| Loss to  Building #1: | $70,000 (exceeds Limit of Insurance plus Deductible) |
| Loss to Building # 2: | $90,000 (exceeds Limit of Insurance plus Deductible) |
| Loss Payable - Building #1: | $60,000 (Limit of Insurance) |
| Loss Payable - Building #2: | $80,000 (Limit of Insurance) |
| Total amount of loss payable: | $140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

Includes copyrighted material of Insurance Services Office, Inc.

**CP 74 45 02 08 Revised**
**AIC000053**

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000054**

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

  **(1)** We have reached agreement with you on the amount of loss; or

  **(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer of Rights Of Recovery Against Others To Us Condition in this policy.

## 5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## 6. Vacancy

### a. Description Of Terms

  **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

  **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

  **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

    **(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

    **(ii)** Used by the building owner to conduct customary operations.

  **(2)** Buildings under construction or renovation are not considered vacant.

### b. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

Includes copyrighted material of Insurance Services Office, Inc.

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

    **(a)** Vandalism;

    **(b)** Sprinkler leakage, unless you have protected the system against freezing;

    **(c)** Building glass breakage;

    **(d)** Water damage;

    **(e)** Theft; or

    **(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1) (a)** through **b.(1) (f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

    **(1)** Awnings or floor coverings;

    **(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

    **(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

    **(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

    **(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

        **(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

        **(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

    If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

    **(3)** Nothing if others pay for repairs or replacement.

**f.** Property covered under any ADDITIONAL COVERAGES OR COVERAGE EXTENSIONS will be valued on an "Actual Cash Value" basis, unless specifically indicated otherwise in the provisions.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000056**

1. **Coinsurance**

   If a Coinsurance percentage is shown in the Declarations, the following condition applies.

   **a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

   Instead, we will determine the most we will pay using the following steps:

   **(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

   **(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

   **(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

   **(4)** Subtract the deductible from the figure determined in Step **(3)**. We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

   **EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the Property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $100,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

   Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

   Step (2): $100,000 / $200,000 = .50

   Step (3): $40,000 x .50 = $20,000

   Step (4): $20,000 - $250 = $19,750

   We will pay no more than $19,750. The remaining $20,250 is not covered.

   **EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $200,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

   The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

   **b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies. **EXAMPLE #3**

Includes copyrighted material of Insurance Services Office, Inc.

When: The value of property is:

| | | |
|---|---|---|
| | Building at Location # 1 | $75,000 |
| | Building at Location # 2 | $100,000 |
| | Personal Property at Location # 2. | $75,000 |
| | | $250,000 |

The Coinsurance percentage for it is    90%

The Limit of Insurance for Building and Personal Property at Location Nos. 1 and 2 is $180,000

| | | |
|---|---|---|
| | The Deductible is | $1,000 |
| | The amount of loss is: | |
| | Building at Location # 2 | $30,000 |
| | Personal Property at Location # 2. | $20,000 |
| | | $50,000 |

Step (1):    $250,000 x 90% = $225,000

(The minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2):    $180,000 / $225,000 = .80

Step (3):    $50,000 x .80 = $40,000

Step (4):    $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

## 2. Mortgageholders

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

   **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

   **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

   **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

Includes copyrighted material of Insurance Services Office, Inc.

AIC000058

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. Other Insurance**

Subparagraph **2.** of Paragraph **G** of the **Commercial Property Conditions** is deleted and replaced with the following subparagraphs **2.** and **3.**

**2.** If you have any other insurance, which more specifically insures any of the property or exposures covered under Part One or Part Two of this Form such as but not limited to Inland Marine policies, then no coverage shall be afforded such property or exposures under this Form whether or not you can collect on that insurance and whether or not your loss or damage is fully covered by that insurance.

**3.** If there is other insurance covering the same loss or damage, other than that described in 1. or 2. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**4. Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, we may immediately suspend the insurance against loss to that Covered Property for equipment breakdown. Coverage can be suspended and reinstated by delivering or mailing a written notice of suspension/coverage reinstatement to:

**(a)** Your last known address; or

**(b)** The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**5. Inspections and Surveys**

**a.** We have the right to:

**(1)** Make inspections and surveys at any time;

**(2)** Give you reports on the conditions we find; and

**(3)** Recommend changes.

**b.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**(1)** Are safe or healthful; or

**(2)** Comply with laws, regulations, codes or standards.

**c.** Paragraphs a. and b. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

Includes copyrighted material of Insurance Services Office, Inc.

**d.** Paragraph b. of this condition does not apply to any inspection, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

#### Example:

If: The applicable Limit of Insurance is $100,000

The annual percentage increase is 8%

The number of days since the beginning of the policy year (or last policy change) is 146

The amount of increase is $100,000 x .08 x 146 / 365 = $3,200

### 3. Replacement Cost

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition, of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac;

**(4)** "Stock", unless the "Including Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000060**

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

    **(1)** Until the lost or damaged property is actually repaired or replaced; and

    **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

    With respect to tenants' improvements and betterments, the following also apply:

    **(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

    **(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3)**, subject to **f.** below:

    **(1)** The Limit of Insurance applicable to the lost or damaged property;

    **(2)** The cost to replace the lost or damaged property with other property:

        **(a)** Of comparable material and quality; and

        **(b)** Used for the same purpose; or

    **(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

    If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost, which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

    If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Actual Cash Value" means the "Replacement Cost" valuation of the property minus depreciation.

**2.** "Equipment Breakdown" as used herein means:

    **a.** Physical loss or damage both originating within:

    **(1)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

        **(a)** Waste disposal piping;

        **(b)** Any piping forming part of a fire protection system;

Includes copyrighted material of Insurance Services Office, Inc.

**CP 74 45 02 08 Revised**
**AIC000061**

      **(c)** Furnaces; and

      **(d)** Any water piping other than

         **(i)** Boiler feed water piping between the feed pump and the boiler;

         **(ii)** Boiler condensate return piping; or

         **(iii)** Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes

  **(2)** All mechanical, electrical, electronic or fiber optic equipment; and

**b.** Caused by, resulting from, or consisting of:

  **(1)** Mechanical Breakdown;

  **(2)** Electrical or electronic breakdown; or

  **(3)** Rupture, bursting, bulging, implosion, or steam explosion.

However, "equipment breakdown" will not mean:

Physical loss or damage caused by or resulting from any of the following; however, if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

  **(1)** Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any "hardware", programs or software;

  **(2)** Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following Causes of Loss:

  Fire, lightning, combustion, explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

**3.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**4.** "Occurrence" means a single incident, accident or event, or any sequence of incidents, accidents or events which cause a loss, which is unintended, unexpected and not directed by you, nor through any agent acting on your behalf, which causes loss or damage to Covered Property by means of or through any Covered Cause of Loss.

**5.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**6.** "Replacement Cost" means the full cost to repair or replace the property at the time and place of the loss without deduction for depreciation.

**7.** "Stock" means merchandise held in storage or for sale, raw materials and in process or finished goods, including supplies used in their packing or shipping.

**8.** "Perishable goods" means stock preserved and maintained under controlled conditions and susceptible to loss if the controlled conditions change.

## PART TWO – SPECIAL CAUSES OF LOSS

Words and phrases that appear in quotation marks have special meaning Refer to Section **G.** – Definitions.

### A. Covered Causes Of Loss

Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, **Exclusions;** or

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000062**

**2.** Limited in Section **C., Limitations**;

that follow.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Earth Movement**

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **a. (1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**b. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**c. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**d. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Includes copyrighted material of Insurance Services Office, Inc.

**CP 74 45 02 08 Revised**

**AIC000063**

**e. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water under the ground surface pressing on, or flowing or seeping through:

    **(a)** Foundations, walls, floors or paved surfaces;

    **(b)** Basements, whether paved or not; or

    **(c)** Doors, windows or other openings.

But if Water, as described in **f.(1)** through f.**(3)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**f. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.f.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use or loss of market.

**b.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**c.** **(1)** Wear and tear;

    **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

    **(3)** Smog;

    **(4)** Settling, cracking, shrinking or expansion;

    **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

    **(6)** The following causes of loss to personal property:

        **(a)** Dampness or dryness of atmosphere;

        **(b)** Changes in or extremes of temperature; or

        **(c)** Marring or scratching, except as provided under the Fine Arts Coverage Extension.

    As respects loss to personal property caused by **(6)(a)** or **(b)** and not caused by "fungus," wet rot or bacteria or by continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more, we will pay a maximum of $10,000 per any one occurrence.

But if an excluded cause of loss that is listed in **2.c (1)** through **(6)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000064**

**d.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, other than the $10,000 coverage for dampness of atmosphere provided under Exclusion **2.c. (6)**, that occurs over a period of 14 days or more.

**e.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

    **(1)** You do your best to maintain heat in the building or structure; or

    **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

    **(1)** Acting alone or in collusion with others; or

    **(2)** Whether or not occurring during the hours of employment.

    This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**g.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h.** Rain, snow, ice or sleet to personal property in the open.

**i.** Collapse, including any of the following conditions of property or any part of the property:

    **(1)** An abrupt falling down or caving in;

    **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

    **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

    But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

    This exclusion, **i.,** does not apply:

    **(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

    **(b)** To collapse caused by one or more of the following:

        **(i)** The "specified causes of loss";

        **(ii)** Breakage of building glass;

        **(iii)** Weight of rain that collects on a roof; or

        **(iv)** Weight of people or personal property.

**j.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss," except as provided under ADDITIONAL COVERAGE **(I.)** Fire Protective Systems Discharge. But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified cause of loss".

    This exclusion, **j.,** does not apply to damage to glass caused by chemicals applied to the glass.

**k.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Includes copyrighted material of Insurance Services Office, Inc.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, sitting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) We will not pay for any loss caused by:

(a) Your canceling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

Includes copyrighted material of Insurance Services Office, Inc.

**CP 74 45 02 08 Revised**

AIC000066

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.b.,** Governmental Action;

**(b)** Paragraph **B.1.c.,** Nuclear Hazard; and

**(c)** Paragraph **B.1.e.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the occurrence; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**b.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**(3)** Coverage provided under the Installation Coverage Extension.

Includes copyrighted material of Insurance Services Office, Inc.

    **c.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

    **d.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

    **a.** Animals, and then only if they are killed or their destruction is made necessary.

    **b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

        **(1)** Glass; or

        **(2)** Containers of property held for sale.

    **c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

    However, this limitation does not apply:

        **(1)** If the property is located on or within 1000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

        **(2)** To Business Income Coverage or to Extra Expense Coverage.

        **(3)** Coverage provided under the Installation Coverage Extension.

**3.** The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

    **a.** $2,500 for furs, fur garments and garments trimmed with fur.

    **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. The $2500 limit does not apply to jewelry and watches worth $100 or less per item.

    **c.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit, except as provided under ADDITIONAL COVERAGE Money and Securities.

    These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

    This limitation, **C.3.**, does not apply to Business Income Coverage, Extra Expense Coverage, or such coverage as is provided by the ADDITIONAL COVERAGE Fire Protective Systems Discharge.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

    **a.** Results in discharge of any substance from an automatic fire protection system; or

    **b.** Is directly caused by freezing.

    However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

## D. Additional Coverage – Collapse

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

Includes copyrighted material of Insurance Services Office, Inc.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains

Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such building decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

    **(1)** A cause of loss listed in **2.a.** or **2.b.**;

    **(2)** One or more of the "specified causes of loss";

    **(3)** Breakage of building glass;

    **(4)** Weight of people or personal property; or

    **(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage – Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

If an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.** we will pay for loss or damage to that property only if:

    **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.** above;

Includes copyrighted material of Insurance Services Office, Inc.

**CP 74 45 02 08 Revised**
**AIC000069**

**b.** The personal property which collapses is inside a building; and

**c.** The property, which collapses, is not of a kind listed in **4.** above, regardless of whether that kind of property is considered to be personal property or real property.

Except as provided under the Fine Arts Coverage Extension, the coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching are the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.7.**

## E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    **a.** A "specified cause of loss" other than fire or lightning; or

    **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage caused by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $50,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $50,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage – Collapse.

Includes copyrighted material of Insurance Services Office, Inc.

**6.** The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

    **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

## F. Additional Coverage Extensions

### 1. Property In Transit

This Extension applies only to your personal property to which this form applies.

    **a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

    We will pay for shipments of property sent by mail only if sent by means of registered mail service provided by the U.S. Postal Service.

    **b.** Loss or damage must be caused by or result from one of the following causes of loss:

        **(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

        **(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

        **(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

    **c.** The most we will pay for loss or damage under this EXTENSION is $25,000 for any one "occurrence" during the policy period.

    This COVERAGE EXTENSION is additional insurance. The ADDITIONAL CONDITIONS, COINSURANCE does not apply to this EXTENSION. This Additional Coverage Extension does not cover Property Off-Premises as provided in the Coverage Extensions of Part I.

### 2. Water Damage, Other Liquids, Powder Or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

### 3. Glass

    **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

    **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.**, does not increase the Limit of Insurance.

Includes copyrighted material of Insurance Services Office, Inc.

**G. Definitions**

  **1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

  **2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage; equipment breakdown.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      **(1)** The cost of filling sinkholes; or

      **(2)** Sinking or collapse of land into man-made underground cavities.

    **b.** Falling objects does not include loss or damage to:

      **(1)** Personal property in the open; or

      **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    **c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000072**

POLICY NUMBER: CPP20918180101

**COMMERCIAL GENERAL LIABILITY**
**CG DS 70 01 09 06**

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| AMERISURE INSURANCE COMPANY<br>26777 HALSTED ROAD<br>FARMINGTON HILLS, MI 48331-3586 | GUY, HURLEY, BLASER & HEUER, LLC<br>1080 KIRTS BLVD  #500<br>TROY, MI 48084 |

NAMED INSURED: KAMMINGA & ROODVOETS, INC.

MAILING ADDRESS: 3435 BROADMOOR
GRAND RAPIDS, MI 49508

POLICY PERIOD:  FROM _____ 04/01/2015 _____ TO _____ 04/01/2016 _____ AT 12:01 A.M. TIME AT
YOUR MAILING ADDRESS SHOWN ABOVE

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES | | |
| RENTED TO YOU LIMIT | $ 300,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ 5,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | | $ 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | | $ 2,000,000 |

| RETROACTIVE DATE (CG 00 02 ONLY) |
|---|
| THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.<br>RETROACTIVE DATE: _____<br>(ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES) |

| DESCRIPTION OF BUSINESS |
|---|
| FORM OF BUSINESS: |
| ☐ INDIVIDUAL     ☐ PARTNERSHIP     ☐ JOINT VENTURE     ☐ TRUST |
| ☐ LIMITED LIABILITY COMPANY     ☒ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT IN-CLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY) |
| BUSINESS DESCRIPTION: CONTRACTOR |

ISSUE DATE: 04/23/2015
CG DS 70 01 09 06

INSURED COPY
© ISO Properties, Inc., 2000

AIC000073

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| SEE SCHEDULE | SEE SCHEDULE |

| CLASSIFICATION AND PREMIUM | | | | | | | |
|---|---|---|---|---|---|---|---|
| LOCATION NUMBER | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM | |
| | | | | Prem/ Ops | Prod/Comp Ops | Prem/ Ops | Prod/Comp Ops |
| ■ | | | | | | | |

STATE TAX OR OTHER (if applicable)  $ ____ ■

PREMIUM SHOWN IS PAYABLE:

AT INCEPTION  $ ____
AT EACH ANNIVERSARY  $ ____
(IF POLICY PERIOD IS MORE THAN ONE YEAR AND PRE-
MIUM IS PAID IN ANNUAL INSTALLMENTS)

| AUDIT PERIOD (IF APPLICABLE) | ☒ ANNUALLY | ☐ SEMI-ANNUALLY | ☐ QUARTERLY | ☐ MONTHLY |
|---|---|---|---|---|

| ENDORSEMENTS |
|---|
| ENDORSEMENTS ATTACHED TO THIS POLICY: |

*SEE FORMS AND ENDORSEMENTS SCHEDULE*

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.**

| Countersigned: | By: |
|---|---|
| (Date) | (Authorized Representative) |

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSEWHERE AT THE COMPANY'S OPTION.

**Policy Number:** CPP20918180101

# COMPOSITE RATING NOTICE

The premium for this policy is based on composite rates. The rates shown in this endorsement are developed in accordance with our filed rating procedures, rules, classifications and rates for the coverage provided by this policy.

The premium shown for this Coverage Part as advance premium is a deposit premium only. At the close of the audit period (policy period) we will compute the earned premium for that period and send notice to the first Named Insured.

The initial premium and composite rate charged at the inception date is based on the estimated exposure units covered by this policy as of that date. Upon expiration of this policy we will perform an audit to determine the actual exposure units in existence for the policy term.

If the actual earned premium at audit is greater than the estimated or deposit premium, we will bill the additional premium to the first Named Insured. If the actual earned premium at audit is less than the estimated or deposit premium, we will return the excess to the first Named Insured.

**Total Composite Premium:** ███████████

███████████████████████

| Composite Rate Description | Effective | Exposure | Rate | Premium |
|---|---|---|---|---|
| COMPOSITE RATED -MEDIUM | | | | |

CG 71 80 02 08

AIC000075

# Composite Rate Class Code
# Information Schedule

**Insured Name:**
KAMMINGA & ROODVOETS, INC.

**Effective Date:**   **Policy Number:**
04/01/2015      CPP20918180101

| Class Description | Deductible Type | Deductible |
|---|---|---|
| COMPOSITE RATED-CONTRACTING (MEDIUM) BASED ON PAYROLL | N/A | N/A |

GL DS 71 10 01 08

AIC000076

# Named Insured Schedule

**POLICY NUMBER** CPP20918180101          **EFFECTIVE DATE** 04/01/2015

**NAMED INSURED** KAMMINGA & ROODVOETS, INC.

**Named Insured**

KAMMINGA & ROODVOETS, INC.


REITH-RILEY CONSTRUCTION CORPORATION

**IL DS 71 04 09 06**                                                     Page 1   **of** 1

AIC000077

# General Liability Premises Schedule

**POLICY NUMBER** CPP20918180101          **EFFECTIVE DATE** 04/01/2015

**NAMED INSURED**   KAMMINGA & ROODVOETS, INC.
_____


**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| LOC. | ADDRESS |
|------|---------|
| 001 | 3435 BROADMOOR SE<br>GRAND RAPIDS, MI 49512 |
| 002 | 5219 CONE ROAD<br>TAMPA, FL 33610 |

AIC000078

## Commercial General Liability
## Classification and Premium Schedule

**POLICY NUMBER** CPP2091 8180101     **EFFECTIVE DATE** 04/01/2015

**NAMED INSURED** KAMMINGA & ROODVOETS, INC.

**CLASSIFICATION AND PREMIUM**

| Line 1 | LOCATION NUMBER | CODE NO. | EXPOSURE | PREMIUM BASE | COVERAGE | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|

**Line 2   CLASSIFICATION**

FL

TERRORISM - FEDERAL BACKSTOP

MI

CONTRACTORS GENERAL LIABILITY EXTENSION

MI

CONTRACTORS BLANKET ADDITIONAL INSURED

MI

TERRORISM - FEDERAL BACKSTOP

MI

DAMAGE TO PREMISES - ANY ONE PREMISES

**GL DS 71 09 09 06**                                              Page 1      of 1

AIC000079

# EMPLOYEE BENEFITS LIABILITY COVERAGE DECLARATIONS

| NAMED INSURED<br>KAMMINGA & ROODVOETS, INC. | EFFECTIVE DATE<br>04/01/2015 | POLICY NUMBER<br>CPP20918180101 |
|---|---|---|

## EMPLOYEE BENEFITS LIABILITY COVERAGE

| Limits of Insurance | | Deductible | |
|---|---|---|---|
| Each Employee | $1,000,000 | Each Employee | $1,000 |
| Annual Aggregate | $1,000,000 | | |

Forms Applicable: SEE FORMS AND ENDORSEMENTS SCHEDULE

TOTAL COVERAGE PART PREMIUM _____

APPLICABLE TAX OR SURCHARGE _____

TOTAL ESTIMATED PREMIUM _____

**EB DS 70 00 11 09**

# Tax, Surcharge & Fee Schedule

**Policy Number:** CPP20918180101          **Effective Date:** 04/01/2015

KAMMINGA & ROODVOETS, INC.

**Named Insured:** _____

**Description**                                                    **Amount**

FL 2005 HRA CITIZENS EMERGENCY ASSESSMENT                          ████████

Total

IL DS 71 03 09 06

AIC000081

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

  **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

    **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

  **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

  **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

    **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

    **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

    **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

AIC000082

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007
AIC000083

IL 02 86 09 08

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MICHIGAN CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is amended as follows:

**1.** Paragraph **1.** is replaced by the following:

The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us or our authorized agent advance notice of cancellation.

**2.** Paragraph **3.** is replaced by the following:

We will mail or deliver our notice to the first Named Insured's last mailing address known to us or our authorized agent.

**3.** Paragraph **5.** is replaced by the following:

If this policy is cancelled, we will send the first Named Insured any pro rata premium refund due. The minimum earned premium shall not be less than the pro rata premium for the expired time or $25.00, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following Condition is added and supersedes any other provision to the contrary:

**NONRENEWAL**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured's last mailing address known to us or our authorized agent written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing shall be sufficient proof of notice.

© ISO Properties, Inc., 2007

□

AIC000084

# RETROSPECTIVE PREMIUM ENDORSEMENT –
## ONE YEAR PLAN – MULTIPLE LINES

This endorsement is issued because you chose to have the cost of the insurance rated retrospectively. This endorsement explains the rating plan and how the retrospective premium will be determined. For workers compensation and employers liability insurance, this endorsement refers to Part Five (Premium) of that policy.

This endorsement applies in the states listed in the Schedule. It determines the retrospective premium for the insurance provided during the rating plan period by this policy and any policy listed in the Schedule. The rating plan period is the one year period beginning with the effective date of this endorsement.

The final premium for the policies designated in the Schedule is the sum of:

1. The premium for the insurance subject to retrospective rating as shown in the Schedule and computed as explained in this endorsement and referred to as the retrospective premium, and

2. The premium for the insurance not subject to retrospective rating as shown in the Schedule and computed in accordance with the provisions of such policies other than this endorsement.

The amount of retrospective premium depends on five standard elements and two elective elements.

### A. Retrospective Premium Standard Elements

The five standard elements are explained here.

1. Standard premium is the premium we would charge during the rating plan period for the insurance subject to retrospective rating if you had not chosen retrospective premium rating, but with exceptions. Standard premium does not include the expense constant charge, the premium discount credit or any other expense modification.

2. Basic premium is less than standard premium. It is standard premium multiplied by a percentage called the basic premium factor. The basic premium factor varies depending on the total amount of standard premium. The Schedule shows a range of basic premium factors for differing amounts of estimated standard premium. The actual basic premium factor will be determined after the standard premium is determined. If earned standard premium is not within the range of the estimated standard premiums shown in the Schedule, the basic premium will be recalculated.

3. Incurred losses are all amounts we pay or estimate we will pay for losses and the following expenses:

   (a) Premiums on bonds paid for by the company in accordance with the provisions of the policies, except that this will not apply for workers compensation, employers liability or auto physical damage insurance;

   (b) Interest payable in accordance with the provisions of the policy, except that this will not apply for auto physical damage insurance;

   (c) Allocated loss adjustment expenses, except that this will apply for auto liability, general liability and employers liability insurance only;

   (d) Expenses incurred in seeking recovery against a third party under the insurance subject to retrospective rating, except that this will apply for workers compensation and employers liability insurance only if recovery is obtained against the third party.

4. A converted loss is an incurred loss multiplied by a percentage called the loss conversion factor. The loss conversion factor is shown in the Schedule.

 Copyright, Insurance Services Office, Inc., 1992
Includes material of the National Council on
Compensation Insurance, Copyright 1992, used
with its permission.

AIC000085

**5.** Taxes are a part of the premium we collect. Taxes are determined as a percentage of basic premium and converted losses. The percentage is called the tax multiplier. It varies by state and by line of insurance. For workers compensation and employers liability insurance, it varies by Federal and non-Federal classifications. The tax multipliers are shown in the Schedule.

### B. Retrospective Premium Elective Elements

Two other elements are included in retrospective premium if you elected to include them. They are the excess loss premium for the loss limitation, and the retrospective development premium. They are explained here.

**1.** The election of a loss limitation means that the amounts of incurred loss to be included in the retrospective premium are limited to an amount called the loss limitation. For workers compensation and employers liability insurance, the loss limitation applies separately to each person who sustains bodily injury by disease and separately to all bodily injury arising out of any one accident. For other lines of insurance, the loss limitation applies separately to each accident or occurrence, either by line of insurance or to a combination of these lines of insurance, as shown in the Schedule.

The charge for this loss limitation is called the excess loss premium. Excess loss premium is a percentage of standard premium multiplied by the loss conversion factor. The percentage is called the excess loss premium factor. Taxes are added to excess loss premium just as they are for other elements of retrospective premium.

Excess loss premium factors vary by line of insurance and by the amount of the loss limitation. For workers compensation and employers liability insurance, these factors also vary by state and classification. If you chose this elective element, the loss conversion factor, the loss limitation, the excess loss premium factors, and the states where they apply are shown in the Schedule.

**2.** The retrospective development element is used to help stabilize premium adjustments. The premium for this element is charged with the first three calculations of retrospective premium for workers compensation and employers liability insurance, and the first four calculations for auto liability and general liability. This premium is called the retrospective development premium. It is a percentage of standard premium multiplied by the loss conversion factor. The percentage of standard premium is called the retrospective development factor. Taxes are added to retrospective development premium just as they are for other elements of retrospective premium.

For workers compensation and employers liability insurance, retrospective development factors vary by state, by electing a loss limitation, and by first, second, and third calculations of retrospective premium. For general liability and automobile liability insurance, retrospective development factors vary by first, second, third, and fourth calculations of retrospective premium. If you chose this elective element, the retrospective development factors are shown in the Schedule.

### C. Retrospective Premium Formula

Insurance policies listed in the Schedule will be combined with this policy to calculate the retrospective premium. If the policies provide insurance for more than one insured, the retrospective premium will be determined for all insureds combined, not separately for each insured.

**1.** Retrospective premium is the sum of basic premium, converted losses, and taxes, plus the excess loss premium and retrospective development premium elective elements if you chose them.

**2.** The retrospective premium will not be less than the minimum nor more than the maximum retrospective premium. The minimum and maximum retrospective premiums are determined by applying the minimum and maximum premium factors shown in the Schedule to the standard premium.

Copyright, Insurance Services Office, Inc., 1992
Includes material of the National Council on
Compensation Insurance, Copyright 1992, used
with its permission.

IL 09 18 10 93    □

**AIC000086**

**3.** If this endorsement applies to more than one policy or state, the standard premium will be the sum of the standard premiums for each policy and state.

### D. Premium Calculations and Payments

**1.** We will calculate the retrospective premium using all incurred losses we have as of a date six months after the rating plan period ends and annually thereafter. With respect to workers compensation and employers liability insurance, we will have the calculation verified by the appropriate rate service organization at your request.

We may make a special valuation of the retrospective premium as of any date that you are declared bankrupt or insolvent, make an assignment for the benefit of creditors, are involved in reorganization, receivership, or liquidation, or dispose of all your interest in work covered by the insurance. You will pay the amount due us if the retrospective premium is more than the total standard premium as of the special valuation date.

**2.** After a calculation of retrospective premium, you and we may agree that it is the final calculation. No other calculation will be made unless there is clerical error in the final calculation.

**3.** After each calculation of retrospective premium, you will pay promptly the amount due us, or we will refund the amount due you. Each insured is responsible for the payment of all standard premium and retrospective premium calculated under this endorsement.

### E. Work in Other States

If any of the policies provide insurance in a state not listed in the Table of States, and if you begin work in that state during the rating plan period, this endorsement will apply to that insurance if this rating plan applies in that state on an interstate basis. The retrospective premium standard elements, and the elective elements you chose, will be determined by our manuals for that state, and added to the Schedule by endorsement.

### F. Cancellation

**1.** If any insurance subject to this endorsement is cancelled, the effective date of cancellation will become the end of the rating plan period for all insurance subject to this endorsement unless we agree with you, by endorsement, to continue the rating plan period.

**2.** If we cancel for nonpayment of premium, the maximum retrospective premium will be based on the standard premium for the rating plan period, increased pro rata to 365 days.

**3.** If you cancel, the standard premium for the rating plan period will be calculated according to the short rate cancellation procedure for workers compensation and employers liability insurance and the applicable cancellation procedure for other lines of insurance. This premium will be the minimum retrospective premium and will be used to determine the basic premium. This minimum retrospective premium will also be used to determine the excess loss premium and retrospective development premium if you chose these elective elements.

The maximum retrospective premium will be based on the standard premium for the rating plan period, increased pro rata to 365 days.

**4.** Section **F.3** will not apply if you cancel because:

   **a.** All work covered by the insurance is completed;

   **b.** All interest in the business covered by the insurance is sold; or

   **c.** You retire from all business covered by the insurance.

Copyright, Insurance Services Office, Inc., 1992
Includes material of the National Council on
Compensation Insurance, Copyright 1992, used
with its permission.

AIC000087

## Schedule

Premium Subject to Retrospective Rating, Loss Limitations, Loss Conversion Factors, State Tax Multipliers, Excess Loss Premium Factors, Retrospective Development Factors.

**1.** The premium for the following policies combined is to be computed in accordance with the provisions of this Retrospective Premium Endorsement:

List of Policies  CA 2091812
CPP2091818
WC 2091813

**2.** The plan does not apply to the premium for policies _____

in the states of _____

**3.** The plan does not apply to the premium for Uninsured Motorist Insurance if afforded under the policies designated in paragraph **1.**

**4.** The premium for the general liability and automobile liability insurance afforded under policies designated in paragraph **1.** above for insurance in excess of the limits of liability stated below will not be subject to retrospective rating. State the dollar amount of the limit of liability and the manner in which it applies.

| Coverage | Limit of Liability |
|---|---|
| N/A | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |

The incurred losses to be included in computing the premium for the insurance subject to retrospective rating will not include that portion of the losses actually paid and the reserves for unpaid losses which is in excess of the limits of liability stated above, but that part of the incurred losses consisting of premiums on bonds, interest payable in accordance with the provisions of the policy, allocated loss adjustment expenses and expenses incurred in seeking recovery against a third party will not be subject to such limits.

Copyright, Insurance Services Office, Inc., 1992
Includes material of the National Council on
Compensation Insurance, Copyright 1992, used
with its permission.

**IL 09 18 10 93** ▫

**AIC000088**

**5.** Workers Compensation and Employers Liability Loss Limitation is $  N/A

**6.** Combination Loss Limitation of $  N/A          is the overall limit on the incurred losses
arising out of any one accident or occurrence for the following combination of insurance

**7.** If the combination loss limitation does not apply, for General Liability, Auto Liability, Auto Physical Damage
or Theft insurance, specify the loss limitation that applies separately to each accident or occurrence:

Loss Limitation for _____ insurance is
$ _____

Loss Limitation for _____ insurance is
$ _____

Loss Limitation for _____ insurance is
$ _____

Loss Limitation for _____ insurance is
$ _____

**8.** Loss conversion factor is ███████

**9.** Minimum Retrospective Premium Factor is ██████
Maximum Retrospective Premium Factor is ██████

**10.** The basic premium factors shown here are based on estimates of standard premium. If the
actual standard premium is within the range of estimated standard premiums shown here, the
basic premium factor will be obtained by linear interpolation to the nearest one-tenth of
1%. If the actual standard premium is not within the range of estimated standard premiums,
the basic premium factor will be recalculated.

Estimated Standard Premium ___ ██████████████
Basic Premium Factor_____ ██████████████

Copyright, Insurance Services Office, Inc., 1992
Includes material of the National Council on
Compensation Insurance, Copyright 1992, used
with its permission.

**AIC000089**

## TABLE OF STATES

**11.A**

| | Excess Loss Premium Factors Workers Compensation and Employers Liability | | Tax Multipliers Workers Compensation and Employers Liability | |
|---|---|---|---|---|
| **State** | State (Other than "F" Classes) | Federal ("F" Classes Only) | State (Other than "F" Classes) | Federal ("F" Classes Only) |

**11.B**

| | Excess Loss Premium Factors | | | Tax Multipliers | | |
|---|---|---|---|---|---|---|
| **State** | General Liability | Automobile Liability | Automobile Physical Damage | General Liability | Automobile Liability | Automobile Physical Damage |

**12.A**

| | Retrospective Development Factors Workers Compensation and Employers Liability | | |
|---|---|---|---|
| **State** | 1st | 2nd | 3rd |

| | Retrospective Development Factors | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | General Liability | | | | Automobile Liability | | |
| **State** | 1st | 2nd | 3rd | 4th | 1st | 2nd | 3rd | 4th |

Copyright, Insurance Services Office, Inc., 1992
Includes material of the National Council on
Compensation Insurance, Copyright 1992, used
with its permission.

IL 09 18 10 93

AIC000090

POLICY NUMBER: CPP20918180101

IL 09 85 01 08

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

---

**Terrorism Premium (Certified Acts) $**

**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):**

COMPREHENSIVE GENERAL LIABILITY,CPP20918180101, EMPLOYEE BENEFITS
LIABILITY,CPP20918180101

**Additional information, if any, concerning the terrorism premium:**

---

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

---

IL 09 85 01 08 © ISO Properties, Inc., 2007 **Page 1 of 1** □

AIC000091

# Forms and Endorsements Schedule

**Policy Number:** CPP20918180101      **Effective Date:** 04/01/2015

**Named Insured:** KAMMINGA & ROODVOETS, INC.

| Form Number | Description |
|---|---|
| **COMMON FORMS** | |
| IL 09 85 01 08 | DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT |
| IL 70 45 05 07-BLK | (BLANKET)EARLIER NOTICE OF CANCELLATION PROVIDED BY US |
| CG 01 68 10 09 | MICHIGAN CHANGES |
| CG 21 41 11 85 | EXCLUSION - INTERCOMPANY PRODUCTS SUITS |
| CG 21 70 01 15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG 70 42 04 03 | ASBESTOS EXCLUSION ENDORSEMENT |
| **COMPREHENSIVE GENERAL LIABILITY** | |
| IL 09 18 10 93 | RETROSPECTIVE PREMIUM ENDORSEMENT - ONE YEAR PLAN - MULTIPLE LINES |
| CG 00 01 04 13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG 21 47 12 07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG 21 60 09 98 | EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS |
| CG 21 67 12 04 | FUNGI OR BACTERIA EXCLUSION |
| CG 21 86 12 04 | EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS |
| CG 21 96 03 05 | SILICA OR SILICA-RELATED DUST EXCLUSION |
| CG 22 43 04 13 | EXCLUSION - ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY |
| CG 22 79 04 13 | EXCLUSION - CONTRACTORS - PROFESSIONAL LIABILITY |
| CG 70 48 09 13 | CONTRACTOR'S BLANKET ADDITIONAL INSURED ENDORSEMENT |
| CG 70 49 11 09 | CONTRACTORS GENERAL LIABILITY EXTENSION ENDORSEMENT |
| CG 71 17 01 01 | EXCLUSION - LEAD POISONING OR CONTAMINATION |
| CG 71 34 04 05 | BODILY INJURY DEFINITION MODIFICATION |
| CG 71 52 08 13 | EXCLUSION-CONTROLLED INSURANCE PROGRAM WITH RESIDUAL COVERAGE EXCEPTION |
| CG 71 55 02 14 | ELECTRONIC DATA LIABILITY |
| CG 71 66 08 11 | TOTAL POLLUTION EXCLUSION WITH EXCEPTIONS FOR BUILDING HEAT, COOLING AND DEHUMD |
| CG 72 13 11 12 | ADDITIONAL INS-PRIMARY NON-CONTRIB COV WHEN REQ BY WRITTEN CONT, WRITTEN AGREE |
| **EMPLOYEE BENEFITS LIABILITY** | |
| EB 70 01 11 97 | EMPLOYEE BENEFITS LIABILITY COVERAGE FORM |
| EB 73 07 03 09 | RETROACTIVE COVERAGE PERIOD ENDORSEMENT |

AIC000092

Case: 1:20-cv-00992 Document #: 105-7 Filed: 10/17/22 Page 94 of 151 PageID #:1592

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

#### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

  **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

  **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

  **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

  **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

  **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

  **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

  **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

  **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc.,2012

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc.,2012 CG 00 01 04 13

AIC000094

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**AIC000095**

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

AIC000097

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

#### a. Knowing Violation Of Rights Of Another

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

#### b. Material Published With Knowledge Of Falsity

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

#### c. Material Published Prior To Policy Period

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

#### d. Criminal Acts

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

#### e. Contractual Liability

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

#### f. Breach Of Contract

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

#### g. Quality Or Performance Of Goods – Failure To Conform To Statements

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

#### h. Wrong Description Of Prices

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

 © Insurance Services Office, Inc.,2012 CG 00 01 04 13
AIC000098

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

AIC000099

## COVERAGE C – MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

#### a. Any Insured

To any insured, except "volunteer workers".

#### b. Hired Person

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

#### c. Injury On Normally Occupied Premises

To a person injured on that part of premises you own or rent that the person normally occupies.

#### d. Workers' Compensation And Similar Laws

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

#### e. Athletics Activities

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

#### f. Products-Completed Operations Hazard

Included within the "products-completed operations hazard".

#### g. Coverage A Exclusions

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc.,2012
AIC000100

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

  **(1)** Agrees in writing to:

   **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

   **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

   **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

   **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

  **(2)** Provides us with written authorization to:

   **(a)** Obtain records and other information related to the "suit"; and

   **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

© Insurance Services Office, Inc.,2012 CG 00 01 04 13
AIC000102

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

© Insurance Services Office, Inc.,2012

AIC000103

## 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

### a. Primary Insurance

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

### b. Excess Insurance

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

### c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

## 5. Premium Audit

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

## 6. Representations

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc.,2012 CG 00 01 04 13
AIC000104

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

 © Insurance Services Office, Inc.,2012 CG 00 01 04 13
AIC000106

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.**"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.**"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.**"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.**"Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        **(a)** When all of the work called for in your contract has been completed.

        **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.**"Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

AIC000107

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         **(a)** You;

         **(b)** Others trading under your name; or

         **(c)** A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc.,2012

**AIC000108**

**COMMERCIAL GENERAL LIABILITY**
**CG 01 68 10 09**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MICHIGAN CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The paragraph relating to prejudgment interest in **Supplementary Payments,** Section **I,** is replaced by the following:

Prejudgment interest awarded against the insured on that part of the judgment we pay.

**B.** With respect to the **Duties** Condition, Section **IV:**

    **1.** Notice given by or on behalf of the insured to our authorized agent, with particulars sufficient to identify the insured, shall be considered notice to us.

    **2.** The last sentence of Paragraph **2.b.** is deleted.

    **3.** The reference to Paragraph **d.** is amended to read Paragraph **e.**

    **4.** The following is added:

        **d.** Failure to give any notice required by this condition within the time period specified shall not invalidate any claim made by you if it shall be shown not to have been reasonably possible to give notice within the prescribed time period and that notice was given as soon as was reasonably possible.

**AIC000109**

Case: 1:20-cv-00992 Document #: 105-7 Filed: 10/17/22 Page 111 of 151 PageID #:1609

**COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – INTERCOMPANY PRODUCTS SUITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to any claim for damages by any Named Insured against another Named Insured because of "bodily injury" or "property damage" arising out of "your products" and included within the "products-completed operations hazard."

**COMMERCIAL GENERAL LIABILITY**
**CG 21 47 12 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**AIC000111**

COMMERCIAL GENERAL LIABILITY
CG 21 60 09 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

   **(1)** Any of the following, whether belonging to any insured or to others:

      **(a)** Computer hardware, including microprocessors;

      **(b)** Computer application software;

      **(c)** Computer operating systems and related software;

      **(d)** Computer networks;

      **(e)** Microprocessors (computer chips) not part of any computer system; or

      **(f)** Any other computerized or electronic equipment or components; or

   **(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

 Copyright, Insurance Services Office, Inc., 1998

AIC000112

**COMMERCIAL GENERAL LIABILITY**
**CG 21 67 12 04**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003 □
**AIC000113**

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015
AIC000114

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2.,** **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

AIC000116

COMMERCIAL GENERAL LIABILITY
CG 22 43 04 13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**2.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

 © Insurance Services Office, Inc.,2012
AIC000117

**COMMERCIAL GENERAL LIABILITY**
**CG 22 79 04 13**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

2. Subject to Paragraph **3.** below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

© Insurance Services Office, Inc.,2012

**AIC000118**

COMMERCIAL GENERAL LIABILITY
CG P 011 05 09

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION ENDORSEMENT ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement, which applies to your renewal policy being issued by us:

### Recording And Distribution Of Material Or Information In Violation Of Law Exclusion Endorsement CG 00 68 05 09

This endorsement replaces the current Distribution Of Material In Violation Of Statutes Exclusion in your policy with a revised exclusion, newly titled Recording And Distribution Of Material Or Information In Violation Of Law Exclusion. The revised exclusion contains language that elaborates on the intent of the Distribution Of Material In Violation Of Statutes Exclusion to reflect that, in addition to the TCPA and CAN-SPAM Act of 2003, the exclusion will more explicitly exclude liability coverage for bodily injury, property damage or personal and advertising injury arising out of any action or omission that violates, or is alleged to violate, the Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA) and any other similar federal, state or local statute, ordinance or regulation concerning disposal and dissemination of personal information.

© Insurance Services Office, Inc., 2008
AIC000119

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

All of the terms, provisions, exclusions, and limitations of the coverage form apply except as specifically stated below.

This insurance does not apply to:

**ASBESTOS**

"Bodily Injury" or "Personal and Advertising Injury" or "Property Damage" arising out of:

(1) The removal, replacement, repair, enclosure or encapsulation of asbestos from any building or structure;

(2) The use, manufacture, transportation, removal, storage or disposal of asbestos or any substance, goods, products or structures containing asbestos; or

(3) The inhalation, ingestion or absorption of asbestos by any person, including any prolonged or repeated exposure to asbestos.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 2002

CG 70 42 04 03

**AIC000120**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTOR'S BLANKET ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

| Policy Number | Agency Number | Policy Effective Date |
|---|---|---|
| CPP20918180101 | 0165282 | 04/01/2015 |

| Policy Expiration Date | Date | Account Number |
|---|---|---|
| 04/01/2016 | 04/23/2015 | 10030806 |

| Named Insured | Agency | Issuing Company |
|---|---|---|
| KAMMINGA & ROODVOETS, INC. | GUY, HURLEY, BLASER & HEUER, LLC | AMERISURE INSURANCE COMPANY |

1.  **a. SECTION II - WHO IS AN INSURED** is amended to add as an insured any person or organization:

    **(1)** Whom you are required to add as an additional insured on this policy under a written contract or written agreement relating to your business; or

    **(2)** Who is named as an additional insured under this policy on a certificate of insurance.

    **b.** The written contract, written agreement, or certificate of insurance must:

    **(1)** Require additional insured status for a time period during the term of this policy; and

    **(2)** Be executed prior to the "bodily injury", "property damage", or "personal and advertising injury" leading to a claim under this policy.

    **c.** If, however:

    **(1)** "Your work" began under a letter of intent or work order; and

    **(2)** The letter of intent or work order led to a written contract or written agreement within 30 days of beginning such work; and

    **(3)** Your customer's customary contracts require persons or organizations to be named as additional insureds;

    we will provide additional insured status as specified in this endorsement.

2.  **SECTION II - WHO IS AN INSURED** is amended to add the following:

    If the additional insured is:

    **a.** An individual, their spouse is also an additional insured.

    **b.** A partnership or joint venture, members, partners, and their spouses are also additional insureds.

    **c.** A limited liability company, members and managers are also additional insureds.

    **d.** An organization other than a:

    **(1)** Partnership;

    **(2)** Joint venture; or

    **(3)** Limited liability company;

    executive officers and directors of the organization are also additional insureds. Stockholders are also additional insureds, but only with respect to their liability as stockholders.

    **e.** A trust, trustees are also insureds, but only with respect to their duties as trustees.

Includes copyrighted material of Insurance Services Office, Inc.

**CG 70 48 09 13**                                           **Pages 1 of 3**

AIC000121

**3.** The insurance provided under this endorsement is limited as follows:

    **a.** That person or organization is an additional insured only with respect to liability arising out of:

        **(1)** Premises you:

            **(a)** Own;

            **(b)** Rent;

            **(c)** Lease; or

            **(d)** Occupy; or

        **(2)** Ongoing operations performed by you or on your behalf. If, however, the written contract, written agreement, or certificate of insurance also requires completed operations coverage, we will also provide completed operations coverage for that additional insured.

    **b.** Premises, as respects paragraph **3.a.(1)** above, include common or public areas about such premises if so required in the written contract or written agreement.

    **c.** Additional insured status provided under paragraphs **3.a.(1)(b)** or **3.a.(1)(c)** above does not extend beyond the end of a premises lease or rental agreement.

    **d.** Ongoing operations, as respects paragraph **3.a.(2)** above, does not apply to "bodily injury" or "property damage" occurring after:

        **(1)** All work to be performed by you or on your behalf for the additional insured(s) at the site of the covered operations is complete, including related materials, parts or equipment (other than service, maintenance or repairs); or

        **(2)** That portion of "your work" out of which the injury or damage arises is put to its intended use by any person or organization other than another contractor working for a principal as a part of the same project.

    **e.** The limits of insurance that apply to the additional insured are the least of those specified in the:

        **(1)** Written contract;

        **(2)** Written agreement;

        **(3)** Certificate of insurance; or

        **(4)** Declarations of this policy.

    The limits of insurance are inclusive of and not in addition to the limits of insurance shown in the Declarations.

    **f.** The insurance provided to the additional insured does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of an architect's, engineer's, or surveyor's rendering of, or failure to render, any professional services, including but not limited to:

        **(1)** The preparing, approving, or failing to prepare or approve:

            **(a)** Maps;

            **(b)** Drawings;

            **(c)** Opinions;

            **(d)** Reports;

            **(e)** Surveys;

            **(f)** Change orders;

            **(g)** Design specifications; and

        **(2)** Supervisory, inspection, or engineering services.

Includes copyrighted material of Insurance Services Office, Inc.

        **CG 70 48 09 13**

**AIC000122**

**g.** **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** paragraph **4. Other Insurance** is deleted and replaced with the following:

**4.** **Other Insurance.**

Coverage provided by this endorsement is excess over any other valid and collectible insurance available to the additional insured whether:

**a.** Primary;

**b.** Excess;

**c.** Contingent; or

**d.** On any other basis;

unless the written contract, written agreement, or certificate of insurance requires this insurance be primary. In that case, this insurance will be primary without contribution from such other insurance available to the additional insured.

**h.** If the written contract, written agreement, or certificate of insurance as outlined above requires additional insured status by use of CG 20 10 11 85, then the terms of that endorsement, shown below, are incorporated into this endorsement to the extent such terms do not restrict coverage otherwise provided by this endorsement:

---

**ADDITIONAL INSURED - OWNERS, LESSEES OR**

**CONTRACTORS (FORM B)**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART.**

**SCHEDULE**

Name of Person or Organization: Blanket Where Required by Written Contract, Agreement, or Certificate of Insurance that the terms of CG 20 10 11 85 apply

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" for that insured by or for you.

Copyright, Insurance Services Office, Inc., 1984

**CG 20 10 11 85**

---

**i.** If the written contract, written agreement, or certificate of insurance as outlined above requires additional insured status by use of an Insurance Services Office (ISO) endorsement, then the coverage provided under this CG 70 48 endorsement does not apply. Additional insured status is limited to that provided by the ISO endorsement.

Includes copyrighted material of Insurance Services Office, Inc.

AIC000123

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONTRACTORS GENERAL LIABILITY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Under **SECTION I - COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** paragraph **2. EXCLUSIONS**, provisions **1.** through **6.** of this endorsement amend the policy as follows:

1.  **LIQUOR LIABILITY**

    Exclusion **c. Liquor Liability** is deleted.

2.  **NONOWNED WATERCRAFT AND NONOWNED AIRCRAFT (HIRED, RENTED OR LOANED WITH PAID CREW)**

    Exclusion **g. Aircraft, Auto or Watercraft,** paragraph **(2)** is deleted and replaced with the following:

    **(2)** A watercraft you do not own that is:

        **(a)** Less than 51 feet long; and

        **(b)** Not being used to carry persons or property for a charge;

    Exclusion **g. Aircraft, Auto or Watercraft,** paragraph **(6)** is added as follows:

    **(6)** An aircraft that you do not own that is:

        **(a)** Hired;

        **(b)** Rented; or

        **(c)** Loaned to you;

    with paid crew for a period of five (5) consecutive days or less.

    Paragraph **(6)** does not apply if the insured has any other insurance for "bodily injury or "property damage" liability for such aircraft, whether such other insurance is primary, excess, contingent or on any other basis.

3.  **PREMISES ALIENATED**

    **A.** Exclusion **j. Damage to Property,** paragraph **(2)** is deleted.

    **B.** The following paragraph is also deleted from Exclusion **j. Damage to Property**:

    Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

4.  **PROPERTY DAMAGE LIABILITY - ELEVATORS AND SIDETRACK AGREEMENTS**

    **A.** Exclusion **j. Damage to Property,** paragraphs **(3), (4),** and **(6)** do not apply to the use of elevators.

    **B.** Exclusion **k. Damage to Your Product** does not apply to:

        **1.** The use of elevators; or

        **2.** Liability assumed under a sidetrack agreement.

5.  **PROPERTY DAMAGE LIABILITY - BORROWED EQUIPMENT**

    **A.** Exclusion **j. Damage to Property,** paragraph **(4)** does not apply to "property damage" to borrowed equipment while at a jobsite and not being used to perform operations.

Includes copyrighted material of Insurance Services Office, Inc.

AIC000124

**B.** With respect to any one borrowed equipment item, provision **5.A.** above does not apply to "property damage" that exceeds $25,000 per occurrence or $25,000 annual aggregate.

## 6. PRODUCT RECALL EXPENSE

**A.** Exclusion **n. Recall Of Products, Work Or Impaired Property** does not apply to "product recall expenses" that you incur for the "covered recall" of "your product". This exception to the exclusion does not apply to "product recall expenses" resulting from:

    **1.** Failure of any products to accomplish their intended purpose;

    **2.** Breach of warranties of fitness, quality, durability or performance;

    **3.** Loss of customer approval or any cost incurred to regain customer approval;

    **4.** Redistribution or replacement of "your product", which has been recalled, by like products or substitutes;

    **5.** Caprice or whim of the insured;

    **6.** A condition likely to cause loss, about which any insured knew or had reason to know at the inception of this insurance;

    **7.** Asbestos, including loss, damage or clean up resulting from asbestos or asbestos containing materials;

    **8.** Recall of "your product(s)" that have no known or suspected defect solely because a known or suspected defect in another of "your product(s)" has been found.

**B.** Under **SECTION III – LIMITS OF INSURANCE**, paragraph **3.** is replaced in its entirety as follows and paragraph **8.** is added:

    **3.** The Products-Completed Operations Aggregate Limit is the most we will pay for the sum of:

        **a.** Damages under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** because of "bodily injury" and "property damage" included in the "products-completed operations hazard" and

        **b.** "Product recall expenses".

    **8.** Subject to paragraph **5.** above, $25,000 is the most we will pay for all "product recall expenses" arising out of the same defect or deficiency.

The insurance afforded by provisions **1.** through **6.** of this endorsement is excess over any valid and collectible insurance (including any deductible) available to the insured whether primary, excess or contingent, and **SECTION IV.,** paragraph **4. Other Insurance** is changed accordingly.

## 7. BLANKET CONTRACTUAL LIABILITY – RAILROADS

When a written contract or written agreement requires Contractual Liability - Railroads, the definition of "insured contract" in Section V - Definitions is replaced by the following with respect to operations performed for, or affecting, a railroad:

    **9.** "Insured Contract" means:

        **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

        **b.** A sidetrack agreement;

        **c.** Any easement or license agreement;

        **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000125**

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph **f.** does not include that part of any contract or agreement:

    **(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(a)** Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      **(b)** Giving directions or instructions, or failing to give them;

    **(2)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(1)** above and supervisory, inspection, architectural or engineering activities.

## 8. CONTRACTUAL LIABILITY - PERSONAL AND ADVERTISING INJURY

Under **SECTION 1 - COVERAGE B.,** paragraph **2. Exclusions,** paragraph **e. Contractual Liability** is deleted.

## 9. SUPPLEMENTARY PAYMENTS

Under **SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B,** paragraphs **1.b.** and **1.d.** are deleted and replaced with the following:

   **b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

## 10. BROADENED WHO IS AN INSURED

**SECTION II - WHO IS AN INSURED** is deleted and replaced with the following:

   **1.** If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000126**

**2.** Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees," other than either your "executive officers," (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insured for:

        **(1)** "Bodily injury" or "personal and advertising injury":

            **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of paragraph **(1)(a)** above;

            **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs **(1)(a)** or **(b)** above; or

            **(d)** Arising out of his or her providing or failing to provide professional health care services except as provided in provision **11.** of this endorsement.

        Paragraphs **(1)(a)**, **(1)(b)** and **(1)(c)** above do not apply to your "employees" who are:

        **(i)** Managers;

        **(ii)** Supervisors;

        **(iii)** Directors; or

        **(iv)** Officers;

        with respect to "bodily injury" to a co-"employee".

        **(2)** "Property damage" to property:

            **(a)** Owned, occupied or used by;

            **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

            you, any of your "employees," "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only;

        **(1)** With respect to liability arising out of the maintenance or use of that property; and

        **(2)** Until your legal representative has been appointed.

    **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Form.

    **e.** Your subsidiaries if:

        **(1)** They are legally incorporated entities; and

        **(2)** You own more than 50% of the voting stock in such subsidiaries as of the effective date of this policy.

Includes copyrighted material of Insurance Services Office, Inc.

                                       **CG 70 49 11 09**

**AIC000127**

If such subsidiaries are not shown in the Declarations, you must report them to us within 180 days of the inception of your original policy.

**f.** **(1)** Any person or organization, other than an architect, engineer or surveyor, required to be named as an additional insured in a "work contract", letter of intent or work order. However, such person or organization shall be an additional insured only with respect to covered "bodily injury," "property damage," and "personal and advertising injury" arising out of "your work" under that "work contract", letter of intent or work order.

    **(2)** We will provide additional insured coverage to such person or organization only:

        **(a)** for a period of 30 days after the effective date of the applicable "work contract", letter of intent or work order; or

        **(b)** until the end of the policy term in effect at the inception of the applicable "work contract", letter of intent or work order;

    whichever is earlier.

    **(3)** Coverage provided under this paragraph **f.** is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the "work contract", letter of intent or work order requires this insurance be primary, in which case this insurance will be primary without contribution from such other insurance available to the additional insured.

    **(4)** This paragraph **f.** does not apply if form CG 70 48, Contractors Blanket Additional Insured Endorsement, is attached to the policy.

**g.** Any person or organization to whom you are obligated by virtue of a written contract to provide insurance such as is afforded by this policy, but only with respect to liability arising out of the maintenance or use of that part of any premises leased to you, including common or public areas about such premises if so required in the contract.

However, no such person or organization is an insured with respect to:

    **(1)** Any "occurrence" that takes place after you cease to occupy those premises; or

    **(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

**h.** Any state or political subdivision but only as respects legal liability incurred by the state or political subdivision solely because it has issued a permit with respect to operations performed by you or on your behalf.

However, no state or political subdivision is an insured with respect to:

    **(1)** "Bodily injury", "property damage", and "personal and advertising injury" arising out of operations performed for the state or municipality; or

    **(2)** "Bodily injury" or "property damage" included within the "products-completed operations hazard."

**i.** Any person or organization who is the lessor of equipment leased to you to whom you are obligated by virtue of a written contact to provide insurance such as is afforded by this policy, but only with respect to their liability arising out of the maintenance, operation or use of such equipment by you or a subcontractor on your behalf with your permission and under your supervision.

However, no such person or organization is an insured with respect to any "occurrence" that takes place after the equipment lease expires.

**j.** Any architect, engineer, or surveyor engaged by you but only with respect to liability arising out of your premises or "your work."

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000128**

However, no architect, engineer, or surveyor is an insured with respect to "bodily injury," "property damage," or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

**(1)** The preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(2)** Supervisory, inspection, or engineering services.

This paragraph **j.** does not apply if form CG 70 48, Contractors Blanket Additional Insured Endorsement, is attached to the policy.

**k.** Any manager, owner, lessor, mortgagee, assignee or receiver of premises, including land leased to you, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises or land leased to you.

However, no such person or organization is an insured with respect to:

**(1)** Any "occurrence" that takes place after you cease to occupy that premises, or cease to lease the land; or

**(2)** Structural alteration, new construction or demolition operations performed by or on behalf of that person or organization.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded until the end of the policy period.

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization.

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**d.** Coverage **A** does not apply to "product recall expense" arising out of any withdrawal or recall that occurred before you acquired or formed the organization.

**4.** Any person or organization (referred to below as vendor) with whom you agreed, because of a written contract or agreement to provide insurance is an insured, but only with respect to "bodily injury" or "property damage" arising out of "your products" that are distributed or sold in the regular course of the vendor's business.

However, no such person or organization is an insured with respect to:

**a.** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement.

**b.** Any express warranty unauthorized by you;

**c.** Any physical or chemical change in "your product" made intentionally by the vendor;

**d.** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

**e.** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of "your products";

**f.** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of "your product";

Includes copyrighted material of Insurance Services Office, Inc.

CG 70 49 11 09

AIC000129

**g.** "Your products" which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

**h.** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

**(1)** The exceptions contained in subparagraphs **d.** or **f.**; or

**(2)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

This insurance does not apply to any insured person or organization from which you have acquired "your products", or any ingredient, part, or container, entering into, accompanying or containing "your products".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## 11. INCIDENTAL MALPRACTICE LIABILITY

As respects provision **10., SECTION II - WHO IS AN INSURED**, paragraph **2.a.(1)(d)** does not apply to any nurse, emergency medical technician or paramedic employed by you to provide medical or paramedical services, provided that you are not engaged in the business or occupation of providing such services, and your "employee" does not have any other insurance that would also cover claims arising under this provision, whether the other insurance is primary, excess, contingent or on any other basis.

Under **SECTION III - LIMITS OF INSURANCE,** provisions **12.** through **14.** of this endorsement amend the policy as follows:

## 12. AGGREGATE LIMITS PER PROJECT

The General Aggregate Limit applies separately to each of your construction projects away from premises owned by or rented to you.

## 13. INCREASED MEDICAL PAYMENTS LIMIT AND REPORTING PERIOD

**A.** The requirement under **SECTION I - COVERAGE C MEDICAL PAYMENTS** that expenses be incurred and reported to us within one year of the date of the accident is changed to three years.

**B.** **SECTION III - LIMITS OF INSURANCE,** paragraph **7.,** the Medical Expense Limit, is subject to all of the terms of **SECTION III - LIMITS OF INSURANCE** and is the greater of:

**1.** $10,000; or

**2.** The amount shown in the Declarations for Medical Expense Limit.

**C.** This provision **13.** does not apply if **COVERAGE C MEDICAL PAYMENTS** is excluded either by the provisions of the Coverage Form or by endorsement.

## 14. DAMAGE TO PREMISES RENTED TO YOU – SPECIFIC PERILS

**A.** The word fire is changed to "specific perils" where it appears in:

**1.** The last paragraph of **SECTION I – COVERAGE A,** paragraph **2. Exclusions;**

**2.** **SECTION IV**, paragraph **4.b. Excess Insurance.**

**B.** The Limits of Insurance shown in the Declarations will apply to all damage proximately caused by the same event, whether such damage results from a "specific peril" or any combination of "specific perils."

**C.** The Damage To Premises Rented To You Limit described in **SECTION III - LIMITS OF INSURANCE,** paragraph **6.,** is replaced by a new limit, which is the greater of:

**1.** $1,000,000; or

Includes copyrighted material of Insurance Services Office, Inc.

AIC000130

     **2.**   The amount shown in the Declarations for Damage To Premises Rented To You Limit.

**D.**  This provision **14.** does not apply if the Damage To Premises Rented To You Limit of **SECTION I - COVERAGE A** is excluded either by the provisions of the Coverage Form or by endorsement.

Under **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, provisions **15.** through **17.** of this endorsement amend the policy as follows:

## 15. KNOWLEDGE OF OCCURRENCE

Under **2. Duties In The Event Of Occurrence, Offense, Claim, Or Suit,** paragraph **a.** is deleted and replaced and paragraphs **e.** and **f.** are added as follows:

**a.**  You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim. Knowledge of an "occurrence" or an offense by your "employee(s)" shall not, in itself, constitute knowledge to you unless one of your partners, members, "executive officers", directors, or managers has knowledge of the "occurrence" or offense. To the extent possible, notice should include:

  **(1)** How, when and where the "occurrence" or offense took place;

  **(2)** The names and addresses of any injured persons and witnesses; and

  **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**e.**  If you report an "occurrence" to your workers compensation carrier that develops into a liability claim for which coverage is provided by the Coverage Form, failure to report such an "occurrence" to us at the time of the "occurrence" shall not be deemed a violation of paragraphs **a., b.,** and **c.** above. However, you shall give written notice of this "occurrence" to us as soon you become aware that this "occurrence" may be a liability claim rather than a workers compensation claim.

**f.**  You must see to it that the following are done in the event of an actual or anticipated "covered recall" that may result in "product recall expense":

  **(1)** Give us prompt notice of any discovery or notification that "your product" must be withdrawn or recalled. Include a description of "your product" and the reason for the withdrawal or recall;

  **(2)** Cease any further release, shipment, consignment or any other method of distribution of like or similar products until it has been determined that all such products are free from defects that could be a cause of loss under the insurance.

## 16. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

Paragraph **6. Representations** is deleted and replaced with the following:

### 6. Representations

By accepting this policy, you agree:

**a.**  The statements in the Declarations are accurate and complete;

**b.**  Those statements are based upon representations you made to us;

**c.**  We have issued this policy in reliance upon your representations; and

**d.**  This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

We will not deny coverage under this coverage part if you unintentionally fail to disclose all hazards existing as of the inception date of this policy. You must report to us any knowledge of an error or omission in the description of any premises or operations intended to be covered by the Coverage Form as soon as practicable after its discovery. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or nonrenewal.

## 17. TRANSFER OF RIGHTS (BLANKET WAIVER OF SUBROGATION)

Paragraph **8. Transfer of Rights Of Recovery Against Others To Us** is deleted and replaced with the following:

**8.** If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. However, if the insured has waived rights to recover through a written contract, or if "your work" was commenced under a letter of intent or work order, subject to a subsequent reduction to writing with customers whose customary contracts require a waiver, we waive any right of recovery we may have under this Coverage Form.

## 18. EXTENDED NOTICE OF CANCELLATION AND NONRENEWAL

Paragraph **2.b.** of **A. Cancellation** of the **COMMON POLICY CONDITIONS** is deleted and replaced with the following:

**b.** 60 days before the effective date of the cancellation if we cancel for any other reason.

Under **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**, Paragraph **9. When We Do Not Renew** is deleted and replaced with the following:

### 9. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## 19. MOBILE EQUIPMENT REDEFINED

Under **SECTION V - DEFINITIONS**, paragraph **12.** "Mobile equipment", paragraph **f. (1)** does not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

## 20. DEFINITIONS

**1.** **SECTION V – DEFINITIONS,** paragraph **4.** "Coverage territory" is replaced by the following definition:

"Coverage territory" means anywhere in the world with respect to liability arising out of "bodily injury," "property damage," or "personal and advertising injury," including "personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication provided the insured's responsibility to pay damages is determined in a settlement to which we agree or in a "suit" on the merits, in the United States of America (including its territories and possessions), Puerto Rico and Canada.

**2.** **SECTION V – DEFINITIONS** is amended by the addition of the following definitions:

"Covered recall" means a recall made necessary because you or a government body has determined that a known or suspected defect, deficiency, inadequacy, or dangerous condition in "your product" has resulted or will result in "bodily injury" or "property damage".

"Product Recall expenses" mean only reasonable and necessary extra costs, which result from or are related to the recall or withdrawal of "your product" for:

**a.** Telephone and telegraphic communication, radio or television announcements, computer time and newspaper advertising;

**b.** Stationery, envelopes, production of announcements and postage or facsimiles;

**c.** Remuneration paid to regular employees for necessary overtime or authorized travel expense;

**d.** Temporary hiring by you or by agents designated by you of persons, other than your regular employees, to perform necessary tasks;

Includes copyrighted material of Insurance Services Office, Inc.

AIC000132

**e.** Rental of necessary additional warehouse or storage space;

**f.** Packaging of or transportation or shipping of defective products to the location you designate; and

**g.** Disposal of "your products" that cannot be reused. Disposal expenses do not include:

    **(1)** Expenses that exceed the original cost of the materials incurred to manufacture or process such product; and

    **(2)** Expenses that exceed the cost of normal trash discarding or disposal, except as are necessary to avoid "bodily injury" or "property damage".

"Specific Perils" means fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; weight of snow, ice or sleet; or "water damage".

"Water damage" means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

"Work contract" means a written agreement between you and one or more parties for work to be performed by you or on your behalf.

Includes copyrighted material of Insurance Services Office, Inc.

CG 70 49 11 09

**AIC000133**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - LEAD POISONING OR CONTAMINATION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY POLICY

All other terms, provisions, exclusions, and limitations of the policy apply except as specifically stated below.

1.  Under **A. COVERAGES**, Item **2. Exclusions** is amended by the addition of the following:

    **Lead Poisoning or Contamination**

    This insurance does not apply to:

    **(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened ingestion, inhalation, absorption, dispersal or escape of lead in any form.

    **(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

    **(b)** Claim or suit by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

CG 71 17 01 01

**AIC000134**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BODILY INJURY DEFINITION MODIFICATION

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**All other terms, provisions, exclusions, and limitations of the policy apply except as specifically stated below.**

**SECTION V - DEFINITIONS**, Item **3.** "Bodily injury" is deleted and replaced with the following:

3. "Bodily injury"

   **a.** Means physical:

   **(1)** Injury;
   **(2)** Disability;
   **(3)** Sickness; or
   **(4)** Disease;

   sustained by a person, including death resulting from any of these at any time.

   **b.** Includes mental:

   **(5)** Anguish;
   **(6)** Injury;
   **(7)** Humiliation;
   **(8)** Fright; or
   **(9)** Shock;

   sustained by a person who has sustained any "bodily injury" described in paragraph **3.a.**, provided that any "bodily injury" described in paragraph **3.b.** results directly from any "bodily injury" described in paragraph **3.a.**

   **c.** All "bodily injury" described in paragraph **3.b.** shall be deemed to have occurred at the time the "bodily injury" described in paragraph **3.a.** occurred.

CG 71 34 04 05

AIC000135

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTROLLED INSURANCE PROGRAM WITH RESIDUAL COVERAGE EXCEPTION

This endorsement modifies the insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

All other policy terms apply except as specifically stated below.

The following exclusion is added to **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, paragraph **2. Exclusions:**

**(1)** This insurance does not apply to "bodily injury" or "property damage" arising out of either your:

    **(a)** Ongoing operations; or

    **(b)** Operations included within the "products-completed operations hazard";

    if such operations were at any time included within a "controlled insurance program" for a project in which you are or were enrolled.

**(2)** This exclusion does not apply to:

    **(a)** Coverage available to you under this policy which is broader in scope than coverage provided to you under a "controlled insurance program" for a project in which you are enrolled.

    **(b)** Coverage for your interest only for:

        **(i)** Ongoing operations in excess of all coverage available to you under a "controlled insurance program" for a project in which you are enrolled; and

        **(ii)** Operations included within the "products-completed operations hazard" in excess of all coverage available to you under a "controlled insurance program" for a project in which you are or have been enrolled.

    **(c)** Coverage for your operations away from a project that is part of a "controlled insurance program" incidental to the support of such a project and not included within the "controlled insurance program".

    **(d)** Coverage for the "products-completed operations hazard" if such operations were included within a "controlled insurance program" and coverage provided by the" controlled insurance program" for the "products-completed operations hazard" has terminated.

**(3)** Coverage described in paragraphs **(2)(a)**, **(2)(b)**, **(2)(c)**, and **(2)(d)** above does not apply to "your work" on "condominium construction".

**(4)** This exclusion applies whether or not the "controlled insurance program" provides:

    **(a)** Coverage identical to that provided by this Coverage Form;

    **(b)** Limits adequate to cover all claims; or

    **(c)** Coverage that remains in effect.

**(5)** This exclusion applies regardless of whether such operations are or were conducted by you or on your behalf.

**(6)** The following are added to **SECTION V – DEFINITIONS**:

    **(a)** "Condominium construction" includes, but is not limited to, any phase of:

        **(i)** Construction;

        **(ii)** Design;

        **(iii)** Reconstruction;

        **(iv)** Remodeling;

        **(v)** Renovation;

Includes copyrighted material of Insurance Services Office, Inc.

AIC000136

**(vi)** Repair; or

**(vii)** Maintenance;

Of the following types of multifamily or residential structures:

· Condominiums;

· Mixed-use structures with a condominium component;

· Apartment conversions to condominiums; or

· Condominium conversions to apartments.

**(b)** "Controlled insurance program" means a:

**(i)** Construction;

**(ii)** Erection; or

**(iii)** Demolition;

project for which the prime contractor/project manager or owner of the project has secured general liability insurance covering some or all of the contractors or subcontractors enrolled in the project, otherwise referred to as an Owner Controlled Insurance Program (O.C.I.P.) or Contractor Controlled Insurance Program (C.C.I.P.).

**(7)** Coverage under this endorsement does not apply to any deductible amount specified in the "controlled insurance program."

Includes copyrighted material of Insurance Services Office, Inc.

**AIC000137**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ELECTRONIC DATA LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Coverage A – Bodily Injury And Property Damage Liability** in **Section I – Coverages** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

(1) Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph (1) or (2) above.

However, unless Paragraph (1) above applies, this exclusion does not apply to damages because of "bodily injury".

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B –Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**C.** The following definition is added to the **Definitions** section:

"Electronic data" means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, (including systems and applications software), hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Includes copyrighted material of Insurance Services Office, Inc.

**CG 71 55  02 14**

**D.** For the purposes of the coverage provided by this endorsement, the definition of "property damage" in the **Definitions** section is replaced by the following:

    **17.** "Property damage" means:

        **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

        **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

        **c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

    For the purposes of this insurance, "electronic data" is not tangible property.

Includes copyrighted material of Insurance Services Office, Inc.

CG 71 55  02 14

**AIC000139**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# TOTAL POLLUTION EXCLUSION WITH EXCEPTIONS FOR BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT ; HOSTILE FIRE; CONTRACTOR JOB SITE; AND SEWAGE BACKUP

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

All terms of the coverage form apply except as specifically stated below.

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.    Pollution**

**(1)**  "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened:

discharge;
dispersal;
seepage;
migration;
release; or
escape;

of "pollutants" at any time.

This exclusion does not apply to:

**(a)**  "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(b)**  "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)**  At any premises, site or location which is or was at any time used by or for any insured or others for the:

handling;
storage;
disposal;
processing; or
treatment;

of waste; or

Includes copyrighted material of Insurance Services Office, Inc.

AIC000140

    (ii)  At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to:

        test for;
        monitor;
        clean up;
        remove;
        contain;
        treat;
        detoxify;

        neutralize; or
        in any way respond to, or assess the effects of;

        "pollutants".

  (c)  "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

  (d)  "Bodily injury" or "property damage" sustained within a building caused by the sudden and accidental backup or discharge of "sewage" through sewers, drains or pipes.

(2)  Any loss, cost or expense arising out of any:

  (a)  Request, demand, order or statutory or regulatory requirement that any insured or others:

        test for;
        monitor;
        clean up;
        remove;
        contain;
        treat;
        detoxify; or
        neutralize;
        or in any way respond to, or assess the effects of;

        "pollutants"; or

  (b)  Claim or suit by or on behalf of a governmental authority for damages because of:

        testing for;
        monitoring;
        cleaning up;
        removing;
        containing;
        treating;
        detoxifying; or
        neutralizing;
        or in any way responding to, or assessing the effects of;

        "pollutants".

## Section V – DEFINITIONS

The following definition is added to the **Definitions** section:

"Sewage" means refuse liquids or waste matter carried off by sewers, drains or pipes.

Includes copyrighted material of Insurance Services Office, Inc.

AIC000141

COMMERCIAL GENERAL LIABILITY
CG 72 13 11 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – PRIMARY NON-CONTRIBUTORY COVERAGE WHEN REQUIRED BY WRITTEN CONTRACT, WRITTEN AGREEMENT, OR CERTIFICATE OF INSURANCE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS,** paragraph **4. Other Insurance** is deleted and replaced with the following:

4. **Other Insurance.**

Any additional insured coverage provided under this policy or any endorsement to this policy is excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent, or on any other basis unless the written contract, written agreement, or certificate of insurance requires that this insurance be primary, in which case this insurance will be primary without contribution from such other insurance available to the additional insured.

CG 72 13 11 12

**AIC000142**

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (Section **II**).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (Section **V**).

The provisions of this policy apply only as respects Employee Benefits Liability coverage. All other terms and conditions of any other policy issued to you by us shall not be affected by any provision of this policy

## SECTION I - COVERAGE

### 1.    Insuring Agreement

We will pay those sums that the insured becomes legally obligated to pay as damages because of any negligent act, error or omission of the insured committed in the "administration" of your "employee benefit program." This insurance applies only to negligent acts, errors or omissions which occur during the policy period. The negligent acts, errors, or omissions must take place in the "coverage territory".

We will have the right and duty to defend any "suit" seeking these damages. However, we will have no duty to defend the insured against any "suit" seeking damages for any negligent acts, errors or omissions to which this insurance does not apply. We may at our discretion, investigate any report of a negligent act, error or omission and settle any claim or "suit" that may result. But:

**a.**    The amount we will pay for damages is limited as described in **SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE**; and

**b.**    Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **3. Supplementary Payments** which follows.

### 2.    Exclusions

This insurance does not apply to:

**a.**    "Bodily injury," "property damage," "personal injury" or "advertising injury";

**b.**    Loss arising out of failure of an insured to perform a contract;

**c.**    Loss arising out of failure of an insurer to perform a contract;

**d.**    Loss arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by an insured;

**e.**    Loss arising out of any insufficiency of funds to meet any obligations under any plan included in the "employee benefit program";

**f.**    Any claim or "suit" based upon:

**(1)**    Failure of any investment to perform as represented by any insured or by the plan provider on behalf of the insured; or

**(2)**    Advice given to any person to participate or not to participate in any plan included in the "employee benefit program";

**EB 70 01 11 97**                                                                                                    **Page 1 of 7**

**g.** Loss arising out of the insured's failure to comply with mandatory provisions of laws concerning:

    **(1)** Workers' Compensation;

    **(2)** Unemployment Insurance;

    **(3)** Social Security;

    **(4)** Disability benefits; or

    **(5)** Any similar law.

**h.** Loss arising out of liability of an insured as a fiduciary under:

    **(1)** EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974; or

    **(2)** INTERNAL REVENUE CODE OF 1986 (including the INTERNAL REVENUE CODE OF 1954); and

    **(3)** Any amendments of **1.** and **2.** above.

**i.** Loss arising out of any discriminatory act committed in the "administration" of your "employee benefit program".

## 3. Supplementary Payments

We will pay with respect to any claim we investigate or settle or any "suit" we defend:

**a.** All expenses we incur.

**b.** The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

**c.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**d.** All costs taxed against the insured in the "suit".

**e.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**f.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limit of Insurance.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

EB 70 01 11 97
**AIC000144**

**2.** Each of the following is also an insured:

    **a.** Your "employees" who have been given responsibility for the "administration" of your "employee benefit program" as part of their regular job duties, but only for acts within the scope of their duties.

    **b.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this coverage part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

    **b.** Coverage under this provision does not apply to any negligent act, error or omission that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE AND DEDUCTIBLE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought;

    **c.** Persons or organizations making claims or bringing "suits";

    **d.** Acts, errors or omissions which result in loss; or

    **e.** Plans included in your "employee benefit program."

**2.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

**3.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee," including the "employee's" dependents and beneficiaries, because of acts, errors or omissions committed in the "administration" of your "employee benefit program".

The limits afforded by this coverage part apply separately to each consecutive annual period, and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limit of Insurance.

## 4. DEDUCTIBLE

    **a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Declarations as applicable to Each Employee. The Limits of Insurance applicable to Each Employee will be reduced by the amount of this deductible. The Aggregate Limit will not be reduced by the application of such deductible.

    **b.** The deductible amount stated in the Declarations applies to all damages sustained by an "employee" because of an act, error or omission covered by this insurance.

    **c.**    The terms of this insurance, including those with respect to:

        **(1)**    Our right and duty to defend "suits" seeking those damages; and

        **(2)**    Your duties in the event of an act, error, omission, claim or "suit;"

    apply irrespective of the application of the deductible amount.

    **d.**    We may pay any part or all of the deductible amount to effect settlement of a claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for that part of the deductible amount paid by us.

## SECTION IV - EMPLOYEE BENEFITS LIABILITY CONDITIONS

**1.**  **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2.**  **Duties In The Event Of An Act, Error, Omission, Claim or Suit**

    **a.**    You must see to it that we are notified as soon as practicable of any act, error or omission which may result in a claim.  Notice should include:

        **(1)**    A description of the act, error or omission and when it occurred.

        **(2)**    The name and address of any "employee" or beneficiary who may suffer damages as a result of the act, error or omission.

    Notice of any act, error or omission is not notice of a claim

    **b.**    If a claim is received by any insured, you must:

        **(1)**    Immediately record the specifics of the claim and the data received; and

        **(2)**    Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim as soon as practicable.

    **c.**    You and any other involved insured must:

        **(1)**    Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        **(2)**    Authorize us to obtain records and other information;

        **(3)**    Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

        **(4)**    Assist us, upon request, in the enforcement of any rights against any person or organization which may be liable to the insured because of damages to which this insurance may also apply.

    **d.**    No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent; to do so will jeopardize your coverage under this policy.

**3.**  **Legal Action Against Us**

    No person or organization has a right under this Coverage Part:

    **a.**    To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

    **b.**    To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against the insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this coverage part, our obligations are limited as follows:

**a.** Primary Insurance

This insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with any other insurance by the method described in **b.** below.

**b.** Method of Sharing

If the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it:

**(1)** Has paid its applicable limit of insurance; or

**(2)** None of the loss remains;

whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premium paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete.

**b.** Those statements are based on representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies;

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer of Rights of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.    When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

**1.**    "Administration" means:

    **a.**    Providing information to "employees," including their dependents and beneficiaries, with respect to the "employee benefit program";

    **b.**    Handling records in connection with the "employee benefit program";

    **c.**    Effecting or terminating any "employee's" participation in a plan included in the "employee benefit program".

**2.**    "Advertising injury" means injury arising out of one or more of the following offenses:

    **a.**    Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **b.**    Oral or written publication of material that violates a person's right of privacy;

    **c.**    Misappropriation of advertising ideas or style of doing business; or

    **d.**    Infringement of copyright, title or slogan.

**3.**    "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting form any of these at any time.

**4.**    "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

**5.**    "Employees" mean your officers, partners and employees whether actively employed, disabled or retired.

**6.**    "Employee benefit program" means the following plans:

    **a.**    "Pension plans" under the Employee Retirement Income Security Act; and

    **b.**    "Welfare benefit plans" under the Employee Retirement Income Security Act.

**7.**    "Executive officers" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**8.**    "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**9.**    "Pension plans" mean any plan, fund, or program which is established or maintained by an employer or by an employee organization (such as a labor union), or by both, to the extent that by its express terms or as a result of surrounding circumstances such plan, fund, or program (1) provides retirement income to employees, or (2) results in a deferral of income by employees for periods extending to the termination of covered employment or beyond regardless of the method of calculating the contributions made to the plan, the method of calculating the benefits under the plan, or the method of distributing benefits from the plan. This definition includes all qualified pension, profit-sharing, stock bonus, and similar plans.

**10.**    "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

    **a.**    False arrest, detention or imprisonment;

    **b.**    Malicious prosecution;

    **c.**    The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor.

    **d.**    Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.**    Oral or written publication of material that violates a person's right of privacy; or

**Page 6 of 7**

11. "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

12. "Suit" means a civil proceeding in which damages are alleged because of an act, error or omission to which this insurance applies. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

13. "Welfare benefit plans" mean any plan, fund, or program established or maintained by an employer or by an employee organization, or by both, for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, medical, surgical, or hospital care or benefits, or benefits in the event of sickness, accident, disability, death or unemployment, or vacation benefits, apprenticeship or other training programs, or day care centers, scholarship funds, or prepaid legal services.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

# RETROACTIVE COVERAGE PERIOD ENDORSEMENT

This form modifies insurance provided under the following:

      EMPLOYEE BENEFITS LIABILITY COVERAGE FORM EB 70 01
      EMPLOYEE BENEFITS LIABILITY COVERAGE FORM EB 70 04

All Employee Benefits Liability Coverage Form terms apply except as stated below.

1.    The following is added to SECTION I – COVERAGE, paragraph 1. Insuring Agreement:

We will pay on behalf of the insured all sums the insured becomes legally obligated to pay as damages because of any claim(s):

    a.   First made against the insured after the effective date of this form; and

    b.   Arising out of any negligent act, error or omission:

        (1)  Committed by the insured to which this insurance applies; and

        (2)  Occurring during the period from __04/01/2012__ to __04/01/2015__.

The effective date of this form is __04/01/2015__.

2.    The following is added to SECTION I – COVERAGE, paragraph 2. Exclusions:

This insurance does not apply:

    Unless a claims-made Employee Benefits Liability Coverage Form covering the insured was continuously in effect during the entire period mentioned in paragraph 1.b.(2) above.

    To any claim or "suit" first made against the insured before the effective date of this form, whether or not reported to the prior insurer.

    To any claim or "suit" the insured was aware of prior to the effective date of this form and that was not reported to the prior insurer.

    To any claim or "suit" for which any other policy of insurance provides coverage.

Includes copyrighted material of Insurance Services Office, Inc.

**EB 73 07 03 09**

AIC000150