# EXHIBIT H-1

Policy Number TB2-C81-004095-1 15
Issued by Liberty Mutual Fire Insurance Co.

## ANNUAL MEETING NOTICE

Your policy is issued by a stock insurance company subsidiary of the Liberty Mutual Holding Company Inc., a Massachusetts mutual holding company. The named insured first named in the Declarations is a member of Liberty Mutual Holding Company Inc.

As a member of Liberty Mutual Holding Company Inc., the named insured first named is entitled, among other things, to vote either in person or by proxy at the annual meeting or special meetings of said company. The Annual Meeting of Liberty Mutual Holding Company Inc. is at its offices located at 175 Berkeley Street, Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

Members of Liberty Mutual Holding Company Inc. may request a copy of the company's annual financial statements, which are posted on Liberty Mutual's website at www.libertymutual.com or by writing to Liberty Mutual Holding Company Inc., 175 Berkeley Street, Boston, Massachusetts, 02116, Attention: Corporate Secretary.

## PARTICIPATING PROVISION

You may be eligible to participate in the distribution of surplus funds of the company through any dividends that may be declared for this policy. A declaration or payment of dividends is not guaranteed. The amount of any dividends that may be declared shall be to the extent, and upon the conditions fixed and determined by the Board of Directors and in compliance with any laws that apply.

**In witness whereof**, the company has caused this policy to be signed by its President and its Secretary.

**SECRETARY**                    **PRESIDENT**

CONFIDENTIAL                    LM_000001

COMMERCIAL GENERAL LIABILITY DECLARATIONS
OCCURRENCE



Liberty
Mutual.
INSURANCE

Issued By Liberty Mutual Fire Insurance Co.

Policy Number TB2-C81-004095-115          Issuing Office  BALA CYNWYD, PA
Renewal Of     TB2-C81-004095-114          Issue Date     2015-08-27
Account Number  8-036771                   Sub Account   0000

Named Insured and Mailing Address
Oldcastle, Inc.
900 Ashwood Pkwy, Ste 600
Atlanta GA 30338

Form of Business: Corporation

Policy Period: The policy period is from 09/01/2015 to 09/01/2016 12:01 A.M. standard time at the Insured's mailing address.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

### LIMITS OF INSURANCE

| | | |
|---|---:|---|
| Each Occurrence Limit | $ 2,000,000 | |
| Damage to Premises Rented to You Limit | $ 250,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal & Advertising Injury Limit | $ 2,000,000 | |
| General Aggregate Limit | $ 10,000,000 | |
| Products-Completed Operations Aggregate Limit | $ 10,000,000 | |

### SCHEDULE

The declarations are completed on the accompanying "Declarations Extension Schedule(s)".

Commercial General Liability Coverage Part Premium          $          

Total Estimated Premium          $
Other Charge(s)                  $

Policywriting Minimum Premium

Forms Applicable: See Attached Inventory

MARSH US 0002008060
MARSH USA INC
3560 LENOX RD NE STE 2400

ATLANTA GA 303264266

Producer BLICKLE     K 9931
BALA CYNWYD, PA

LC 00 04 08 12          © 2012 Liberty Mutual Insurance. All rights reserved.          Page 1 of 1
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

CONFIDENTIAL          LM_000002

## DECLARATIONS EXTENSION SCHEDULE – CLASSIFICATION DESCRIPTIONS

Policy Number  TB2-C81-004095-115

| Class Code | Description |
|------------|-------------|
| 15350 | Contracting (High) |

CONFIDENTIAL

LM_000003

## DECLARATIONS EXTENSION SCHEDULE
### -- COMPOSITE RATED COVERAGES --

Policy Number  TB2-C81-004095-115

| Description | Premium Basis | Rates | Premium |
|---|---|---|---|
| All Operations of the Named Insured | | | |
| Fronted Expense | | | |
| Adjustment to Liquor Liability minimum | | | |
| **TOTAL** | | | |

© 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with
its permission.

Page 1 of 1

CONFIDENTIAL

LM_000004

Policy Number TB2-C81-004095-115
Issued by Liberty Mutual Fire Insurance Co.

## Inventory
## Coverage Forms/Parts, Endorsements, Enclosures

COVERAGE FORMS/PARTS, ENDORSEMENTS AND ENCLOSURES FORMING A PART OF THIS POLICY AT INCEPTION:

**Form Number/Edition Date**     Title

**COMMON POLICY FORMS**

| Form Number/Edition Date | Title |
|---|---|
| LIL 90 04 06 13 | ANNUAL MEETING NOTICE |
| LC 00 04 08 12 | COMMERCIAL GENERAL LIABILITY DECLARATIONS |
| LCS 00 01 05 12 | DECLARATIONS EXTENSION SCHEDULE - CLASSIFICATION DESCRIPTIONS |
| LCS 00 02 05 12 | DECLARATIONS EXTENSION SCHEDULE |
| IC 00 42 07 09 | Inventory Coverage Forms/Parts, Endorsements, Enclosures |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 02 62 02 15 | GEORGIA CHANGES - CANCELLATION AND NONRENEWAL |

**COMMERCIAL GENERAL LIABILITY**

| | |
|---|---|
| CG 00 01 04 13 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |

Named Insured

| | |
|---|---|
| LC 99 40 02 13 | BROAD FORM NAMED INSURED - MAJORITY INTEREST |

Deductible

| | |
|---|---|
| LD 03 24 10 12 | Deductible - Damages |
| LC 03 03 06 05 | Deductible-Damages |

**Coverage Endorsement(s)**

| | |
|---|---|
| CG 04 35 12 07 | Employee Benefits Liability Coverage |
| CG 22 64 04 13 | PESTICIDE OR HERBICIDE APPLICATOR - LIMITED POLLUTION COVERAGE |
| CG 24 04 05 09 | WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US |
| CG 24 08 10 93 | Liquor Liability |
| CG 24 12 11 85 | BOATS |
| CG 24 14 04 13 | WAIVER OF GOVERNMENTAL IMMUNITY |
| CG 24 17 10 01 | Contractual Liability - Railroads |
| CG 25 03 05 09 | Designated Construction Project(s) General Aggregate Limit |
| LC 04 01 06 05 | Reasonable Force |
| LC 04 04 06 05 | Bodily Injury to Co-Employees Coverage |
| LC 04 16 06 07 | Alienated Premises Coverage |
| LD 25 05 05 11 | Amendment of Limits of Insurance |

IC 00 42 07 09          © 2008, Liberty Mutual Group of Companies. All rights reserved.          Page 1 of 3

CONFIDENTIAL

| Form Number/Edition Date | Title |
|---|---|
| LC 25 13 08 08 | Non-Cumulation of Liability (Same Occurrence) |
| LC 29 01 10 13 | COVERAGE TERRITORY REDEFINED |
| LC 29 02 06 07 | Insured Contract Redefined |
| LC 29 04 08 08 | Personal and Advertising Injury - Definition of Publication |
| LC 29 06 08 08 | Personal and Advertising Injury - Occurrence Redefined |
| LC 99 01 02 13 | NOTICE OF OCCURRENCE, OFFENSE OR INJURY |
| LC 99 02 02 13 | KNOWLEDGE OF OCCURRENCE OR OFFENSE |
| LC 99 03 02 13 | UNINTENTIONAL FAILURE TO DISCLOSE |
| LC 99 36 02 13 | PREMIUM RESPONSIBILITY ENDORSEMENT |
| LC 29 08 10 11 | Advertisement Redefined |
| LC 04 02 10 11 | Professional Health Care Services by Employees or Volunteer Workers Coverage |
| LD 02 02 05 11 | Notice of Cancellation or Material Change in Coverage |
| LD 02 04 07 12 | Amendment - Notice of Cancellation and Non-Renewal Endorsement |
| LD 02 07 07 11 | Earlier Notice of Cancellation or Non-Renewal Provided By Us - Designated Entity |
| LC 99 53 01 15 | Iowa Governmental Entity Endorsement |
| LD 04 02 09 13 | Riggers Liability Endorsement |
| LIM 99 01 05 11 | Notice of Cancellation to Third Parties |
| LC 04 27 10 11 | Broadened Damage to Premises Rented to You Coverage |
| LC 24 32 10 13 | Excess Provision-Consolidated (Wrap-Up) Insurance Program |
| LC 25 09 10 13 | Amendment Limits of Insured (Designated Project or Premises) |
| LC 29 14 02 13 | Coverage Territory - Gulf of Mexico |
| CG 04 42 11 03 | Stop Gap - Employers Liability Coverage Endorsement - Washington |
| CG 21 39 10 93 | Contractual Liability Limitation |

Additional Insured(s)

| Form Number/Edition Date | Title |
|---|---|
| CG 20 10 04 13 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION |
| CG 20 11 04 13 | Additional Insured - Managers Or Lessors Of Premises |
| CG 20 15 04 13 | Additional Insured - Vendors |
| CG 20 26 04 13 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| CG 20 27 04 13 | ADDITIONAL INSURED - CO-OWNER OF INSURED PREMISES |
| CG 20 28 04 13 | ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT |
| CG 20 32 04 13 | ADDITIONAL INSURED - ENGINEERS, ARCHITECTS OR SURVEYORS NOT ENGAGED BY THE NAMED INSURED |
| CG 20 33 04 13 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU |
| CG 20 36 04 13 | ADDITIONAL INSURED - GRANTOR OF LICENSES |
| CG 20 37 04 13 | ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS |
| LN 20 01 06 05 | Blanket Additional Insured |
| LC 24 20 02 13 | Other Insurance Amendment - Scheduled Additional Insured |
| LG 10 18 09 07 | Additional Insured and Waiver of Subrogation-Managers and Lessors or Premises |
| LD 24 10 07 13 | Primary and Non Contributory-Scheduled Additional Insured |

CONFIDENTIAL

| Form Number/Edition Date | Title |
|---|---|
| CG 20 10 07 04 | Additional Insured-Owners Lessees or Contractors-Scheduled Person or Organization |
| CG 20 10 10 01 | Additional Insured-Owners Lessees or Contractors-Scheduled Person or Organization |
| CG 20 37 07 04 | Additional Insured-Owners Lessees or Contractors-Completed Operations |
| CG 20 37 10 01 | Additional Insured-Owners Lessees or Contractors-Completed Operations |
| LC 20 34 10 13 | Expanded Additional Insured-Contractors Automatic Status When Required by Written Agreement (Conforming to Written Agreement) |

**TRIA Exclusion(s)**

| | |
|---|---|
| CG 21 73 01 15 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| CG 26 88 01 15 | ALASKA EXCLUSION OF CERTIFIED ACTS OF TERRORISM |

**Other Exclusion(s)**

| | |
|---|---|
| CG 21 00 07 98 | Exclusion - All Hazards In Connection With Designated Premises |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| LC 21 01 06 05 | Asbestos Exclusion Endorsement |
| LC 21 04 06 05 | Discrimination Exclusion |
| CG 21 06 05 14 | Exclusion-Access or Disclosure of Confidential or Personal Information and Data-Related Liability-with Limited Bodily Injury Exception |

**State Mandatory**

| | |
|---|---|
| CG 26 83 01 03 | GEORGIA CHANGES - NOTICE OF CANCELLATION - PESTICIDE APPLICATORS |

**NOTICE(S) TO POLICYHOLDER**

| | |
|---|---|
| SNI 90 02 01 15 | TERRORISM RISK INSURANCE ACT |

CONFIDENTIAL     LM_000007

## Common Policy Conditions

All Coverage Parts included in this policy are subject to the following conditions:

### A. CANCELLATION

1. The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

Copyright, Insurance Services Office, Inc., 1998

IL 00 17 11 98
11-98

Page 1 of 2

CONFIDENTIAL

LM_000008

   **b.** Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

CONFIDENTIAL

LM_000009

IL 02 62 02 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the Cancellation Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

   a. If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

   b. If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days' notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

   (1) 10 days from the date of mailing or delivering our notice; or

   (2) The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the Cancellation Common Policy Condition is replaced by the following:

5. Premium Refund

   a. If this policy is cancelled, we will send the first Named Insured any premium refund due.

   b. If we cancel, the refund will be pro rata, except as provided in **c.** below.

   c. If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

   d. If the first Named Insured cancels, the refund may be less than pro rata.

   e. The cancellation will be effective even if we have not made or offered a refund.

IL 02 62 02 15 © Insurance Services Office, Inc., 2014 Page 1 of 2

CONFIDENTIAL

LM_000010

C. The following is added to the Cancellation Common Policy Condition and supersedes any other provisions to the contrary:

If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph D. or E. below, we will mail or deliver notice at least:

a. 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

b. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

c. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

D. The following provisions apply to insurance covering residential real property only provided under the:

Capital Assets Program (Output Policy) Coverage Part;

Commercial Property Coverage Part;

Farm Coverage Part;

if the named insured is a natural person.

With respect to such insurance, the following is added to the Cancellation Common Policy Condition and supersedes any provisions to the contrary except as applicable as described in Paragraph E.:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel for one or more of the following reasons:

a. Nonpayment of premium, whether payable to us or to our agent;

b. Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

c. Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

d. Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first Named Insured at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 45 days before the effective date of cancellation if we cancel for any of the reasons listed in b., c. or d. above.

E. With respect to a policy that is written to permit an audit, the following is added to the Cancellation Common Policy Condition:

If you fail to submit to or allow an audit for the current or most recently expired term, we may cancel this policy subject to the following:

1. We will make two documented efforts to send you and your agent notification of potential cancellation. After the second notice has been sent, we have the right to cancel this policy by mailing or delivering a written notice of cancellation to the first Named Insured at least 10 days before the effective date of cancellation, but not within 20 days of the first documented effort.

2. If we cancel this policy based on your failure to submit to or allow an audit, we will send the written notice of cancellation to the first Named Insured at the last known mailing address by certified mail or statutory overnight delivery with return receipt requested.

© Insurance Services Office, Inc., 2014

IL 02 62 02 15

CONFIDENTIAL

LM_000011

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

CONFIDENTIAL
LM_000012

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

CONFIDENTIAL

LM_000013

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

      (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

      (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

      (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

   (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

   (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

      (i) Any insured; or

      (ii) Any person or organization for whom you may be legally responsible; or

   (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

      (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

      (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

      (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

   (e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

CONFIDENTIAL

**(2)** Any loss. cost or expense arising out of any:

   **(a)** Request. demand. order or statutory or regulatory requirement that any insured or others test for. monitor. clean up. remove. contain. treat, detoxify or neutralize. or in any way respond to. or assess the effects of. "pollutants": or

   **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for. monitoring. cleaning up. removing. containing. treating. detoxifying or neutralizing. or in any way responding to. or assessing the effects of. "pollutants".

However. this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request. demand. order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership. maintenance. use or entrustment to others of any aircraft. "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision. hiring. employment, training or monitoring of others by that insured. if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership. maintenance. use or entrustment to others of any aircraft. "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent:

**(2)** A watercraft you do not own that is:

   **(a)** Less than 26 feet long: and

   **(b)** Not being used to carry persons or property for a charge:

**(3)** Parking an "auto" on. or on the ways next to. premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured:

**(4)** Liability assumed under any "insured contract" for the ownership. maintenance or use of aircraft or watercraft: or

**(5)** "Bodily injury" or "property damage" arising out of:

   **(a)** The operation of machinery or equipment that is attached to. or part of. a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged: or

   **(b)** The operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured: or

**(2)** The use of "mobile equipment" in. or while in practice for. or while being prepared for. any prearranged racing. speed. demolition. or stunting activity.

**i. War**

"Bodily injury" or "property damage". however caused. arising. directly or indirectly. out of:

**(1)** War. including undeclared or civil war:

**(2)** Warlike action by a military force. including action in hindering or defending against an actual or expected attack. by any government, sovereign or other authority using military personnel or other agents: or

**(3)** Insurrection. rebellion. revolution. usurped power. or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own. rent, or occupy. including any costs or expenses incurred by you. or any other person. organization or entity. for repair. replacement. enhancement. restoration or maintenance of such property for any reason. including prevention of injury to a person or damage to another's property:

**(2)** Premises you sell. give away or abandon. if the "property damage" arises out of any part of those premises:

**(3)** Property loaned to you:

   © Insurance Services Office. Inc.. 2012   **CG 00 01 04 13**

CONFIDENTIAL   LM_000015

(4) Personal property in the care. custody or control of the insured:

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations. if the "property damage" arises out of those operations: or

(6) That particular part of any property that must be restored. repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises. including the contents of such premises. rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied. rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

l. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured. arising out of:

(1) A defect. deficiency. inadequacy or dangerous condition in "your product" or "your work": or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. Recall Of Products, Work Or Impaired Property

Damages claimed for any loss. cost or expense incurred by you or others for the loss of use. withdrawal. recall. inspection. repair. replacement, adjustment, removal or disposal of:

(1) "Your product":

(2) "Your work": or

(3) "Impaired property":

if such product, work. or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency. inadequacy or dangerous condition in it.

o. Personal And Advertising Injury

"Bodily injury" arising out of "personal and advertising injury".

p. Electronic Data

Damages arising out of the loss of. loss of use of. damage to. corruption of. inability to access. or inability to manipulate electronic data.

However. this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion. electronic data means information. facts or programs stored as or on. created or used on. or transmitted to or from computer software. including systems and applications software. hard or floppy disks. CD-ROMs. tapes. drives. cells. data processing devices or any other media which are used with electronically controlled equipment.

q. Recording And Distribution Of Material Or Information In Violation Of Law

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA). including any amendment of or addition to such law:

(2) The CAN-SPAM Act of 2003. including any amendment of or addition to such law:

(3) The Fair Credit Reporting Act (FCRA). and any amendment of or addition to such law. including the Fair and Accurate Credit Transactions Act (FACTA): or

CONFIDENTIAL

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III — Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

1. Insuring Agreement

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III — Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2. Exclusions

   This insurance does not apply to:

   a. Knowing Violation Of Rights Of Another

      "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

   b. Material Published With Knowledge Of Falsity

      "Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

   c. Material Published Prior To Policy Period

      "Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

   d. Criminal Acts

      "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

   e. Contractual Liability

      "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

   f. Breach Of Contract

      "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

   g. Quality Or Performance Of Goods – Failure To Conform To Statements

      "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

   h. Wrong Description Of Prices

      "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

CONFIDENTIAL

LM_000017

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

---

CONFIDENTIAL LM_000018

## COVERAGE C – MEDICAL PAYMENTS

1. Insuring Agreement

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (a) The accident takes place in the "coverage territory" and during the policy period;

      (b) The expenses are incurred and reported to us within one year of the date of the accident; and

      (c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. Exclusions

   We will not pay expenses for "bodily injury":

   a. Any Insured

      To any insured, except "volunteer workers".

   b. Hired Person

      To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   c. Injury On Normally Occupied Premises

      To a person injured on that part of premises you own or rent that the person normally occupies.

   d. Workers' Compensation And Similar Laws

      To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   e. Athletics Activities

      To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

   f. Products-Completed Operations Hazard

      Included within the "products-completed operations hazard".

   g. Coverage A Exclusions

      Excluded under Coverage A.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012   CG 00 01 04 13

CONFIDENTIAL   LM_000019

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

CONFIDENTIAL

LM_000020

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by;

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

© Insurance Services Office, Inc., 2012

CONFIDENTIAL

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph 2. above. the Personal And Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph 2. or 3. above. whichever applies. the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph 5. above. the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises. while rented to you. or in the case of damage by fire. while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph 5. above. the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months. starting with the beginning of the policy period shown in the Declarations. unless the policy period is extended after issuance for an additional period of less than 12 months. In that case. the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. Bankruptcy

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible. notice should include:

      (1) How. when and where the "occurrence" or offense took place:

      (2) The names and addresses of any injured persons and witnesses: and

   (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured. you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received: and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands. notices. summonses or legal papers received in connection with the claim or "suit":

      (2) Authorize us to obtain records and other information:

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit": and

      (4) Assist us. upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will. except at that insured's own cost, voluntarily make a payment. assume any obligation. or incur any expense. other than for first aid. without our consent.

3. Legal Action Against Us

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured: or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured: but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us. the insured and the claimant or the claimant's legal representative.

CONFIDENTIAL

LM_000022

## 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

### a. Primary Insurance

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

### b. Excess Insurance

(1) This insurance is excess over:

    (a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

        (i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

        (ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

        (iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

        (iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage A – Bodily Injury And Property Damage Liability.

    (b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    (a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    (b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

### c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

## 5. Premium Audit

### a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

### b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

### c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

## 6. Representations

By accepting this policy, you agree:

### a. The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

CONFIDENTIAL

LM_000023

25220150000010[0026]

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above;

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

CONFIDENTIAL     LM_000024

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

CONFIDENTIAL

LM_000025

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    (a) When all of the work called for in your contract has been completed.

    (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

CONFIDENTIAL      LM_000026

25220150000010029

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

     (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       (a) You;

       (b) Others trading under your name; or

       (c) A person or organization whose business or assets you have acquired; and

     (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

     (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

     (2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   a. Means:

     (1) Work or operations performed by you or on your behalf; and

     (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

     (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

     (2) The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

CONFIDENTIAL

LM_000027

Policy Number TB2-C81-004095-115
Issued by Liberty Mutual Fire Insurance Co.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**BROAD FORM NAMED INSURED - MAJORITY INTEREST**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The term Named Insured includes in addition to the person or organization designated in the Declarations as the first Named Insured:

   1. See Attached Schedule

     but only while the first Named Insured directly or indirectly owns, during the policy period, an interest therein of more than 50%; and

   2. any other organization (except for a partnership or joint venture) incorporated or organized under the laws of the United States of America or its states, territories or possessions; Puerto Rico; or Canada or its provinces, but only while the first Named Insured or any of the Named Insureds in Paragraph A.1. above directly or indirectly owns, during the policy period, an interest therein of more than 50%. But:

None of the above-designated persons or organizations is a Named Insured with respect to:

   (1) "bodily injury" or "property damage" that occurred; or

   (2) "personal and advertising injury" caused by an offense or a series of related offenses committed

prior to the ownership interests described in Paragraph A.1. or A.2. above.

B. Paragraph 3. of Section II - Who Is An Insured is deleted.

C. The final paragraph of Section II – Who Is An Insured is replaced by the following:

A partnership or joint venture is not a Named Insured unless it is shown in the Declarations or in Paragraph A.1. of this endorsement. No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations or in Paragraph A.1. of this endorsement or for any limited liability company that is not a Named Insured.

D. The first Named Insured is authorized to act and agrees to act on behalf of all persons or organizations insured under this policy with respect to all matters pertaining to the insurance afforded by the policy.

© 2013 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL
LM_000028

# BROAD FORM NAMED INSURED ENDORSEMENT

### Named Insured Schedule for LC 99 40 02 13

## PRIMARY

### United States

Oldcastle, Inc. (subsidiary of CRH International, itself a subsidiary of CRH plc)
    Oldcastle Holdings, Inc.
    Oldcastle Finance, Inc.
    Oldcastle Trademark Holding Co.
    PIA, Inc.

    Belgard Finance Company, Inc.
    Vicente Holdings, Inc.
    Oldcastle Building Products, Inc.
    Americas Products and Distribution, Inc.
        CRH America, Inc.
        CRH Finance America, Inc.
            Oldcastle Precast, Inc.
                Meadow Burke, LLC
        Oldcastle Distribution, Inc.
        Allied Building Products Corp.
            Maholo Acquisition Corp.
            RME Acquisition, LLC
            A.L. Kilgo Company, Inc.
            Kapalama Kilgos Acquisition Corp.
            AMS Holdings, Inc.
            PacSource, LLC
    Oldcastle Pavement Solution, LLC
    Tri-Build Materials Group, LLC

        Oldcastle Architectural, Inc.
            Oldcastle APG, Inc.
            Oldcastle Services, Inc.
            Sakrete of North America, LLC
            Sakrete Central Billing, LLC
            Bonsal American, Inc.
            Pre-Blend Products, LLC
            Amerimix Realty Holdings, LLC
            Oldcastle Lawn & Garden, Inc.
            Oldcastle APG West, Inc.
            Oldcastle APG Northeast, Inc.
                Par Four Associates, LLC
                Grey Hawk Associates, LLC
                Raven Associates, LLC
            Oldcastle APG South, Inc.
                GMS Land Holding, LLC
                Bend Real Estate Holdings, LLC
                Oldcastle SB Holding Corp.
                SureBlock Company, LLC
                Northfield Block Company
                Dixie Cut Stone & Marble, Inc.
                Dixie Cut Stone Realty, LLC

LM_000029

Glen-Gery Real Estate, LLC
Landmark Stone Products, LLC

Paver Systems, LLC
River City Landscape Supply, Inc.
Merchants Metals, Inc.
Corbitt Manufacturing Company, LLC
Ashley Acquisition, LLC

Oldcastle BuildingEnvelope, Inc.
Oldcastle Architectural Windows, Inc.
Antamex (US) Inc.
Antamex International, Inc.

Halfen USA, Inc.
Ivy Steel & Wire, Inc.

**Oldcastle Materials, Inc.**
Oldcastle Industrial Minerals, Inc.
Preferred Materials, Inc.
OC PMA LLC
Callanan Industries, Inc.
Dolomite Products Company, Inc.
Abram Cleason Co., Inc.
Amenia Sand and Gravel, Inc.
Pennsy Supply, Inc.
HMA Concrete, LLC.

OMG Midwest, Inc.
Oldcastle Materials Midwest Co.
OMG Midwest, Inc. F/K/A New Ulm Quartzite Quarries, Inc.

Staker & Parson Companies
Staker Parson Acquisition, Inc.
SP West Development, Inc.
Four Corners New Mexico, Inc
Evans Construction Company
Owen Excavation, Inc.
H-K Contractors, Inc.
Intermountain Construction & Materials
Oldcastle SW Group, Inc.
Waycor Materials, Inc.
Lewis Foss & Sons Construction, Inc.
Foss Lewis & Sons Construction, Inc.
Four Corners Materials New Mexico, Inc.
Helena Sand & Gravel, Inc.
Montana Materials, Inc.
Goose Bay Equipment, Inc.
Tilcon, Inc.
Tilcon Connecticut, Inc.
The Balf Co.
Tilcon New York, Inc.
Mt. Hope Rock Products, Inc.

Tilcon Woodbridge Urban Renewal, L.L.C.,
New Windsor Equipment Rentals and Service, Inc.
Buchanan Marine, Inc.
The Branford Steam Railroad Company

Hills Materials Company
Michigan Paving and Materials Company
    Michigan Materials and Aggregates Company
    South Kent Gravel, Inc.
    Klett Construction Company
    Cadillac Asphalt, LLC
Pike Industries, Inc.
    Bridgecorp
    Nashua Redimix Concrete
    Redimix Companies, Inc.
    Marriner's, Inc.
P J Keating Company
CPM Development Corporation
    Eire Corporation
    Eugene Sand Construction, Inc.
    Interstate Concrete and Asphalt Company
    Tuner Gravel, Inc.
    Goose Bay Equipment, Inc
The Shelly Company
    Shelly Holding Company
    Stoneco, Inc.
    Shelly Materials, Inc.
    Allied Corporation, Inc.
    The Jefferson Materials Company
    Columbus Limestone, Inc.
    Marble Cliff Limestone, Inc.
    Wyandot Dolomite, Inc.
    All Ohio Ready Mix Transportation, Inc.
    All Ohio Ready-Mix, Inc.
    Scioto Materials, LLC
    OC SMA LLC
West Virginia Paving, Inc.
    APAC-Atlantic, Inc.
    Mountain Aggregates, Inc.
    Mountain Enterprises, Inc.
    Mountain Materials, Inc.
    Southern West Virginia Paving, Inc.
    Southern West Virginia Asphalt, Inc.
    W-L Construction & Paving, Inc.
    Renfro Construction Company, Inc.
    Central Supply Company of West Virginia

APAC Mid-South, Inc.
Midsouth Paving, Inc. f/k/a APAC Mid-South, Inc.
APAC, Inc.
    APAC Holdings, Inc.
    APAC-Central, Inc.
    Bellco Materials, Inc.
    APAC-Kansas, Inc.
    APAC-Mississippi, Inc.
    APAC-Missouri, Inc.
    APAC-Southeast, Inc.
    APAC-Tennessee, Inc.
    APAC-Texas, Inc.
    APAC-Texas, Inc. Trotti & Thomson
    APAC Construction Communications Company
Oldcastle Energy, Inc.
Conrad Yelvington Distributors, Inc.
    Quality Assurance Testing Laboratories, LLC

LM_000031

Yelvington Railcar Services, LLC
Oldcastle Southern Group, Inc.
Preferred Materials, Inc. f/k/a Oldcastle Southern Group, Inc.

Adrian Quarry, LLC
American Asphalt of West Virginia, LLC
American Cement Company, LLC
Binggeli Rock Products, Inc.
Boxley Aggregates of West Virginia, LLC
Buckeye Ready Mix, LLC
Camden Materials, LLC
Carey Short Line Corporation
Finish Line Trucking, LLC
Forrest Transport, LLC
American Concrete Products, Inc.
Hilty Quarries, Inc.
H-K Contractors of Wyoming, Inc.
MAC Const., Inc.
Mountain Lease Holdings, LLC
Oldcastle Materials Texas Production Assets Company, LLC
Piedmont Asphalt, LLC
Rocky Licensing Corporation
Southside Materials, LLC
Trap Rock Industries, LLC


**D/b/a names:**

US

4 D Incorporated
Absolute Windows
Acme Materials & Construction Co
Acoustical Materials Services
Adams Products
ADC Manufacturing
Afco Precast
Akron Brick & Block
A.L. Blades
Alwine Block
All Star Building Supply
American Building Materials
American Building Materials of Central Florida
American Wholesale Builders
Amcor Masonry Products
Amcor Precast
Amcor-White
American Concrete Products
American Stone-Mix
AMS
Anchor Concrete Products
Anchor Die Cast
Appalachian Materials Group
Arkhola Sand & Gravel Company
Arthur Whitcomb Co.
Avon Manufacturing
B&B Excavating
Ballenger Paving
Bandon Concrete and Development

LM_000032

Bannock Paving Company
Bayou Ash
Bedrock Stone
Bedrock Quarry
Best Masonry Supply
Betco Block
Big Rock Building Products
Big River Industries- Arkalite Division
Binkley & Ober
Blahnik
Blahnik Construction
Bonsal American
Bosse Concrete Products
Brickeys Stone Company
Brooks Products
Builders Gypsum Supply
Bunnell Cypress
Burdick Materials
Bushika Sand & Gravel
California Concrete Pipe
Campton Sand & Gravel
Carson Industries
Cayuga Concrete Pipe
Central Concrete Company
Central Pre-Mix Concrete Co.
Central Pre-Mix of Oregon
Central Pre-Mix Prestress Co.
Central Washington Concrete
Cessford Construction Co.
**Cessford Construction Company**
Chase Precast
Christy Concrete Products
Cleasons
Clemente Fane Concrete
Clemente Latham Concrete
Cloud Concrete Products
Coloroc Materials
Concrete Materials
Consolidated Concrete
Convault Florida
Crego Block
CYDI of Michigan
Delta Sand & Gravel
Des Moines Asphalt & Paving
**Shadow Lake Golf & Racquet Club**
**Shadow Pines Golf Club**
**Greystone Golf Club**
Dolphin Building Materials
Domine Builders Supply
Downey Glass
Duratek
Dutchess Quarry & Supply - Goshen
Eggrock
Donzi Lane Landfill
Eagle-Cordell Concrete Products
Eastern Prestressed Concrete Products
Egge Sand and Gravel
Elko Construction
Eugene Fleet Repair Co.

LM_000033

Eugene Sand & Gravel
Everett Quarries
Florida Garden Products
Foster Southeastern
Four Corners Materials
Free State Glass
Gallup Sand & Gravel
General Glass
Georgia Masonry Supply
Globe Construction Company
Gomoljak Block
Goose Bay
Gorham Sand & Gravel
Goria Enterprises
Gosney
Graham & Morris
Grand Rapids Asphalt Paving Co.
Gravelite
Green & White Rock Products
Greenleaf Products
Gulf & Southern Windows
H&S Whiting
Hales Sand & Gravel
Hallett Materials
Harrison Construction
Harwood Brick Distributors
Helena Sand & Gravel
Heritage Concrete
HGP Industries
Hoffer's Glass
Hooksett Crushed Stone
ICON Materials
Idaho Concrete Company
Idaho Sand & Gravel Co
Inland Asphalt Company
International Stone
Interstate Wood Products
Interior Distributors
Iroquois Rock Products
Ivan Supply or
Ivan Supply Company
Iroquois Rock Products
Ivy Steel & Wire
Jack B. Parson Companies
Jensen Paving
Jensen Pre-Mix
Jewell Concrete Products
Jolly Gardener Products
Kerr Concrete Pipe
Keystone Group
King Road Materials
Klamath Pacific Company
Klett Construction Company
Knights Products
KP Construction
Lakehill Supply Co.
Laminated Glass Company
Lebanon Crushed Stone
Lehigh Valley Block

CONFIDENTIAL

Livlite
L.S. Jensen
L.S. Jensen Construction & Ready-mix
Mallard Sand & Gravel Co.
Manitou Concrete Company
Manchester Redimix Concrete
Mathews Construction a branch of APAC – Texas, Inc.
Mathews Construction
Maybrook Materials
McMinns Asphalt
McClinton Anchor Company
Meadow Burke Products
Meadow Steel Products
Midsouth Aggregates
Miller Material
Moduline
Morse Ready Mix
Mountain Gravel & Construction
Nashua Redimix Concrete
Naturalite
Naturalite Skylight Systems
NC Products Company
North American Glass
North Bergen Asphalt
North Bergen Recycling
Norge Building Supply Company
Northrup Materials
Nova Concrete
Nuckolls Concrete Services
Nupac
NUPAC, Inc.
O&W Glass
Oldcastle Industrial Minerals
Oldcastle Materials, Texas
Oldcastle Modular Group
Oldcastle Sheffield
Oldcastle Southern Group, Inc. d/b/a APAC Southeast, Inc.
Oldcastle Southern Group, Inc. d/b/a Conrad Yelvington Distributors, Inc.
Oldcastle Southern Group, Inc. d/b/a Preferred Materials, Inc.
Oldcastle Stockton
Oldcastle Stone Products
OMNI Engineering
Osprey-Gulf Shore Building Materials
Park Avenue Cement Block
Pave & Seal
Persons Redimix Concrete
Pilot Steel
Pioneer Concrete
Pioneer Materials
Pittsfield Sand & Gravel
Price Inland Corp.
Ready Mixed Concrete
Reeves Concrete Products
Reynolds Excavation, Demolition and Utilities
Rhino Materials
Rhodes Bros. Paving
Ritangela Construction Company
River Bend Sand & Gravel
Riverbend Sand and Gravel Co

CONFIDENTIAL

Rochester Asphalt Materials
Rosa's Supply
Rotondo Precast
RSI Roofing & Building Supply
Ruck Brothers Brick
Sakrete of Pacific Northwest
Salem Road & Driveway
San Juan Materials
Schuster's Building Products
Seaboard Supply
Seacoast Redimix Concrete
Security Fence Supply Co.
Security Fence Mfg. & Supply Co.
Seminole Building Materials
Shelly Liquid Division
Smith Concrete
Southern Drainage Products and Supply
Southern Importers
Southern Minnesota Construction Co. Inc.
South Kent Gravel
Skywall
Skywall Translucent Systems
Slusser Brothers
Spancrete Northeast
Spartan Asphalt Paving Co.
Spartan Supply Company
Staker Paving and Construction Company
Stoneco of Michigan
Strescon Industries
Sullivan Materials
Summit Stone
Superior Concrete Company
Superlite Block
T-M Oil, Inc. (DBA)
Telluride Gravel
Tempglass
Texas Concrete Materials
The Clark House
Thompson-Arthur Construction
Thompson McCully Asphalt Paving (DBA)
Thompson-McCully Enterprises, Co. (DBA)
Thompson McCully Oil Company (DBA)
Thompson-McCully Quarry Co. (DBA)
Thompson McCully Co. (DBA)
Thompson-McCully Construction Co. (DBA)
Thorn-Orwick
Tilcon Delaware
Tilton Sand & Gravel
Trenwyth Industries
Tri-Delta
Tri-State Northwest
Tri State Paving
Tri-State Roofing and Siding Wholesale
Trotti & Thompson
Turner Quarry
Twin Mt. Sand & Gravel
Ulster Paving Company
United Companies
United Companies of Messa County

25220150000010039

United Products
United Tempering Systems
Utility Vault Company
Valley Building Materials
Valley Concrete & Gravel Co.
Valley Ready-Mix
Valley Block & Supply Co.
Viking Redi-Mix
Vistawall
Vistawall Group
W.R. Bonsal Company
Walsh Fabrication
Wenatchee Sand & Gravel
Western Rock Products
West DeWestile
Wheeler Companies
Wheeler Coatings
Woodland Paving Company
WP Rose Supply Company
Yakima Rock Products
Young Block

Policy Number   TB2-C81-004095-115
Issued by        LIBERTY MUTUAL FIRE INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### DEDUCTIBLE – DAMAGES

### YOU ARE RESPONSIBLE FOR ALL SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### Schedule

|  | Deductible Amount | Operations |
|---|---|---|
| **Bodily Injury and Property Damage Liability, Personal and Advertising Injury Liability and Medical Payments** | $ 100,000 | **Road Construction and Paving** |
| **Supplementary Payments** | YOU PAY ALL | |
| **Description of Operations** | <u>Oldcastle Dolomite Products only for New York State Department of Transportation</u> | |

A. **Deductible**

DAMAGES ERODE DEDUCTIBLE, INSURED PAYS ALL SUPPLEMENTARY PAYMENTS

1. You are responsible, up to the Deductible Amount shown in the Schedule, for all damages, including amounts paid in settlement of a claim or "suit" and medical payments, plus

2. You are responsible for all SUPPLEMENTARY PAYMENTS

because of all "bodily injury" and "property damage" under Coverage A that results from any one "occurrence", all "personal and advertising injury" under Coverage B sustained by any one person or organization and all "bodily injury" sustained by one person under Coverage C resulting from any claims described in the Schedule.

We are responsible for those amounts of damages and medical expenses to which this insurance applies (subject to the applicable limits of insurance) that exceed the Deductible Amount shown in the Schedule.

We have the right but not the duty to advance any part or all of these amounts. Exercise of our right to advance such amount shall not create any obligations or be construed as a waiver or estoppel of our rights under this policy.

B. Paragraph 1. of SUPPLEMENTARY PAYMENTS Coverages A & B is amended to reflect your responsibility to pay SUPPLEMENTARY PAYMENTS described in Paragraph A. above.

C. **Effect of Deductible on Limits of Insurance**

LD 03 24 10 12          © 2012 Liberty Mutual Insurance. All rights reserved.          Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL                                                                                  LM_000038

The Each Occurrence Limit, the Personal and Advertising Injury Limit, the Medical Expense Limit and any applicable aggregate limits of insurance are reduced by the amount of damages, as referred to in Paragraph A. above, paid or payable by you within the deductible.

D. **Conditions**

1. Recovery from Others

   In the event we recover any advance or payment made under this policy by exercising our right of subrogation, the amount so recovered shall first be applied to any payments made by us in excess of the Deductible Amount; only then shall the remainder of such recovery, if any, be applied to reduce the Deductible Amount payable or paid by you.

2. Cancellation

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we pay or advance upon receipt of a billing from us.

   If you fail to do so, we may, at our option and to the extent permitted by law, cancel either this endorsement or this policy by mailing or delivering to you notice of cancellation pursuant to the terms applicable to cancellation for non-payment of premium in the policy or an endorsement thereto.

3. Your Duties

   a. The first Named Insured shown in the Declarations agrees and is authorized to pay all Deductible Amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.

   b. Each Named Insured is jointly and severally liable for all Deductible Amounts under this policy.

4. Other Rights and Duties (Ours and Yours)

   All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or suit against you, and (b) your duties if injury occurs, apply irrespective of application of this endorsement.

CONFIDENTIAL       LM_000039

Policy Number   TB2-C81-004095-115
Issued by   LIBERTY MUTUAL FIRE INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DEDUCTIBLE – DAMAGES**

YOU ARE RESPONSIBLE FOR ALL SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

|  | Deductible Amount | Operations |
|---|---|---|
| **Bodily Injury and Property Damage Liability, Personal and Advertising Injury Liability and Medical Payments** | $ 50,000 | **Road Construction and Paving** |
| **Supplementary Payments** | YOU PAY ALL | |
| **Description of Operations** | Washington State Department of Transportation Project # 008535 US 2   Espanola Rd. to Jct I-90 Paving | |

A.  **Deductible**

DAMAGES ERODE DEDUCTIBLE, INSURED PAYS ALL SUPPLEMENTARY PAYMENTS

1.  You are responsible, up to the Deductible Amount shown in the Schedule, for all damages, including amounts paid in settlement of a claim or "suit" and medical payments, plus

2.  You are responsible for all SUPPLEMENTARY PAYMENTS

because of all "bodily injury" and "property damage" under Coverage A that results from any one "occurrence", all "personal and advertising injury" under Coverage B sustained by any one person or organization and all "bodily injury" sustained by one person under Coverage C resulting from any claims described in the Schedule.

We are responsible for those amounts of damages and medical expenses to which this insurance applies (subject to the applicable limits of insurance) that exceed the Deductible Amount shown in the Schedule.

We have the right but not the duty to advance any part or all of these amounts. Exercise of our right to advance such amount shall not create any obligations or be construed as a waiver or estoppel of our rights under this policy.

B.  Paragraph 1. of SUPPLEMENTARY PAYMENTS Coverages A & B is amended to reflect your responsibility to pay SUPPLEMENTARY PAYMENTS described in Paragraph A. above.

C.  **Effect of Deductible on Limits of Insurance**

LD 03 24 10 12          © 2012 Liberty Mutual Insurance. All rights reserved.          Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

The Each Occurrence Limit, the Personal and Advertising Injury Limit, the Medical Expense Limit and any applicable aggregate limits of insurance are reduced by the amount of damages, as referred to in Paragraph A. above, paid or payable by you within the deductible.

D. **Conditions**

   1.  Recovery from Others

      In the event we recover any advance or payment made under this policy by exercising our right of subrogation, the amount so recovered shall first be applied to any payments made by us in excess of the Deductible Amount; only then shall the remainder of such recovery, if any, be applied to reduce the Deductible Amount payable or paid by you.

   2.  Cancellation

      You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we pay or advance upon receipt of a billing from us.

      If you fail to do so, we may, at our option and to the extent permitted by law, cancel either this endorsement or this policy by mailing or delivering to you notice of cancellation pursuant to the terms applicable to cancellation for non-payment of premium in the policy or an endorsement thereto.

   3.  Your Duties

      a.  The first Named Insured shown in the Declarations agrees and is authorized to pay all Deductible Amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.

      b.  Each Named Insured is jointly and severally liable for all Deductible Amounts under this policy.

   4.  Other Rights and Duties (Ours and Yours)

      All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or suit against you, and (b) your duties if injury occurs, apply irrespective of application of this endorsement.

CONFIDENTIAL        LM_000041

Policy Number   TB2-C81-004095-115
Issued by        LIBERTY MUTUAL FIRE INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DEDUCTIBLE – DAMAGES**

**YOU ARE RESPONSIBLE FOR ALL SUPPLEMENTARY PAYMENTS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

| | Deductible Amount | Operations |
|---|---|---|
| **Bodily Injury and Property Damage Liability, Personal and Advertising Injury Liability and Medical Payments** | $ 50,000 | **Claims relating in whole or in part to actual or alleged fumes or odors resulting from the breeding, raising, selling or processing of hogs.** |
| **Supplementary Payments** | YOU PAY ALL | |
| **Description of Operations** | Washington State Department of Transportation Project #8539 | |

A. **Deductible**

   DAMAGES ERODE DEDUCTIBLE, INSURED PAYS ALL SUPPLEMENTARY PAYMENTS

   1. You are responsible, up to the Deductible Amount shown in the Schedule, for all damages, including amounts paid in settlement of a claim or "suit" and medical payments, plus

   2. You are responsible for all SUPPLEMENTARY PAYMENTS

   because of all "bodily injury" and "property damage" under Coverage A that results from any one "occurrence", all "personal and advertising injury" under Coverage B sustained by any one person or organization and all "bodily injury" sustained by one person under Coverage C resulting from any claims described in the Schedule.

   We are responsible for those amounts of damages and medical expenses to which this insurance applies (subject to the applicable limits of insurance) that exceed the Deductible Amount shown in the Schedule.

   We have the right but not the duty to advance any part or all of these amounts. Exercise of our right to advance such amount shall not create any obligations or be construed as a waiver or estoppel of our rights under this policy.

B. Paragraph 1. of SUPPLEMENTARY PAYMENTS Coverages A & B is amended to reflect your responsibility to pay SUPPLEMENTARY PAYMENTS described in Paragraph A. above.

C. **Effect of Deductible on Limits of Insurance**

CONFIDENTIAL                                                                                    LM_000042

The Each Occurrence Limit, the Personal and Advertising Injury Limit, the Medical Expense Limit and any applicable aggregate limits of insurance are reduced by the amount of damages, as referred to in Paragraph A. above, paid or payable by you within the deductible.

D. **Conditions**

1. Recovery from Others

   In the event we recover any advance or payment made under this policy by exercising our right of subrogation, the amount so recovered shall first be applied to any payments made by us in excess of the Deductible Amount; only then shall the remainder of such recovery, if any, be applied to reduce the Deductible Amount payable or paid by you.

2. Cancellation

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we pay or advance upon receipt of a billing from us.

   If you fail to do so, we may, at our option and to the extent permitted by law, cancel either this endorsement or this policy by mailing or delivering to you notice of cancellation pursuant to the terms applicable to cancellation for non-payment of premium in the policy or an endorsement thereto.

3. Your Duties

   a. The first Named Insured shown in the Declarations agrees and is authorized to pay all Deductible Amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.

   b. Each Named Insured is jointly and severally liable for all Deductible Amounts under this policy.

4. Other Rights and Duties (Ours and Yours)

   All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or suit against you, and (b) your duties if injury occurs, apply irrespective of application of this endorsement.

 © 2012 Liberty Mutual Insurance. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL LM_000043

25220150000100046

Policy Number TB2-C81-004095-115
Issued by     LIBERTY MUTUAL FIRE INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DEDUCTIBLE – DAMAGES**

YOU ARE RESPONSIBLE FOR ALL SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

|  | Deductible Amount | Operations |
|---|---|---|
| **Bodily Injury and Property Damage Liability, Personal and Advertising Injury Liability and Medical Payments** | $ 50,000 | **Road Construction and Paving** |
| **Supplementary Payments** | YOU PAY ALL | |
| **Description of Operations** | Washington State Department of Transportation Project #8540, I-90 Lincoln County Line to Salnave Road Paving | |

A. **Deductible**

DAMAGES ERODE DEDUCTIBLE, INSURED PAYS ALL SUPPLEMENTARY PAYMENTS

1. You are responsible, up to the Deductible Amount shown in the Schedule, for all damages, including amounts paid in settlement of a claim or "suit" and medical payments, plus

2. You are responsible for all SUPPLEMENTARY PAYMENTS

because of all "bodily injury" and "property damage" under Coverage A that results from any one "occurrence", all "personal and advertising injury" under Coverage B sustained by any one person or organization and all "bodily injury" sustained by one person under Coverage C resulting from any claims described in the Schedule.

We are responsible for those amounts of damages and medical expenses to which this insurance applies (subject to the applicable limits of insurance) that exceed the Deductible Amount shown in the Schedule.

We have the right but not the duty to advance any part or all of these amounts. Exercise of our right to advance such amount shall not create any obligations or be construed as a waiver or estoppel of our rights under this policy.

B. Paragraph 1. of SUPPLEMENTARY PAYMENTS Coverages A & B is amended to reflect your responsibility to pay SUPPLEMENTARY PAYMENTS described in Paragraph A. above.

C. **Effect of Deductible on Limits of Insurance**

LD 03 24 10 12        © 2012 Liberty Mutual Insurance. All rights reserved.        Page 1 of 2
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL        LM_000044

The Each Occurrence Limit, the Personal and Advertising Injury Limit, the Medical Expense Limit and any applicable aggregate limits of insurance are reduced by the amount of damages, as referred to in Paragraph A. above, paid or payable by you within the deductible.

D. **Conditions**

1. Recovery from Others

   In the event we recover any advance or payment made under this policy by exercising our right of subrogation, the amount so recovered shall first be applied to any payments made by us in excess of the Deductible Amount; only then shall the remainder of such recovery, if any, be applied to reduce the Deductible Amount payable or paid by you.

2. Cancellation

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we pay or advance upon receipt of a billing from us.

   If you fail to do so, we may, at our option and to the extent permitted by law, cancel either this endorsement or this policy by mailing or delivering to you notice of cancellation pursuant to the terms applicable to cancellation for non-payment of premium in the policy or an endorsement thereto.

3. Your Duties

   a. The first Named Insured shown in the Declarations agrees and is authorized to pay all Deductible Amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.

   b. Each Named Insured is jointly and severally liable for all Deductible Amounts under this policy.

4. Other Rights and Duties (Ours and Yours)

   All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or suit against you, and (b) your duties if injury occurs, apply irrespective of application of this endorsement.

© 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL

LM_000045

Policy Number  TB2-C81-004095-115
Issued by     LIBERTY MUTUAL FIRE INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DEDUCTIBLE – DAMAGES**

YOU ARE RESPONSIBLE FOR ALL SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

| | Deductible Amount | Operations |
|---|---|---|
| **Bodily Injury and Property Damage Liability, Personal and Advertising Injury Liability and Medical Payments** | $ 50,000 | **Road Construction and Paving** |
| **Supplementary Payments** | YOU PAY ALL | |
| **Description of Operations** | Washington    States    DOT Project # 8404 | |

A. **Deductible**

DAMAGES ERODE DEDUCTIBLE. INSURED PAYS ALL SUPPLEMENTARY PAYMENTS

1. You are responsible, up to the Deductible Amount shown in the Schedule, for all damages, including amounts paid in settlement of a claim or "suit" and medical payments, plus

2. You are responsible for all SUPPLEMENTARY PAYMENTS

because of all "bodily injury" and "property damage" under Coverage A that results from any one "occurrence", all "personal and advertising injury" under Coverage B sustained by any one person or organization and all "bodily injury" sustained by one person under Coverage C resulting from any claims described in the Schedule.

We are responsible for those amounts of damages and medical expenses to which this insurance applies (subject to the applicable limits of insurance) that exceed the Deductible Amount shown in the Schedule.

We have the right but not the duty to advance any part or all of these amounts. Exercise of our right to advance such amount shall not create any obligations or be construed as a waiver or estoppel of our rights under this policy.

B. Paragraph 1. of SUPPLEMENTARY PAYMENTS Coverages A & B is amended to reflect your responsibility to pay SUPPLEMENTARY PAYMENTS described in Paragraph A. above.

C. **Effect of Deductible on Limits of Insurance**

LD 03 24 10 12              © 2012 Liberty Mutual Insurance. All rights reserved.              Page 1 of 2
               Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL                                                        LM_000046

The Each Occurrence Limit, the Personal and Advertising Injury Limit, the Medical Expense Limit and any applicable aggregate limits of insurance are reduced by the amount of damages, as referred to in Paragraph A. above, paid or payable by you within the deductible.

D. **Conditions**

1.  Recovery from Others

    In the event we recover any advance or payment made under this policy by exercising our right of subrogation, the amount so recovered shall first be applied to any payments made by us in excess of the Deductible Amount; only then shall the remainder of such recovery, if any, be applied to reduce the Deductible Amount payable or paid by you.

2.  Cancellation

    You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we pay or advance upon receipt of a billing from us.

    If you fail to do so, we may, at our option and to the extent permitted by law, cancel either this endorsement or this policy by mailing or delivering to you notice of cancellation pursuant to the terms applicable to cancellation for non-payment of premium in the policy or an endorsement thereto.

3.  Your Duties

    a.  The first Named Insured shown in the Declarations agrees and is authorized to pay all Deductible Amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.

    b.  Each Named Insured is jointly and severally liable for all Deductible Amounts under this policy.

4.  Other Rights and Duties (Ours and Yours)

    All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or suit against you, and (b) your duties if injury occurs, apply irrespective of application of this endorsement.

CONFIDENTIAL     LM_000047

Policy Number  TB2-C81-004095-115
Issued by      LIBERTY MUTUAL FIRE INSURANCE COMPANY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### DEDUCTIBLE – DAMAGES

### YOU ARE RESPONSIBLE FOR ALL SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### Schedule

| | Deductible Amount | Operations |
|---|---|---|
| **Bodily Injury and Property Damage Liability, Personal and Advertising Injury Liability and Medical Payments** | $ 50,000 | |
| **Supplementary Payments** | YOU PAY ALL | |
| **Description of Operations** | Road Construction and Paving, Washington State Department of Transportation Project #008611; I-90 Barker to Idaho State Line | |

### A. Deductible

DAMAGES ERODE DEDUCTIBLE, INSURED PAYS ALL SUPPLEMENTARY PAYMENTS

1. You are responsible, up to the Deductible Amount shown in the Schedule, for all damages, including amounts paid in settlement of a claim or "suit" and medical payments, plus

2. You are responsible for all SUPPLEMENTARY PAYMENTS

because of all "bodily injury" and "property damage" under Coverage A that results from any one "occurrence", all "personal and advertising injury" under Coverage B sustained by any one person or organization and all "bodily injury" sustained by one person under Coverage C resulting from any claims described in the Schedule.

We are responsible for those amounts of damages and medical expenses to which this insurance applies (subject to the applicable limits of insurance) that exceed the Deductible Amount shown in the Schedule.

We have the right but not the duty to advance any part or all of these amounts. Exercise of our right to advance such amount shall not create any obligations or be construed as a waiver or estoppel of our rights under this policy.

B. Paragraph 1. of SUPPLEMENTARY PAYMENTS Coverages A & B is amended to reflect your responsibility to pay SUPPLEMENTARY PAYMENTS described in Paragraph A. above.

### C. Effect of Deductible on Limits of Insurance

CONFIDENTIAL    LM_000048

The Each Occurrence Limit, the Personal and Advertising Injury Limit, the Medical Expense Limit and any applicable aggregate limits of insurance are reduced by the amount of damages, as referred to in Paragraph A. above, paid or payable by you within the deductible.

## D. **Conditions**

1. Recovery from Others

   In the event we recover any advance or payment made under this policy by exercising our right of subrogation, the amount so recovered shall first be applied to any payments made by us in excess of the Deductible Amount; only then shall the remainder of such recovery, if any, be applied to reduce the Deductible Amount payable or paid by you.

2. Cancellation

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we pay or advance upon receipt of a billing from us.

   If you fail to do so, we may, at our option and to the extent permitted by law, cancel either this endorsement or this policy by mailing or delivering to you notice of cancellation pursuant to the terms applicable to cancellation for non-payment of premium in the policy or an endorsement thereto.

3. Your Duties

   a. The first Named Insured shown in the Declarations agrees and is authorized to pay all Deductible Amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.

   b. Each Named Insured is jointly and severally liable for all Deductible Amounts under this policy.

4. Other Rights and Duties (Ours and Yours)

   All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or suit against you, and (b) your duties if injury occurs, apply irrespective of application of this endorsement.

 © 2012 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CONFIDENTIAL LM_000049

Policy Number   TB2-C81-004095-115
Issued by   LIBERTY MUTUAL FIRE INSURANCE COMPANY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DEDUCTIBLE – DAMAGES**

YOU ARE RESPONSIBLE FOR ALL SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Schedule**

|  | Deductible Amount | Operations |
|---|---|---|
| **Bodily Injury and Property Damage Liability, Personal and Advertising Injury Liability and Medical Payments** | $ 50,000 | |
| **Supplementary Payments** | YOU PAY ALL | |
| **Description of Operations** | WSDOT Contract #008583 | |

A.  **Deductible**

DAMAGES ERODE DEDUCTIBLE, INSURED PAYS ALL SUPPLEMENTARY PAYMENTS

1.  You are responsible, up to the Deductible Amount shown in the Schedule, for all damages, including amounts paid in settlement of a claim or "suit" and medical payments, plus

2.  You are responsible for all SUPPLEMENTARY PAYMENTS

because of all "bodily injury" and "property damage" under Coverage A that results from any one "occurrence", all "personal and advertising injury" under Coverage B sustained by any one person or organization and all "bodily injury" sustained by one person under Coverage C resulting from any claims described in the Schedule.

We are responsible for those amounts of damages and medical expenses to which this insurance applies (subject to the applicable limits of insurance) that exceed the Deductible Amount shown in the Schedule.

We have the right but not the duty to advance any part or all of these amounts. Exercise of our right to advance such amount shall not create any obligations or be construed as a waiver or estoppel of our rights under this policy.

B.  Paragraph 1. of SUPPLEMENTARY PAYMENTS Coverages A & B is amended to reflect your responsibility to pay SUPPLEMENTARY PAYMENTS described in Paragraph A. above.

C.  **Effect of Deductible on Limits of Insurance**

LD 03 24 10 12 © 2012 Liberty Mutual Insurance. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission. Page 1 of 2

CONFIDENTIAL

LM_000050

The Each Occurrence Limit, the Personal and Advertising Injury Limit, the Medical Expense Limit and any applicable aggregate limits of insurance are reduced by the amount of damages, as referred to in Paragraph A. above, paid or payable by you within the deductible.

D. **Conditions**

1. Recovery from Others

   In the event we recover any advance or payment made under this policy by exercising our right of subrogation, the amount so recovered shall first be applied to any payments made by us in excess of the Deductible Amount; only then shall the remainder of such recovery, if any, be applied to reduce the Deductible Amount payable or paid by you.

2. Cancellation

   You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we pay or advance upon receipt of a billing from us.

   If you fail to do so, we may, at our option and to the extent permitted by law, cancel either this endorsement or this policy by mailing or delivering to you notice of cancellation pursuant to the terms applicable to cancellation for non-payment of premium in the policy or an endorsement thereto.

3. Your Duties

   a. The first Named Insured shown in the Declarations agrees and is authorized to pay all Deductible Amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.

   b. Each Named Insured is jointly and severally liable for all Deductible Amounts under this policy.

4. Other Rights and Duties (Ours and Yours)

   All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or suit against you, and (b) your duties if injury occurs, apply irrespective of application of this endorsement.

CONFIDENTIAL                                                                      LM_000051

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEDUCTIBLE – DAMAGES

YOU ARE RESPONSIBLE FOR ALL SUPPLEMENTARY PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

DEDUCTIBLE AMOUNT

Bodily Injury and Property Damage Liability,          $ 2,000,000
Personal and Advertising Injury Liability and
Medical Payments

Supplementary Payments                               YOU PAY ALL

A. DEDUCTIBLE

DAMAGES ERODE DEDUCTIBLE, INSURED PAYS ALL SUPPLEMENTARY PAYMENTS

1.  You are responsible, up to the Deductible Amount shown in the Schedule, for all damages, including amounts paid in settlement of a claim or "suit" and medical payments, plus

2.  You are responsible for all SUPPLEMENTARY PAYMENTS

because of all "bodily injury" and "property damage" under Coverage A that results from any one "occurrence", all "personal and advertising injury" under Coverage B sustained by any one person or organization and all "bodily injury" sustained by one person under Coverage C.

We are responsible for those amounts of damages and medical expenses to which this insurance applies (subject to the applicable limits of insurance) that exceed the Deductible Amount shown in the Schedule.

We have the right but not the duty to advance any part or all of these amounts. Exercise of our right to advance such amount shall not create any obligations or be construed as a waiver or estoppel of our rights under this policy.

B.  Paragraph 1. of SUPPLEMENTARY PAYMENTS COVERAGES A & B is amended to reflect your responsibility to pay SUPPLEMENTARY PAYMENTS described in paragraph A. above.

C.  EFFECT OF DEDUCTIBLE ON LIMITS OF INSURANCE

The Each Occurrence Limit, the Personal and Advertising Injury Limit, the Medical Expense Limit and any applicable aggregate limits of insurance are reduced by the amount of damages, as referred to in paragraph A. above, paid or payable by you within the deductible.

D.  CONDITIONS

1.  Recovery from Others

LC 03 03 06 05                                                          Page 1 of 2

CONFIDENTIAL                                                    LM_000052

In the event we recover any advance or payment made under this policy by exercising our right of subrogation, the amount so recovered shall first be applied to any payments made by us in excess of the Deductible Amount; only then shall the remainder of such recovery, if any, be applied to reduce the Deductible Amount payable or paid by you.

2.  Cancellation

    You must (a) promptly pay all amounts for which you are responsible under this endorsement, and (b) reimburse us for any such amounts that we pay or advance upon receipt of a billing from us.

    If you fail to do so, we may, at our option and to the extent permitted by law, cancel either this endorsement or this policy by mailing or delivering to you notice of cancellation pursuant to the terms applicable to cancellation for non-payment of premium in the policy or an endorsement thereto.

3.  Your Duties

    a.  The first Named Insured shown in the Declarations agrees and is authorized to pay all Deductible Amounts on behalf of all Named Insureds and to reimburse us for any such amounts that we advance.

    b.  Each Named Insured is jointly and severally liable for all Deductible Amounts under this policy.

4.  Other Rights and Duties (Ours and Yours)

    All other terms of this policy, including those which govern (a) our right and duty to defend any claim, proceeding or "suit" against you, and (b) your duties if injury occurs, apply irrespective of application of this endorsement.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

SECRETARY            PRESIDENT

Countersigned by....................................................................................................
                                        Authorized Representative

Issued                              Sales Office and No.                    End. Serial No.

LC 03 03 06 05                                                              Page 2 of 2

CONFIDENTIAL

2522015000000100056

POLICY NUMBER: TB2-C81-004095-115

COMMERCIAL GENERAL LIABILITY
CG 04 35 12 07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.
PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Coverage | Limit Of Insurance | | Each Employee Deductible |
|---|---|---|---|
| Employee Benefits Programs | $ 2,000,000 | each employee | $ 1,000 |
| | $ 2,000,000 | aggregate | |
| Retroactive Date: | 09/01/1992 | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A.** The following is added to Section I – Coverages:

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Paragraph D. (Section III – Limits Of Insurance); and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

   b. This insurance applies to damages only if:

      (1) The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

      (2) The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

      (3) A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph c. below, during the policy period or an Extended Reporting Period we provide under Paragraph F. of this endorsement.

   c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

      (1) When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

CG 04 35 12 07

© ISO Properties, Inc., 2006

Page 1 of 6

CONFIDENTIAL

LM_000054

(2) When we make settlement in accordance with Paragraph a. above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

d. All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

2. Exclusions

This insurance does not apply to:

a. Dishonest, Fraudulent, Criminal Or Malicious Act

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

b. Bodily Injury, Property Damage, Or Personal And Advertising Injury

"Bodily injury", "property damage" or "personal and advertising injury".

c. Failure To Perform A Contract

Damages arising out of failure of performance of contract by any insurer.

d. Insufficiency Of Funds

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

f. Workers' Compensation And Similar Laws

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. ERISA

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. Available Benefits

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. Taxes, Fines Or Penalties

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. Employment-Related Practices

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

B. For the purposes of the coverage provided by this endorsement:

1. All references to Supplementary Payments - Coverages A and B are replaced by Supplementary Payments - Coverages A, B and Employee Benefits Liability.

2. Paragraphs 1.b. and 2. of the Supplementary Payments provision do not apply.

C. For the purposes of the coverage provided by this endorsement, Paragraphs 2. and 3. of Section II - Who Is An Insured are replaced by the following:

2. Each of the following is also an insured:

a. Each of your "employees" who is or was authorized to administer your "employee benefit program".

b. Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

© ISO Properties, Inc., 2006

CG 04 35 12 07

CONFIDENTIAL

LM_000055

c. Your legal representative if you die. but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

3. Any organization you newly acquire or form. other than a partnership, joint venture or limited liability company. and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

b. Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

D. For the purposes of the coverage provided by this endorsement, Section III – Limits Of Insurance is replaced by the following:

1. Limits Of Insurance

a. The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

(1) Insureds;

(2) "Claims" made or "suits" brought;

(3) Persons or organizations making "claims" or bringing "suits":

(4) Acts. errors or omissions: or

(5) Benefits included in your "employee benefit program".

b. The Aggregate Limit is the most we will pay for all damages because of acts. errors or omissions negligently committed in the "administration" of your "employee benefit program".

c. Subject to the Aggregate Limit. the Each Employee Limit is the most we will pay for all damages sustained by any one "employee". including damages sustained by such "employee's" dependents and beneficiaries. as a result of:

(1) An act, error or omission: or

(2) A series of related acts. errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However. the amount paid under this endorsement shall not exceed. and will be subject to. the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months. starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached. unless the policy period is extended after issuance for an additional period of less than 12 months. In that case. the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

2. Deductible

a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

b. The deductible amount stated in the Schedule applies to all damages sustained by any one "employee". including such "employee's" dependents and beneficiaries. because of all acts. errors or omissions to which this insurance applies.

c. The terms of this insurance. including those with respect to:

(1) Our right and duty to defend any "suits" seeking those damages: and

(2) Your duties. and the duties of any other involved insured. in the event of an act. error or omission. or "claim"

apply irrespective of the application of the deductible amount.

d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and. upon notification of the action taken. you shall promptly reimburse us for such part of the deductible amount as we have paid.

E. For the purposes of the coverage provided by this endorsement. Conditions 2. and 4. of Section IV - Commercial General Liability Conditions are replaced by the following:

2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"

a. You must see to it that we are notified as soon as practicable of an act. error or omission which may result in a "claim". To the extent possible. notice should include:

(1) What the act. error or omission was and when it occurred: and

CONFIDENTIAL

LM_000056

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

b. If a "claim" is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the "claim" or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when Paragraph b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below.

b. Excess Insurance

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

(a) No Retroactive Date is shown in the Schedule of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

© ISO Properties, Inc., 2006

CG 04 35 12 07

CONFIDENTIAL

LM_000057

25220150000100060

F. For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or. if this endorsement is attached to a claims-made Coverage Part. replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

1. You will have the right to purchase an Extended Reporting Period, as described below. if:

   a. This endorsement is canceled or not renewed: or

   b. We renew or replace this endorsement with insurance that:

      (1) Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

      (2) Does not apply to an act. error or omission on a claims-made basis.

2. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts. errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date. if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

3. An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so. we may take into account the following:

   a. The "employee benefit programs" insured;

   b. Previous types and amounts of insurance:

   c. Limits of insurance available under this endorsement for future payment of damages; and

   d. Other related factors.

   The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms. not inconsistent with this Section. applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

4. If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

   The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

   Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

G. For the purposes of the coverage provided by this endorsement. the following definitions are added to the Definitions Section:

1. "Administration" means:

   a. Providing information to "employees", including their dependents and beneficiaries. with respect to eligibility for or scope of "employee benefit programs":

   b. Handling records in connection with the "employee benefit program": or

   c. Effecting. continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However. "administration" does not include handling payroll deductions.

2. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act. error or omission.

.

CONFIDENTIAL      LM_000058

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   a. Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   c. Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   e. Any other similar benefits designated in the Schedule or added thereto by endorsement.

H. For the purposes of the coverage provided by this endorsement, Definitions 5. and 18. in the Definitions Section are replaced by the following:

   5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

   18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

---

Page 6 of 6                    © ISO Properties, Inc., 2006                    CG 04 35 12 07

CONFIDENTIAL

POLICY NUMBER: TB2-C81-004095-115

COMMERCIAL GENERAL LIABILITY
CG 22 64 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PESTICIDE OR HERBICIDE APPLICATOR - LIMITED POLLUTION COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to the operations shown in the Schedule, Paragraph (1)(d) of Exclusion **f.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** does not apply if the operations meet all standards of any statute, ordinance, regulation or license requirement of any federal, state or local government which apply to those operations.

### SCHEDULE

**Description Of Operations:**

Ohio Department of Agriculture, Pesticide Regulation, 8895 E. Main St., Reynoldsburg, OH 43068-3399; The Shelly Company $300,000 Occurrence, $300,000 General Aggregate, $300,000 Products Completed Operations

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 22 64 04 13

© Insurance Services Office, Inc., 2012

Page 1 of 1

CONFIDENTIAL

LM_000060

POLICY NUMBER: TB2-C81-004095-1 15

COMMERCIAL GENERAL LIABILITY
CG 24 04 05 09

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule below because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule below.

## SCHEDULE

**Name Of Person Or Organization:**

As required by written contract or agreement entered into prior to loss.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CG 24 04 05 09

© Insurance Services Office. Inc.. 2008

Page 1 of 1

CONFIDENTIAL

LM_000061

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>14-50191,BNSF RAILWAY COMPANY<br>2650 LOU MENK DRIVE<br>FORT WORTH, TX 76131-2830 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

Expiration Date

For attachment to Policy No.         TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                                   Sales Office and No.                          End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    Page 1 of 1

CONFIDENTIAL

LM_000062

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

**120 Whitehall Realty Associates II LLC**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date

For attachment to Policy No.  TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by

_____
Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization:** |
| 221 Main Property Owner, LLC |
| c/o CAC Real Estate Management Co., Inc. |
| 221 Main Street, Suite 100 |
| San Francisco, CA 94105 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____
                                   Authorized Representative

Issued               Sales Office and No.          End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              Page 1 of 1

2522015000001000067

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

538 Mathilda Ave LLC, and SiliconSage Builders LLC, SiliconSage Construction Inc., and their Officers, Directors, Volunteers and Representatives and Agents or other parties as called for in said Contract.
Project: 538 MATHILDA AVE – Sunnyvale, CA

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date      Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued      Sales Office and No.      End. Serial No.

**CG 24 04 05 09**      © Insurance Services Office, Inc., 2008      **Page 1 of 1**

CONFIDENTIAL      LM_000065

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . <br> 888 Seventh Avenue LLC, Vornado Office Management LLC, Vornado Realty Trust, their subsidiaries, Members, managers, partners, trustees, officers, employees and any master lessor or mortgagee |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                                    Sales Office and No.                          End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                        LM_000066

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

A Beazer Homes USA, Inc. and its subsidiaries, officers, director, agents and employees

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                    Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____
                                    Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    Page 1 of 1

CONFIDENTIAL                    LM_000067

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Name Of Person Or Organization:**
Air Force Village II, Inc., dba Blue Skies of Texas-West
12455 Freedom Way
San Antonio, TX 78245

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date        Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

       Countersigned by        _____
                         Authorized Representative

Issued        Sales Office and No.        End. Serial No.

CONFIDENTIAL       

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

Aircraft Services International Group,
3324 Spirit of Texas Drive
Austin, TX 787819

City of Austin Department of Aviation
Austin-Bergstrom International Airport
Attn: Property Manager
3600 Presidential Boulevard, Suite 411
Austin, TX 78719

Project: Aircraft Service International Group SL7778NT

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date

Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued

Sales Office and No.

End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL

LM_000069

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization :**<br>Alcatel-Lucent USA Inc., its affiliates, and its and their<br>directors, officers and employees (all referred to as<br>Alcatel-Lucent) |
| --- |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                          Expiration Date

For attachment to Policy No.            TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.            End. Serial No.

CONFIDENTIAL                                                                    LM_000070

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Amegy Bank National Association
Embrey Builders, LLC
Embrey Partners, Ltd.
National Mutual Insurance Company, its Affiliates and
Assigns
Residences at Bee Cave, LLC

Certificate Holder:
Embrey Builders, LLC
c/o Registry Monitoring Insurance Services, Inc.
5703 Corsa Avenue, 1st Floor
Westlake Village, CA 91362

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To** Us of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                  _____
                                  Authorized Representative

Issued            Sales Office and No.            End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                LM_000071

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: |
| --- |
| American Builders & Contractors Supply Co., Inc |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                        Expiration Date
For attachment to Policy No.          TB2-C81-004095-115
Audit Basis

Issued To

                              Countersigned by        _____
                                                      Authorized Representative

        Issued                  Sales Office and No.          End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                                 LM_000072

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
American Concrete
2401 SE Tones Drive, Suite 13
Ankeny, IA 50021

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by        _____
                        Authorized Representative

Issued            Sales Office and No.        End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                LM_000073

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

American Management Services, LLC
c/o Compliance Depot, LLC
P.O. Box 115006
Carrollton, TX 75011

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                         Expiration Date
For attachment to Policy No.           TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.            End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                          LM_000074

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
**American Management Services, LLC, dba Pinnacle, Goodman Real Estate Inc., Property Owners, east of their respective affiliated, related, parent and subsidiary companies, and each of their respective directors, officers, employees, agents, lenders and receivers**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date
For attachment to Policy No.       TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                Sales Office and No.            End. Serial No.

CONFIDENTIAL                                                          LM_000075

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>Ames Construction Inc.-Clay Street Separation<br>Contract B7-0753 & C3-0090 General Dr._Linares Ave<br><br>Ames Construction Inc.<br>Project 140501 the County of Riverside<br>Transportation and Land Management Agency,<br>Their respective officers, directors, agents,<br>servants, employees, divisions, Subsidiaries,<br>partners, shareholders, affiliated companies are<br>added as additional insured |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                     Expiration Date
For attachment to Policy No        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Ames Construction, Inc.<br>3737 West 2100 South<br>West Valley, Utah 84120<br><br>Job #130619US-6 Skyview to Tucker |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                      LM_000077

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Ames Construction, Inc.
Arizona Department of Transportation and their respective officers, directors, agents, servant, employees, division subsidiaries, partners, share holders and affiliated companies.

Ames Construction Projects
San Pedro River Bridge 120308

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____
                        Authorized Representative

Issued            Sales Office and No.              End. Serial No.

CONFIDENTIAL                                                                      LM_000078

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: . |
|---|
| Anchor Wall Systems, Inc. |
| 5959 Baker Road |
| Suite 390 |
| Minnetonka, MN 55345 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-114

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                    Sales Office and No.        End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                                LM_000079

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

Anchor Wall Systems, Inc.
5959 Baker Road
Suite 390
Minnetonka, MN 55345

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date             Expiration Date
For attachment to Policy No.   TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____
                          Authorized Representative

Issued          Sales Office and No.           End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**Andersen Construction Company, the Owner, and any other person or organization required by written agreement**

**6712 N. Cutter Circle**

**Portland OR 97217**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.

Audit Basis

Issued To

Expiration Date

TB2-C81-004095-115

Countersigned by _____

Authorized Representative

Issued

Sales Office and No.

End. Serial No.

**CG 24 04 05 09**

© Insurance Services Office, Inc., 2008

**Page 1 of 1**

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
APAC Missouri, Inc.
P.O. Box 1187
Springfield, MO 65801

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                                LM_000082

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** Appleway Toyota Showroom Redmodel Tashcon Corporation and Autonation |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions**:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____
                                    Authorized Representative

Issued                      Sales Office and No.                     End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                                  LM_000083

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

**Arrieta Construction Inc.**
**1215 North Marshall Ave.**
**El Cajon, CA 92020**

**Arrieta Construction Inc., and the City of San Diego Public Works Contracting Group, officers, directors, representative, employees and agents**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                Sales Office and No.                End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                    LM_000084

2522015000001100087

Copyright, Insurance Services Office, Inc., 1992

CG 24 04 10 93

CONFIDENTIAL

LM_000085

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization :** |
| --- |
| Arrieta Construction Inc.<br>1215 North Marshall Ave<br>El Cajon, CA 92020 |
| Arrieta Construction Inc., and the City of San Diego Public Works Contracting Group, officers, directors, representatives employees and agents |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by

_____
Authorized Representative

Issued                   Sales Office and No.             End Serial No.

CONFIDENTIAL        LM_000086

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

Arrieta Construction Inc.

1215 North Marshall Ave
El Cajon, CA 92020

Arrieta Construction Inc., Hazard Construction, and the
City of San Diego Public Works Contracting Group,
officers, directors, representatives employees and
agents

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                     Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                End. Serial No.

CONFIDENTIAL                                                                                    LM_000087

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: |
| --- |
| Arris Contracting Co., Inc.<br>Tetra Tech Architects<br>Fallsburg CSD<br>The Pike Company |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

For attachment to Policy No.

Audit Basis

Expiration Date

TB2-C81-004095-115

Issued To

Countersigned by

Dana D. Spatters
Authorized Representative

Issued

Sales Office and No.

End. Serial No.

CG 24 04 05 09

© Insurance Services Office, Inc., 2008

**Page 1 of 1**

CONFIDENTIAL

LM_000088

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
Arris Contracting Company, Inc.
189 Smith St. Poughkeepsie, NY 12601

Ethelbert B Crawford Public Library
479 Broadway, Monticello, NY 1271

Dormitory Authority
State of New York, 515 Broadway, Albany, NY 12207

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                 Sales Office and No.              End. Serial No.

CONFIDENTIAL                                                        LM_000089

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**Arris Contracting Co., Inc. & Tetra Tech Architects & Fallsburg CSD & The Pike Company**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                          Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                        _____
                                        Authorized Representative

Issued              Sales Office and No.        End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              Page 1 of 1

CONFIDENTIAL                                                    LM_000090

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**Ascension Commercial Real Estate**
**c/o Compliance Depot**
**PO Box 115006**
**Carrollton, TX 75011**

**Ascension Commercial Real Estate, LP and the ownership entity(s) of their owned or managed properties**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

                              Countersigned by
                                                        _____
                                                          Authorized Representative

      Issued                    Sales Office and No.            End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                              LM_000091

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Ashton San Antonio Residential LLC
121 Interpark Blvd., Suite 217
San Antonio, TX 78216

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                    Sales Office and No.                End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                                      LM_000092

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** |
| Ashton San Antonio Residential, LLC |
| 121 Interpark Blvd, Suite 217 |
| San Antonio, TX 78216 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions**:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                                      LM_000093

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| **Name Of Person Or Organization:** . |
| --- |
| AvalonBay Communities, Inc.<br>671 N. Glebe Rd<br>Suite 800<br>Arlington, VA 22203 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                                   Expiration Date

For attachment to Policy No          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                              Sales Office and No.                    End. Serial No.

CG 24 04 05 09                 © Insurance Services Office, Inc., 2008                 Page 1 of 1

CONFIDENTIAL                                                                                          LM_000094

2522015000001000099

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Baird Williams Construction<br>900 West Irvin<br>P.O. Box 917<br>Temple, TX 76503 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by          _____
                          Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

LM_000095

2522015000001001 00

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization :** |
| --- |
| Baird/Williams Construction, Ltd.<br>PO Box 917<br>Temple, TX 76503 |
| Project: Scott Elementary |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                              Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by        _____

                                              Authorized Representative

Issued                              Sales Office and No.                    End. Serial No.

CG 24 04 05 09                      © Insurance Services Office, Inc., 2008                      **Page 1 of 1**

CONFIDENTIAL                                                                                                      LM_000096

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

Baldwin & Sons, Inc.
280 Newport Center Drive, Ste #240
Newport Beach CA 60330

Baldwin & Sons, Inc., its parent and affiliated companies, the Owner and all other parties required by contract are listed as additional insured with regards to general liability and automobile liability, where required by written contract
Project Number: Job No. 09-0020-300, Portola Basin #3, Lake Forest, CA

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                          LM_000097

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Balfour Beatty Construction, LLC dba Howard S. Wright<br>100 McKinnon 10th Floor<br>Dallas TX 75201<br>Attn: Cindy Chamberlain |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date        Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued             Sales Office and No.        End. Serial No.

CONFIDENTIAL        LM_000098

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Bartlett Cocke General Contractors, LLC
8706 Lockway
San Antonio, TX 78217

Owner:
North East Independent School District
8961 Tesoro Drive
San Antonio, TX 78217

Project Name and Location:
Camelot Elementary School Addition and Renovation
5311 Merlin Drive
San Antonio, TX 78218

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                  _____
                                  Authorized Representative

Issued                Sales Office and No.           End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

252201500000100104

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . <br> **Barletta Heavy Division, Inc.** <br> **40 Shawmut Rd., Suite 200** <br> **Canton, MA 02021** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date        Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by       _____

                                                  Authorized Representative

Issued               Sales Office and No.            End. Serial No.

CONFIDENTIAL          LM_000100

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>Bartlett Cocke<br>2550 South IH 35<br>Suite 100<br>Austin, TX 78704<br><br>Technology Building/Admin<br>Building 1 A<br>Job Number: KW19994NT |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                              Expiration Date

For attachment to Policy No         TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____
                                                    Authorized Representative

Issued                          Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
Basile Construction Inc. and its respective officers, employees, agents and representatives and, Lennar Corporation including its subsidiaries, partners, partnerships, affiliated companies, successors and assigns

Project Name: The Elms & Ivy Dev
Project Location: SE corner of Carmel Valley Rd & Lopelia Meadows PL, San Diego, CA
APN #305-021-24

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To** Us of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by            _____
                            Authorized Representative

Issued            Sales Office and No.         End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                          LM_000102

2522015000001001 07

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:   .**
**Basile Construction Inc. and its respective officers, employees, agents and representatives and, Lennar Corporation including its subsidiaries, partners, partnerships, affiliated companies, successors and assigns**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  **$**

Effective Date                              Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____
                                                         Authorized Representative

Issued                          Sales Office and No.                        End. Serial No.

**CG 24 04 05 09**                 © Insurance Services Office, Inc., 2008                 **Page 1 of 1**

CONFIDENTIAL                                                                                              LM_000103

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**  .<br>Basile Construction, Inc.<br>7952 Amour Street<br>San Diego, CA 92111-3718 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                          Authorized Representative

Issued              Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL                                                          LM_000104

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**Basile Construction, Inc. and Fairfield Vista LP, Fairfield Development LP, J.P. Morgan Owner and Contractor and their respective parent, subsidiaries, successor, assigns, affiliates, employees, agents and related entities and Owner's Lender**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                  _____
                                  Authorized Representative

Issued            Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL                                                    LM_000105

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

**Bead Blast Booth, Phase IC, Bay 12, Building 468, NAS North Island, San Diego, CA; Contract No.: W912PL-11-D-0034 to 0003; CJW Construction, Inc., the US Department of the Navy, and all other parties required by contract shall be named as additional insured on a Primary and Non-contributory basis. Job #1135**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____
                         Authorized Representative

Issued           Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                                 LM_000106

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**BEAZER HOMES USA, INC & its SUBSIDIARIES, Officers, Directors, Agents and Employees.**
**PO Box 313**
**Marble Hill, GA 30148**
**GENERAL**

**Per Written Contract**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                    Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____

                                            Authorized Representative

Issued                 Sales Office and No.              End. Serial No.

**CG 24 04 05 09**           © Insurance Services Office, Inc., 2008           **Page 1 of 1**

CONFIDENTIAL                                                                 LM_000107

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Bell County
Auditor Office
101 E. Central Avenue
P.O. Box 454
Belton, Texas 76513

Project: Bell County Expo Parking Lot Repair & Paving

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                   Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                      _____
                                       Authorized Representative

Issued              Sales Office and No.        End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL

25220150000010011-4

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: |
| --- |
| Bell County |
| Bell County Expo |
| P.O. Box 454 |
| Belton, TX 76513 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                    Expiration Date

For attachment to Policy No.          5

Audit Basis

Issued To

Countersigned by _____

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
**Big-D Construction Corp**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                           Expiration Date
For attachment to Policy No.             TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL                                    LM_000110

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization :** |
|---|
| BK at Lake Grove, LLC<br>c/o The Engel Burman Group<br>401 Franklin Ave., Suite 211<br>Garden City, NY 11530 |
| Lake Grove Construction LLC |
| Job: 2925 Middle Country Road, Lake Grove, NY 11731 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____
                         Authorized Representative

Issued          Sales Office and No.        End. Serial No.

**CG 24 04 05 09**        © Insurance Services Office, Inc., 2008        **Page 1 of 1**

CONFIDENTIAL                                                    LM_000111

252201500000100118

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
BK at Lake Grove, LLC
c/o The Engel Burman Group
401 Franklin Ave, Suite 211
Garden City, NY 11530

2925 Middle Country Road, Lake Grove, NY 11731
BK at Lake Grove, LLC, BK at Lake Grove Construction LLC are included as additional insured's per written & executed contract only with respect to work being performed by the named insured. A waiver of subrogation applies in favor of additional insured's. Primary/Non-Contributory coverage is included per written contract

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____          _____
                                               Authorized Representative

Issued                Sales Office and No.         End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                                    LM_000112

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: . |
| --- |
| **BNSF Railway Company** |
| **PO Box 140528** |
| **Kansas City, MO 64114** |
| |
| **4760 Tuggle Rd** |
| **Memphis TN** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                       Expiration Date
For attachment to Policy No.          TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____        _____
                                     Authorized Representative

Issued                Sales Office and No.        End. Serial No.

CG 24 04 05 09           © Insurance Services Office, Inc., 2008           Page 1 of 1

CONFIDENTIAL                                                                 LM_000113

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

BNSF RAILWAY COMPANY
2650 Lou Menk Drive
Fort Worth, TX 76131

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                    End. Serial No.

CG 24 04 05 09                  © Insurance Services Office, Inc., 2008                  **Page 1 of 1**

CONFIDENTIAL                                                                      LM_000114

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
BNSF Railway Company – CLM
c/o CertFocus
PO Box 140528
Kansas City MO 64114

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                Expiration Date
For attachment to Policy No.    TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued            Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
BOSS Construction, Inc.
4945 Guide Meridian
Bellinghame, WA 98226

Project Number: 14011
Project Name: Northland Services Terminal 115
Stormwater Improvements
6700 W Marginal Way SW
Seattle, WA 98106

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                              Expiration Date
For attachment to Policy No.         TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                      _____
                                                    Authorized Representative

Issued                    Sales Office and No.                End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Bouten Construction Company

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date

For attachment to Policy No.            TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

25220150000000100124

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>Braddenton Cove Construction, LLC<br>477 Commerce Way, Suite 103<br>Longwood, FL 32750 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                 Sales Office and No.            End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                                    LM_000118

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
Braun & Butler Construction
715 Discovery Boulevard, Suite 109
Cedar Park, TX  78613
All Projects

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                              Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____
                                                  Authorized Representative

Issued                              Sales Office and No.                    End. Serial No.

CG 24 04 05 09               © Insurance Services Office, Inc., 2008                    Page 1 of 1

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

BRE DDR Crocodile Falcon Ridge Town Center II, LLC and DDR Corp.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date             Expiration Date
For attachment to Policy No.    TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____
                              Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

2522015000001001 27

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization**:
Brittco Wall Systems, Inc.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by
                                         _____
                                         Authorized Representative

Issued          Sales Office and No.              End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL          LM_000121

2522015000001001129

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization: . |
| --- |
| **BTS Equipment** <br> **13465 Camino Canada** <br> **#106501** <br> **El Cajon, CA 92021-8813** <br><br> **Contract No: N62473-09-D-1657/0016 P-281 Construct Engine Test Stand Facility** |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
| --- |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date              Expiration Date

For attachment to Policy No.     TB2 C91-004095-115

Audit Basis

Issued To

                                    Countersigned by                                    
                                                              Authorized Representative

Issued                                Sales Office and No.                                    End. Serial No.

CONFIDENTIAL                                                             LM_000122

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>**C.A. Rasmussen, Inc.** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  **$**

Effective Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                                    Sales Office and No.                                    End. Serial No.

Expiration Date

**CG 24 04 05 09**                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
Cactus Commercial Inc.,
12705 S. Kirkwood Road, Suite 220
Stafford, TX 77477

Project: Walgreens Drug Store #15990
1551 W. Central Avenue
Temple, TX 76501

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                        Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____
                              Authorized Representative

Issued              Sales Office and No.              End. Serial No.

---

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                    LM_000124

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
**Camden Development, Inc., and all Properties Owned by any affiliated of Camden Property Trust**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
|---|---|

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                           Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                                           Authorized Representative

Issued                        Sales Office and No.              End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                    LM_000125

252201500000100135

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Camden Development Inc., (Construction MGR) and Camden Property Trust (Owner)

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
|---|---|

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by         _____
                              Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                    LM_000126

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Cameron Construction and Maverik, Inc. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date        Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by             _____
                                 Authorized Representative

Issued            Sales Office and No.            End. Serial No.

CONFIDENTIAL                        LM_000127

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Case Pomeroy Properties, LLC
Embrey Builders, LLC
Embrey Partners, Ltd.
Frost Bank, N. A.
PE Four Points Co-Investor LLC,
a Texas limited liability company
The Preserve at Four Points, LLC

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                                 Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                                 LM_000128

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Cash Construction Company, Inc.
PO Box 1279
Pflugerville, TX 78691

  Project: The reserve at Caballo Ranch Phase A & B

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                         Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

                                        Countersigned by
                                                          ————————————————
                                                           Authorized Representative

        Issued                    Sales Office and No.            End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                Page 1 of 1

CONFIDENTIAL                                                           LM_000129

2522015000001001.41

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** .<br>**CC Site One LLC; JMB Realty Corp.;**<br>**JMB Real Estate Services, LLC;**<br>**and Standard Parking Corp.**<br>**2030 Century Park West**<br>**Los Angeles, CA 90067**<br><br>**Service Contract for CC Site One LLC**<br>**2040 Century Park East**<br>**Los Angeles, CA 90067** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                    LM_000130

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Chasco Construction
PO Box 1057
Round Rock, Texas 78680.

Project_Braker Lane Extension Phase 1.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by
                                  _____
                                  Authorized Representative

Issued            Sales Office and No.        End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL                                                           LM_000131

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
|---|
| Chasco Construction<br>PO Box 1057<br>Round Rock, TX 78680<br><br>William Cannon Phase 1, Sections 1&2 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                  _____
                                  Authorized Representative

Issued                Sales Office and No.                End. Serial No.

CONFIDENTIAL                                                                LM_000132

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Chasco Constructors, LTD., LLP<br>P.O. Box 1057<br>Round Rock TX 78680<br><br>Legacy at Southpark Ltd. And RealTex Construction, LLC<br><br>Project: Legacy at Southpark<br>8800 south First Street<br>Austin, TX 78748 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                         Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                                                      LM_000133

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
Chasco Constructors, LTD LLP
PO Box 1054
Round Rock TX 78680

Project: Lake Austin Spa Resort, RM1431NT

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date
For attachment to Policy No.    TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by
_____
Authorized Representative

Issued              Sales Office and No.              End. Serial No.

**CG 24 04 05 09**              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                                                                    LM_000134

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Chasco Constructors<br>P.O. Box 1057<br>Round Rock TX 78660 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                              Expiration Date

For attachment to Policy No.         TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

Authorized Representative

Issued                         Sales Office and No.              End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                                    LM_000135

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Chasco Constructors,
P.O. Box 1057
Round Rock, TX 78680

Project: Lexington St._Segment B
#13216, KO556060

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                _____
                                Authorized Representative

Issued            Sales Office and No.        End. Serial No.

**CG 24 04 05 09**        © Insurance Services Office, Inc., 2008        **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Chasco Constructors, LTD LLP<br>P.O. Box 1057<br>Round Rock, TX 78680<br><br>Parkside at Mayfield Ranch, Ltd.<br><br>Project: Parkside at Mayfield Ranch Section 7 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

| | |
|---|---|
| Effective Date | Expiration Date |
| For attachment to Policy No. | TB2-C81-004095-115 |
| Audit Basis | |

Issued To

Countersigned by

Authorized Representative

| | | |
|---|---|---|
| Issued | Sales Office and No. | End. Serial No. |

CONFIDENTIAL      LM_000137

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Chesapeake Operating Inc.<br>PO Box 18496<br>OKC, OK 73154-0496 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by _____

Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

**CG 24 04 05 09**              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                    LM_000138

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
**Choate Construction Company, the Project Owner and all their respective agents and employees are included as Additional Insureds**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

**CG 24 04 05 09**           © Insurance Services Office, Inc., 2008           **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**

City of Andover, Kansas

2014 Street Rehabilitation Project, Andover, Kansas consisting of three distinct phases of work.

Phase 1: Milling and Overlaying Central Avenue, East of Andover Road
Phase 2: Milling and Overlaying Residential Streets in Crescent Lakes Additions
Phase 3: Miscellaneous Concrete Repairs, Various Locations

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
City of Andover, KS
1609 E Central
Andover, KS 67002

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____
                        Authorized Representative

Issued           Sales Office and No.       End. Serial No.

CONFIDENTIAL                                                          LM_000141

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>City of Bonita Springs<br>9101 Bonita Beach Road<br>Bonita Springs, FL 34135<br><br>Project number: RFB 14-008<br>Project Name:  Paving of Unpaved Roads<br>Project Location: With in the City of Bonita Springs FL<br><br>Paving of Unpaved Roads with in the City of Bonita Springs RFB 14-008 |
| For any and all work performed on behalf of the City of Bonita Springs |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                     Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                              Sales Office and No.                End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                      LM_000142

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** |
| **City of Dallas, its officers and employees, for bodily injury (including death), property damage or any other loss.** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date

Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_Dana D. Syatters_

Authorized Representative

Issued

Sales Office and No.

End. Serial No.

**CG 24 04 05 09**

© Insurance Services Office, Inc., 2008

**Page 1 of 1**

LM_000143

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization: |
| --- |
| City of North Port, its subsidiaries, partners, partnerships, affiliated companies, successors and assigns |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
| --- |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____
                              Authorized Representative

Issued            Sales Office and No.         End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                      LM_000144

25220150000100156

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: |
|---|
| City of San Ramon, it's officers, officials, employees, agents and volunteers<br>2226 Camino Ramon<br>San Ramon, CA 94583 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                                    Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____

                                          Authorized Representative

Issued                Sales Office and No.          End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                                    LM_000145

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** |
| City of Westminster |
| The City, its officers, elected or appointed officials, employees, agents and volunteers |
| 8220 Westminster Blvd |
| Westminster, CA 92683 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                        Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____

Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                LM_000146

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**CJW Construction, Inc.**

**841 East Washington Avenue, Suite B**
**Santa Ana, CA 92701**

**Job #1128; Seismic Upgrades to Building 2-4 and the Rehabilitation of Existing HVAC system in Building 4 at the Los Angeles Job Corps Center; Contract No.: DOL_ETA_14-C-0007; CJW Construction, Inc., the US Department of Labor and all other parties required by contract shall be named as additionally in-sured**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.   TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.              End. Serial No.

CG 24 04 05 09                 © Insurance Services Office, Inc., 2008                 Page 1 of 1

CONFIDENTIAL                                                                          LM_000147

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: |
| --- |
| CJW Construction, Inc.<br>841 East Washington Avenue, Suite B<br>Santa Ana, CA 92701 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date       Expiration Date

For attachment to Policy No      TB2-C81-004095-114

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued       Sales Office and No.       End. Serial No.

CG 24 04 05 09      © Insurance Services Office, Inc., 2008      Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **CPM Constructors** |
| **PO Box B (30 Bonney St.)** |
| **Freeport, ME 04032** |
| **Project Number: 214024** |
| **Project Name: CMP/MDOT Sanford WINs 20202.00 & 20280.00** |
| **Project Location: Sanford, Maine** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date        Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                       _____
Authorized Representative

Issued                        Sales Office and No.                  End. Serial No.

CONFIDENTIAL                  LM_000149

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**Codding Construction Co. & Coddling Enterprises LP**

**1400 Valley House Drive, Suite 100**

**PO Box 3550**
**Rohnert Park, CA 94928**

**Project Name: Raley's Shops Towne Centere North Shops Project**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                         Expiration Date
For attachment to Policy No.           TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____
                         Authorized Representative

Issued                 Sales Office and No.            End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                      LM_000150

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
**Codding Construction Co.**
**Codding Enterprises LP**
**1400 Valley House Drive, Suite 100**
**Rohnert Park, CA 94928-4935**

**Project Name: Ross Re-Roof**
**Re: 400 Raley's Town Center Rohnert Park, CA 94928**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Expiration Date

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.              End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**Colich & Sons, L.P.**
**547 West 140th Street**
**Gardena, CA 90248**

**Project: San Diego Sewer Rehab T-1 San Diego, CA**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
|---|---|

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                          Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____
                                        Authorized Representative

Issued                          Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                        LM_000152

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** Commercial Interior Builders, Inc.. **101 The Embarcaderok Suite 205** San Francisco, CA 94105 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date      Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                               Authorized Representative

Issued          Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL

25220150000100166

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Concrete Placing Co. Inc .
6451 W. Gowen Road
Boise, ID 83709

Project_I-84 Meridian Rd. IC & Meridian IC to Five Mile Rd.
Contract Number – A010(939) & A013(057)
Location_Meridian, Idaho

Additional Insured_Concrete Placing Co. Inc. and Idaho Sand & Gravel Co., Inc. PO Box 1310
Nampa, ID 83653-1310

Concrete Placing Inc., and (Owner) are additional insured (except WC). Coverage is Primary & Non-Contributory to any liability coverage insurance carried by Concrete Placing Inc. and (Owner). Waiver of Subrogation applied against Concrete Placing Inc. and (Owner).

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
| --- | --- |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                          _____
                                          Authorized Representative

Issued                     Sales Office and No.                End. Serial No.

CG 24 04 05 09               © Insurance Services Office, Inc., 2008                Page 1 of 1

CONFIDENTIAL

LM_000154

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
**Concrete Works of Colorado, Inc.**
**1260 Rock Creek Circle**
**Lafayette, CO 80026**

**Telluride Regional Airport Authority**
**11500 Last Dollar Road, Suite 1**
**Telluride, CO 81435-9159**

**Project Number: 3-08-0088-32**
**Project Name: BP #2 TEX Pavements, Drainage & Lighting**
**Project Location: Telluride, Colorado Airport**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                 Expiration Date
For attachment to Policy No.    TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by          _____
                                  Authorized Representative

Issued            Sales Office and No.          End. Serial No.
    .

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL          LM_000155

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Contracting Systems, Inc. II
472 California Road
Quakertown, PA  18951

Wayne Lodging, LLC
570 Delaware Ave
Buffalo, NY  14202

Benderson Development Company, LLC and all of their related or affiliated Corporations, Subsidiaries, Entities, Companies, Trust and or Partnerships and any ground lessor.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To** Us of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
|---|---|

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by _____

Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CONFIDENTIAL                                                                  LM_000156

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
Contractor and its affiliates, agents, officers, directors and employees

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                          Expiration Date
For attachment to Policy No.            TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.             End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                  LM_000157

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
Core Construction, Inc.
3036 E Greenway Rd.
Phoenix, AZ 85032

City of Scottsdale (Owner)
7447 E Indian School Road, Suite 225
Scottsdale, AZ 85251

Core (LGE, a Joint Venture

Project Name: COS – Scottsdale Museum of the West CORE Project No. 13-02-002

Such coverage as is afforded by this policy for the benefit of the additional insured(s) is primary and any other coverage maintained by such additional insured(s) shall be non-contributing with the coverage provided under this policy

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                              Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by
                                                        _____
                                                        Authorized Representative

Issued                          Sales Office and No.                          End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                                                LM_000158

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| **Name Of Person Or Organization :** |
| Counts Estates Phase One and Two |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                          Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                          Authorized Representative

Issued                Sales Office and No.        End. Serial No.

CONFIDENTIAL                                                    LM_000159

252201500000100173

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**

**Courtney, Inc., DPR Construction, A General Partnership (the General Contractor), their officers, agents and employees, Kaiser Foundation Health Plan (the Owner), their officers, agents and employees, Kaiser Foundation Hospitals (the Owner), their officers, agents and employees are named as an additional insured under their policy, but only with respect to liability arising out of operations performed on the T0169 Kaiser Satellite Regional Reference Lab – Inland Empire Project (DPR Project #D1-B13025-00).**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date          Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by      *Dana D. Stretters*
                             Authorized Representative

Issued             Sales Office and No.            End. Serial No.

CONFIDENTIAL                                                    LM_000160

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
**"Crown Castle USA, Inc., and its parent, joint ventures, subsidiaries and affiliates"**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date              Expiration Date
For attachment to Policy No.   TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by        _____
                         Authorized Representative

Issued          Sales Office and No.        End. Serial No.

*CG 24 04 05 09*            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                    LM_000161

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| CSX Transportation, Inc.<br>500 Water Street C-907<br>Jacksonville, FL 32202<br><br>Project:<br>11021-110149 S. Whitaker Street from US-12 east to south city limits of New Buffalo, Berrien County |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                          LM_000162

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Cummings Electrical, LP

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                _____
                                              Authorized Representative

Issued                          Sales Office and No.            End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                      LM_000163

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| D.R. Horton, Inc. its affiliates and subsidiaries |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                          Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                          End. Serial No.

**CG 24 04 05 09**                          © Insurance Services Office, Inc., 2008                          **Page 1 of 1**

CONFIDENTIAL                                                                                           LM_000164

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

Dahlgren Industrial, Inc. and Darigold Inc (Owner)

Job 527 OP 615146
Project Name: Darigold Sunnyside Dryer
Project Location: Sunnyside, WA

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                         Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by            _____
                                          Authorized Representative

Issued            Sales Office and No.            End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                                      LM_000165

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

Davis Mechanical System and Dept. of the Navy-NAVFAC Southwest, and Marine Corps Base Camp Pendleton, California

A&D GC, Inc.

Contract No: N62473-0-D-1658 TO#0009

Project D/B Project P-1008 Combat Training Tank and Instruction Facility at Marine Corps Base(MCB) Camp Pendleton, California

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

Authorized Representative

Issued        Sales Office and No.        End. Serial No.

CONFIDENTIAL                LM_000166

2522015000001001180

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Davis Mechanical Systems** |
| **1316 N Melrose Drive** |
| **Suite E** |
| **Vista, CA 92083-2920** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____
                                    Authorized Representative

Issued              Sales Office and No.            End. Serial No.

**CG 24 04 05 09**              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                                LM_000167

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

**Davis Mechanical Systems**
**1316 N Melrose Drive, Suite E**
**Vista, CA 92083-2920**

**Dept. of the Navy/NAVFAC Southwest**
**MCRD, San Diego, California and A & D GC., Inc**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date          Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by     _____
                                 Authorized Representative

Issued             Sales Office and No.         End. Serial No.

CG 24 04 05 09         © Insurance Services Office, Inc., 2008         **Page 1 of 1**

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| **Name Of Person Or Organization :** |
| --- |
| DCA Construction L.P. <br> 8868 Research Blvd. #404 <br> Austin, TX 78758 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                                Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____

                                                    Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                                                LM_000169

252201500000100183

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**DCA Construction, LP and its employees agents, and the owner Street Level Investments**


**Project-Central Texas Marketplace, 14044, TG1866T**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                Expiration Date
For attachment to Policy No.       TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by        _____
                              Authorized Representative

Issued              Sales Office and No.           End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                         LM_000170

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . <br> **Department of the Navy** <br> **RQ-Berg JV** <br> **3194 Lionshead Avenue** <br> **Carlsbad, CA 92010** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____          _____
                                               Authorized Representative

Issued          Sales Office and No.                    End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **DFW Glazing Inc.** |
| **3200 Joyce Drive** |
| **Ft. Worth, TX 76116** |
| |
| **Project Name; Old Parkland West Campus** |
| **Project Number: 30-2572** |
| |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by      _____
                                    Authorized Representative

Issued                     Sales Office and No.              End. Serial No.

**CG 24 04 05 09**              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

Dick Anderson Construction, Inc.

3424 Highway 12 East
Helena, MT 59601

Boeing Addition-Phase 1
HSG Job #523541

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL                                                              LM_000173

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Dick Anderson Construction, Inc.
3424 Highway 12 East
Helena, MT 59601

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.             End. Serial No.

CG 24 04 05 09           © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                         LM_000174

2522015000000100188

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

Dick Anderson Construction, Inc.

3424 Highway 12 East
Helena, MT 59601

Boeing Addition-Phase 2
HSG Job #5245036

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                        Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____

                                      Authorized Representative

Issued                        Sales Office and No.               End Serial No.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                    LM_000175

252201500000100189

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** Discovery Builders, Inc. Seecon Financial Construction Co. and Their Allied Entities

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                 Expiration Date

For attachment to Policy No.   TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL

LM_000176

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**   Discovery Builders, Inc. Seecon Financial Construction Co. and Their Allied Entities |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CONFIDENTIAL                    LM_000177

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Donley's LLC
7325 Beaufont Springs Drive, Suite 325
Richmond, VA 23225

Donley's LLC, The Owner, A. University of Virginia, The Commonwealth of Virginia, The Rector and Visitors of the University of Virginia, The Commonwealth officers, employees, and agents.

Job 3029 University of Virginia Alderman Road Residence Hall #6

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date      Expiration Date
For attachment to Policy No.      TB2-C81 004095-115
Audit Basis

Issued To

Countersigned by        _____
       Authorized Representative

Issued      Sales Office and No.      End. Serial No.

CG 24 04 05 09      © Insurance Services Office, Inc., 2008      **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**DPR Construction, A General Partnership, their officers, partners, agents, employees affiliates, parents and subsidiaries: (Owner) , their officers and employees, (Architect) their officers and employees and its consultants, Owner's lender (if applicable), Owner's landlord (if applicable) Owner's Project Manager, and their respective constituent members, shareholders or partners, directors and officers, agents, employees, parents, subsidiaries, affiliates and assigns.**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.            End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                                                    LM_000179

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**DPR Construction A General Partnership, its joint venture and joint venture partner, where applicable, its/their officers, owners, employees, agents, parents, partner, subsidiaries and affiliates: the Owner and any person or organization threat the Owner requires by written contract**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                          Authorized Representative

Issued              Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
DPR Construction, A General Partnership, their officers, partners, agents, employees, affiliates, parents and subsidiaries, Owner, their officers and employees, their officers and employees and its consultants, Owner's Lender (if applicable), Owner's Landlord (if applicable), Owner's Project Manager, and their respective constituent members, shareholders or parents, directors and officers, agents, employees, parents, subsidiaries, affiliates, heirs, beneficiaries, successors and assigns, J & J Acoustics, Inc., California Corporate Center Acquisition LLC, AioMarin Pharmaceutical and their respective trustees, directors, officers, partners, affiliates, beneficiaries, stockholders, and all employees and agents of each of them are listed as additional Insured with regards to general liability and automobile liability, where required by written contract.

DPR Job 00-C14008-00-Biomarin New Laboratory Building (Biomarin NLB).

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued            Sales Office and No.            End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                                LM_000181

2522015000000100196

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**

DPR Construction, A General Partnership, their officers, partners, agents, employees affiliates, parents and subsidiaries: MonteCedro, Inc (Owner) their officers and employees, Perkins Eastman P.C (Architect) their officers and employees and its consultants, Owner's lender (If applicable), Owner's landlord (If applicable), Owner's Project Manager, and their respective constituent members, shareholders or partners, directors and officers, agents, employees, parents, subsidiaries, affiliates and assigns.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

Authorized Representative

Issued                          Sales Office and No.                    End. Serial No.

CG 24 04 05 09                  © Insurance Services Office, Inc., 2008                  **Page 1 of 1**

CONFIDENTIAL                                                                                    LM_000182

25220150000010 0197

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**DR Horton Inc. Its affiliates and subsidiaries are listed as additional insured with regards to the general liability policy where required by written contract**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

**CG 24 04 05 09**                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                                    LM_000183

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: . |
|---|
| DR Horton Inc. Its Affiliates and Subsidiaries<br><br>All Locations |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

                                     Authorized Representative

Issued                Sales Office and No.              End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL

LM_000184

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: . |
| DR Horton Inc. Its Affiliates and Subsidiaries Insurance Compliance |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                           Expiration Date

For attachment to Policy No.             TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____
                                    Authorized Representative

Issued              Sales Office and No.              End. Serial No.

---

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                      LM_000185

252201500000100200

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>DR Horton, Inc., Its Affiliates and Subsidiaries |

| |
|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                  _____
                                  Authorized Representative

Issued              Sales Office and No.         End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                          LM_000186

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

**DR Horton Inc. Its affiliates and subsidiaries are listed as additional insured with regards to the general liability policy**

**All locations or as per written contract**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
|---|---|

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                              Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                              _____
                                                        Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                                    LM_000187

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

**Driver Urban, LLC, Fountain Square Properties, LLC, Fountain Square Development, LLC Fountain Square Development West, LLC, FSDW-Redwood City, LLC, FSP-Redwood Member, LLC, Kensington Redwood City, LLC, Tatum Consulting & Management, and Sunwest Bank, its successors and/or Assigns.**

**Job #: 140007**
**Job Name: Kensignton Place Redwood City**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date      Expiration Date

For attachment to Policy No.    TB2-C81-004095 115

Audit Basis

Issued To

Countersigned by     _Dana D. Shutters_
                                  Authorized Representative

Issued           Sales Office and No.          End. Serial No.

**CG 24 04 05 09**        © Insurance Services Office, Inc., 2008        **Page 1 of 1**

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . <br> Dunn Roadbuilders, LLC <br> 411 West Oak Street <br> Laurel, MS 39441 <br><br> Location: Approx. 8 acres of leased Property <br> Located in Lauderdale County, Mississippi as noted in contract |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                          Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                                    Authorized Representative

Issued          Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL          LM_000189

2522015000001100204

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization: |
|---|
| Dunwoody Limited Partnership<br>1601 Washington Avenue, Suite 700<br>Miami, FL 33139-3164<br><br>Rental location at Northridge Business Park, 8601 Dunwoody Place, Suite 600, Sandy Springs, GA 30350. Lennar Partners, Inc., Landlord, and Landlord's managing agent shall be named as additional insured. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date     Expiration Date

For attachment to Policy No.  TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by   _____
          Authorized Representative

Issued      Sales Office and No.   End. Serial No.

CG 24 04 05 09   © Insurance Services Office, Inc., 2008   **Page 1 of 1**

CONFIDENTIAL                   LM_000190

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
Each subcontractor shall include Holder, Hunt, Russell, Moody, a Joint Venture, Atlanta Falcons Stadium Company, LLC, Atlanta Falcons Football Club, LLC, their Affiliates, and their respective members, managers, partners, directors, officers, agents, representatives, employees, and consultants (including Darden & Company, LLC and ICON Venue Group, LLC); Geo. L Smith II Georgia World Congress Center and its directors, officers, agents, representatives, consultants and employees,; and the Construction Lender, and other lenders of Atlanta Falcons Stadium Company, LLC, their Affiliates, partners and members and their respective shareholders, partners, members, directors, officers, agents, representatives, consultants and employees

Atlanta Stadium Partners, TD Industries, Inc., Southland Industries, and ARS Mechanical LLC

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                                    _____
                                                    Authorized Representative

Issued                          Sales Office and No.                 End. Serial No.

CG 24 04 05 09                  © Insurance Services Office, Inc., 2008                  Page 1 of 1

CONFIDENTIAL                                                                                  LM_000191

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
Eden Valley Ranch, LLC Inc.
Albert D. Seeno Construction Co., Inc.
And Their Allied Entities

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                           Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____
                                          Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                    LM_000192

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
RE: Elan Redwood City Project

Elan Redwood City, Johnstone Moyer, Inc and City of Redwood City, their respective officials, directors, shareholders, employees, members, managers, agents, representatives, and all other entities required by contract.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                   Sales Office and No.                   End. Serial No.

CG 24 04 05 09                   © Insurance Services Office, Inc., 2008                   **Page 1 of 1**

CONFIDENTIAL                   LM_000193

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Embrey Builders, LLC<br>c/o RMIS<br>5703 Corsa Avenue, 1st Floor<br>Westlake Village, CA 91362<br><br>Embrey Builders, LLC<br>Embrey Partners, Ltd.<br>JP Morgan Chase Bank N.A.<br>Leon Springs Apartments, LLC<br><br>Project: Collection at Dominion #EB-15/EB15-9033 Job #MC1473 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date      Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by      _____

                                                   Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CONFIDENTIAL        LM_000194

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
EMJ Corporation
Attn: Ester Perez
5525 North Macarthur Blvd
Suite 400
Irving, TX 75038

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

Expiration Date

For attachment to Policy No.            TB2-C81-004095 115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued

Sales Office and No.

End. Serial No.

**CG 24 04 05 09**                  © Insurance Services Office, Inc., 2008                  **Page 1 of 1**

CONFIDENTIAL                                                                                  LM_000195

2522015000001002 10

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization :** |
| Engen Contracting, Inc.
PO Box 27984
Austin, TX 78755-7984 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                         Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____
                                       Authorized Representative

Issued                         Sales Office and No.                  End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Engineered Structures, Inc.
3330 E. Louis Drive, Suite 300
Meridian, ID 83646

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued            Sales Office and No.            End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**Envision Land & Development, LLC**
**2220 Sixth Ave #523**
**Seattle, WA 98121**

**Racers Store 201, LLC**
**450 Newport Center Drive, Suite 480**
**Newport Beach, CA 92660**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by _____

Authorized Representative

Issued                          Sales Office and No.           End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                    LM_000198

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

Ergon Asphalt & Emulsions, Inc.
Risk Management
Post Office Box 1639
Jackson, MS 39215-1639

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions**:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                      Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                   Sales Office and No.                End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008                Page 1 of 1

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Eugene Sand Construction, Inc.
P.O. Box 1067
Eugene, OR 97440

Lane County Public Works
3050 N Delta Hwy
Eugene, OR 97408

Lane County and its divisions, its commissioners, officers, agents and employees

Job Name: Paving South Willamette Street Overlay  Contract #13/14-08

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued            Sales Office and No.            End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL            LM_000200

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
Exterran Holdings, Inc. and all affiliates and subsidiaries
166666 Northchase Dr.
Houston, TX 77060

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                Sales Office and No.                End. Serial No.

**CG 24 04 05 09**           © Insurance Services Office, Inc., 2008           **Page 1 of 1**

25220150000010021.6

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Name Of Person Or Organization :** |
|---|
| Farr Builders, LLC |
| 3401 S. Geevers Rd. |
| San Antonio, TX 78210 |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                  _____
                                  Authorized Representative

Issued              Sales Office and No.              End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                              LM_000202

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

FCI Constructors and Tierra/FCI, LLC

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                        Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                      _____
                                      Authorized Representative

Issued                 Sales Office and No.          End. Serial No.

CONFIDENTIAL                                                          LM_000203

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** Flatiron West Inc., The Owner their employees, agents and representatives |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions**:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date             Expiration Date
For attachment to Policy No.    TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued             Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                          LM_000204

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

Name Of Person Or Organization: .

Flatiron West Inc.

1770 La Costa Meadows Dr.
San Marcos, CA 92078

Flatiron West Inc., and its agents, representatives, officers and employees; and San Bernardino Associ-
ated Governments and all of its associates entities and capacities, including the San Bernardino County
Transportation Commission, San Bernardino County Transportation Authority, San Bernardino Conges-
tion Management Agency and Service Authority for Freeway Emergencies an d their officers, employ-
ees, agents and volunteers

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
|---|---|

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by

_____
Authorized Representative

Issued                                        Sales Office and No.                          End. Serial No.

CG 24 04 05 09                  © Insurance Services Office, Inc., 2008                  Page 1 of 1

CONFIDENTIAL

LM_000205

25220150000100220

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>Flatiron West Inc. – Sorrento Valley Double Track<br>Contract No. 5004027<br>Job No. 3146 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                          End. Serial No.

CG 24 04 05 09                  © Insurance Services Office, Inc., 2008                  **Page 1 of 1**

CONFIDENTIAL                                                                      LM_000206

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
Flatiron West Inc., Cal Trans, their employees, agents and representatives
Flatiron West Inc., City of San Diego, their employees, agents and representatives
Flatiron West Inc., Cal Trans, their employees, agents and representatives

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date
For attachment to Policy No.    TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                Sales Office and No.            End. Serial No.

CG 24 04 05 09        © Insurance Services Office, Inc., 2008        Page 1 of 1

CONFIDENTIAL                                    LM_000207

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
Flatiron West, Inc. of
1770 LaCosta Meadows Drive
San Marcos, CA 92078

As Contractor and their affiliates, subsidiaries,
officers, directors, agents and employees

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                  _____
                                  Authorized Representative

Issued              Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Flatiron West, Inc.** |
| **1770 La Costa Meadows Drive** |
| **San Marcos, CA 92078** |
| |
| **Project Number: PO #3 163-15-157 REV** |
| **Project Name: RTE 210 Dunsmore to N. Los Robles** |
| **Project Location: La Canada Flintridge** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date              Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by       _____
                              Authorized Representative

Issued               Sales Office and No.          End. Serial No.

**CG 24 04 05 09**         © Insurance Services Office, Inc., 2008        **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

**Florida Department of Transportation**

**605 Suwannee Street**
**Tallahassee, FL 32399-0450**

**Federal Project Number: 27574051, Project Number: 428966-1-52-01. Project Name: SR 93 (I-275); From the E Endo of Howard Frankland Br. To a Pt W of Kennedy Off Ramp, Proposal ID T7332, Vendor Number: VG581401468, Hillsborough County Job Number: 752505**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                                Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                LM_000210

252201500000100225

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Florida Department of Transportation** |
| **605 Suwannee Street** |
| **Tallahassee, FL 32399-0450** |
| |
| **Re: T7335 Project Name: SR 580 (Main St); Pinellas County From A Pt W of N Bay Hills Blvd to A Pt W of St Clair Ave – Job Number: 752508** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL

LM_000211

252201500000100226

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
**Florida Department of Transportation**
**605 Suwannee Street**
**Tallahassee, FL 32399-0450**

**Re: T7337 Project Name: SR 580 (Hillsborough Ave): From A Pt W Silvermill Dr to A Pt E of S Lagoon St.**
**Job Number: 752509**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                           Expiration Date
For attachment to Policy No.     TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by    _____
                                    Authorized Representative

Issued                 Sales Office and No.              End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                                                                    LM_000212

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**Florida Department of Transportation**

**605 Suwannee Street**
**Tallahassee, FL 32399-0450**

**Re: T7329 Project Name: SR 580/600 (W Hillsborough Ave); From A Pt E of Air Cargo Rd to A Pt W of N Lee Place Job Number: 752511**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                  Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____
                         Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              Page 1 of 1

CONFIDENTIAL                                                                LM_000213

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Florida Department of Transportation** |
| **605 Suwannee Street** |
| **Tallahassee, FL 32399-0450** |
| |
| **Contract # E-7177, FPN: 42905715201, Letting Date Dec 11, 2013. Job Number 752513 SR 694 Park Blvd.** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                                      Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                                Sales Office and No.                        End. Serial No.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                          LM_000214

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**Florida Department of Transportation**
**605 Suwannee Street**
**Tallahassee, FL 32399-0450**

**Contract E-7170, FPN: 42550015201, Letting Date: May 14, 2014 Job Number 752520 US 41**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                              Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                    _____
                                              Authorized Representative

Issued                      Sales Office and No.              End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                                                                              LM_000215

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . <br> **Florida Department of Transportation** <br> **605 Suwannee Street** <br> **Tallahassee, FL 32399-0450** <br><br> **Federal Project Number: 1401022P,** <br> **Project Number: 430863-1-52-01** <br> **Project Name: SR 72 (Stickney Point Rd)** <br><br> **At the Intersection of Swift Rd.,** <br> **Proposal ID T1581** <br> **Vendor Number: VF581401468** <br> **Sarasota County – T1581** <br> **Job Number: 213467** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

_____
Authorized Representative

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**Florida Department of Transportation**
**605 Suwannee Street**
**Tallahassee, FL 32399-0450**

**Project Name: SR 687 (US 92) (4th St N): From 5th Ave N to A PT N of Koger Blvd,**
**Federal Job Number(s): 1501032P**
**Financial Project Number(s): 427162-1-52-01**
**Job Number: 752498 T7320**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of Section IV – Conditions: | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
|---|---|

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                         Sales Office and No.                    End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                                    LM_000217

252201500000100232

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . <br> **Florida Department of Transportation** <br> **605 Suwannee Street** <br> **Tallahassee, FL 32399-0450** <br><br> **Contract # E-7J30, FPN: 41602617235, Letting Date: February 12th, 2014. Job Number: 752516 Asphalt repair of FDOT Roadways** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                                    Expiration Date

For attachment to Policy No               TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____
                                              Authorized Representative

Issued                          Sales Office and No.                    End. Serial No.

**CG 24 04 05 09**                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                LM_000218

252201500000100233

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
G & G Builders Inc., Maxxim Shared Services, LLC
and Edward Tucker Architects are named as additional insured with respect to work performed
for them by the Named Insured

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                    LM_000219

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**Halbert Construction Co. Inc., owner(s), officials, employees, agents and subcontractors.**
**330 South Magnolia Avenue**
**El Cajon, CA 92020**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                          Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . <br> **Graham Construction & Management, Inc.** <br> **331 N Francher Road** <br> **Spokane WA 99212** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions**:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                          Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____
                                         Authorized Representative

Issued                      Sales Office and No.              End. Serial No.

CG 24 04 05 09                  © Insurance Services Office, Inc., 2008                  **Page 1 of 1**

CONFIDENTIAL                                                                 LM_000221

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: . |
| --- |
| Grainte Construction Company & CA Dept of |
| Transportation-Dist 8 |
| 440 S Melrose Dr., #200 |
| Vista, CA 92081 |
| |
| Project Number: Grainte #494338/CALTRANS #08-383504 |
| Project Name: Replace Hurkey Creek Bridge |
| Project Location: Mountain Center, CA |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date
For attachment to Policy No.       TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                     Sales Office and No.                     End. Serial No.

**CG 24 04 05 09**                     © Insurance Services Office, Inc., 2008                     **Page 1 of 1**

CONFIDENTIAL                     LM_000222

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

**Granite Construction Company and California Department of Transportation**
**38000 Monroe Street**
**Indio, CA 92203**

**Project Number: Granite PO #206413**
**Project Name: I-10 Emergency Bridge Repair**
**Project Location: Desert Center, CA**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          *Dana D. Shutters*
                          Authorized Representative

Issued              Sales Office and No.          End. Serial No

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                          LM_000223

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br><br>Granite Construction Company & California Department of Transportation<br><br>Granite Job No-440630-Kaiser San Diego Central Hospital<br>Granite Construction Company, California Department of Transportation & Kaiser Hospital<br>of San Diego, their employees and agents listed as additional insured |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others** To Us of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date      Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued          Sales Office and No.        End. Serial No.

CG 24 04 05 09        © Insurance Services Office, Inc., 2008        **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization :** |
| --- |
| Grayco Builders, LLC |
| Grayco SS Land 2011, LP |
| Grayco SS Phase I 2011, LP |
| Grayco SS Phase II 2011, LP |
| Grayco SS Phase III 2011, LP |
| 55 Waugh Drive Suite 500 |
| Houston, TX 77007 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                          Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

_____
Authorized Representative

Issued                     Sales Office and No.              End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                                    LM_000225

2522015000001002.40

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Greenberry Construction LLC
2211 NW Professional Dr._Suite 201
Corvallis, OR 97330

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  **$**

Effective Date                         Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____
                                        Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              Page 1 of 1

CONFIDENTIAL                                                                                LM_000226

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Griffith Company and the Owner their employees, agents, and representatives
Griffith Company – 10532 N Milliken Grade Separation, City of Ontario

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date         Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued            Sales Office and No.       End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL          LM_000227

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Hanjin International Corporation
c/o Martin Project Management
444 So. Flower St.
Los Angeles, CA 90071

Hanjin International Corporation, and their respective officers, agents and employees, and any additional entities as the parties may request, Korean Airlines, Turner Construction

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                    LM_000228

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>Harvey-Cleary Builders 311 Bowie, LP, U.S. Bank N.A.,<br>Unit Owners Association and Office Unit & Multi Use<br>Unit Owners are Named as Additional Insured |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date

Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued

Sales Office and No.

End. Serial No.

**CG 24 04 05 09**                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                                       LM_000229

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . <br> **Haskins, Inc.** <br> **10956 Enterprise Avenue** <br> **Bonita Springs, FL 34135** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-114
Audit Basis

Issued To

Countersigned by    _____
                      Authorized Representative

Issued                Sales Office and No.        End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                    LM_000230

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**Hayward Baker, Inc.**
**11575 Wadsworth Blvd.**
**Broomfield, CO 80020**

**Telluride Regional Airport Authority**
**11500 Last Dollar Road, Suite 1**
**Telluride, CO 81435-9159**

**Project Number: 3-08-0088-32**
**Project Name: BP #1 Earthwork & Soil Nail Wall**
**Project Location: Telluride, Colorado Airport**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by _____

                                          Authorized Representative

Issued            Sales Office and No.        End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Hazard Construction |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date
For attachment to Policy No.     TB2-C81-004095-115
Audit Basis

Issued To

Expiration Date

Countersigned by

_____
Authorized Representative

Issued

Sales Office and No.

End. Serial No.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL

LM_000232

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization: |
| --- |
| Helena Regional Airport Authority<br>2850 Skyway Drive<br>Helena, MT 59601<br><br>AIP 3-30-0042-046-2014<br>HSG Job#524523<br>Project Name: Airfield Pavement Rehabilitation<br>Project Location: Helena, Montana<br><br>Helena Regional Airport Authority, the engineering firm of<br>Morrison Maierle, Inc. and the engineers' consultants. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

| | |
| --- | --- |
| Effective Date | Expiration Date |
| For attachment to Policy No. | TB2-C81-004095-115 |
| Audit Basis | |

Issued To

| | | |
| --- | --- | --- |
| | Countersigned by | Authorized Representative |
| Issued | Sales Office and No. | End. Serial No |

| | | |
| --- | --- | --- |
| **CG 24 04 05 09** | © Insurance Services Office, Inc., 2008 | **Page 1 of 1** |

LM_000233

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
Hendricks Commercial Properties, LLC
655 Third Street, Suite 301
Beloit, WI 53511

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date
For attachment to Policy No.       TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

LM_000234

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Herzog/Reyes,
Contracting Corp-Port of Long Beach – Pier E Intermodal Yard/Container Rail Yard Ph1

Herzog/Reyes, Contracting Corp & Port of Long Beach-Pier E Intermodal Yard/Container Rail Yard Ph 1 the City of Long Beach, its Board of Harbor Commissioners, employees and agents are listed as additional insured against negligent acts of Oidcastle Precast Inc. or anyone to whom Oldcastle Precast Inc. is liable or as noted by contract documents

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                           Expiration Date

For attachment to Policy No.             TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                          LM_000235

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
High Country Construction, Inc. and its Insurers

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Expiration Date

Issued To

Countersigned by

_____
Authorized Representative

Issued        Sales Office and No.      End. Serial No.

CG 24 04 05 09       © Insurance Services Office, Inc., 2008       **Page 1 of 1**

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
HMT LLC
24 Waterway Avenue, Suite 400
The Woodlands, TX 77380

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                           Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    ·

                                    _____
                                    Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                LM_000237

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**  Hoffman Corporation and all of its subsidiaries, Project Owner,  Project Architects/Engineers, each of their employees, agents and principals, other parties as required by the Prime Contract where required by written contract prior to loss.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                                    Sales Office and No.                          End. Serial No.

**CG 24 04 05 09**                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                                                    LM_000238

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Hofstra – LIJ School of Medicine
E.W. Howell Co., LLC
Hofstra University
Hofstra
Hofstra Partners, members, trustees, directors, officers,
Employees, agents, managing agent and
HLW International LLC representatives: and North
Shore LIJ

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To** Us of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

                              Countersigned by      _____
                                                     Authorized Representative

        Issued                Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

\

CONFIDENTIAL                                                                          LM_000239

25220150000100257

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Holder Construction Group, LLC, USAA and its
directors, officers, employees, agents and affiliates need to be named as additional insured

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                          Sales Office and No.                          End. Serial No.

**CG 24 04 05 09**                     © Insurance Services Office, Inc., 2008                     **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

**Holder-Big-D Construction, A Joint Venture and the Owner**

**Salt Lake City International Airport**

**Terminal Redevelopment Program**

**776 N Terminal Dr,**

**Salt Lake City, UT 84122**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date       Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by      _____
                                     Authorized Representative

Issued            Sales Office and No.        End. Serial No.

CONFIDENTIAL        LM_000241

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**Horizon Family Holdings, LLC**
**Family Entertainment Administration Services, LLC**
**David Bausch**
**Hawainn Parks – Pflugerville, LLC**
**City of Pflugerville**

**The owner, Hawaiian Parks Pflugerville, LLC and its subsidiaries and affiliates, and their respective directors, officers employees and agents**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date
For attachment to Policy No.       TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                   _____
                                   Authorized Representative

Issued            Sales Office and No.          End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                    LM_000242

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

HOS Bros. Construction, Inc., Sierra Construction Company, Inc., KV Industrial LLC and Wells Fargo

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  **$**

Effective Date                              Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                   _____
                                                    Authorized Representative

Issued                          Sales Office and No.                    End. Serial No.

CG 24 04 05 09                  © Insurance Services Office, Inc., 2008                  **Page 1 of 1**

CONFIDENTIAL                                                                      LM_000243

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| HPS Mechanical Inc.,-Avenida De Playa Infrastructure Subcontract 2079-OCP <br><br> HPS Mechanical Inc., The City of San Diego Public Works Contracting Group, officers, directors, Representatives employees and agents |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY
Premium $

Effective Date                                    Expiration Date

For attachment to Policy No.          TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                    _____
                                                    Authorized Representative

Issued                          Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
**I.E.-Pacific, Inc.**
**150 West Crest Street**
**Escondido, CA 92025**

**NAVFAC Southwest**
**FEAD VENTURA/CODE ROPMV**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                              Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **I.E.-Pacific, Inc.** |
| **150 West Crest Street** |
| **Escondido, CA 92025 and** |
| **NAVFAC Southwest** |
| **FEAD Venture/Code ROPMV** |
| **Contract No: N62473-09-D-1657/0016 P-281 Construct Engine Test Stand Facility** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV -- Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

| | |
|---|---|
| Effective Date | Expiration Date |
| For attachment to Policy No. | TB2-C81-004095-115 |
| Audit Basis | |

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CONFIDENTIAL                                                                    LM_000246

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **I.E.-Pacific, Inc.** |
| **150 West Crest Street** |
| **Escondido, CA 92025** |
| |
| **NAVFAC Southwest** |
| **FEAD VENTURA/CODE ROPMV** |
| **BTS Equipment Unlimited Ins.** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date          Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by             _____
                                       Authorized Representative

Issued                   Sales Office and No.                End. Serial No.

| | | |
|---|---|---|
| **CG 24 04 05 09** | © Insurance Services Office, Inc., 2008 | **Page 1 of 1** |

CONFIDENTIAL          LM_000247

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

I.E.-Pacific, Inc.
**150 West Crest Street**
**Escondido, CA 92025**

**NAVFAC Southwest**
**FEAD VENTURA/CODE ROPMV**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued            Sales Office and No.            End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                LM_000248

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
INDIANA & OHIO RAILWAY COMPANY
C/O Genesee & Wyoming Railroad Services, Inc.
13901 Sutton Park Drive South, Suite 160
Jacksonville, FL 32224

CR39 AARDOT Crossing #228957B CR68 AARDOT Crossing #228958H, Fairfield, Lancaster, 43130
Project 845086, FAI Fairfield CR39/41/68
Reference Agreement Number: IORY 140818A

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.            End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL

25220150000100267

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Inline Commercial Construction, Inc.
P.O. Box 5837
Aloha, OR 97006

Keybank Springfield_Job #9512-14

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
|---|---|

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                  _____
                                  Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                              LM_000250

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
**Intercontinental Exchange Inc., NYSE Euronext, New York Stock Exchange Group, Inc. New York Stock Exchange, Inc., Gardiner & Theobald Inc., Benchmark Builders Inc. its owners, affiliates, joint venture, and/or subsidiary companies, and any other party or interest that is required by contract or agreement, its directors, officers, agents, representatives and consultants, are additional insured's on a primary & non-contributory basis including ongoing operations (CG 20 10 Form) & completed operations (CG 20 37 Form) with Waiver of Subrogation in respects to General Liability & Umbrella Liability**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                       Expiration Date

For attachment to Policy No.         TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued            Sales Office and No.            End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** International Paper Company on behalf of itself and its subsidiaries |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

_____
Authorized Representative

Issued                    Sales Office and No.            End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: |
| --- |
| J. E. Dunn Construction Company<br>Reno County Kansas (Owner)<br>Treanor Architects |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

For attachment to Policy No.

Audit Basis

Issued To

Expiration Date

TB2-C81-004095-115

Countersigned by

_____
Authorized Representative

Issued

Sales Office and No.

End. Serial No.

CG 24 04 05 09                 © Insurance Services Office, Inc., 2008                 Page 1 of 1

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
James W. Fowler Company, The Vallecitos Water
District (Owner), Engineer, the Owner's Representative, and their respective directors, officers, employees,
Representative, agents, successors, and assigns and the City of San Marcos, The San Marcos
Development Agency and their elected and appointed boards, officers and employees are included as
Additional insureds

Job No. 2013-01, San Marcos Interceptor Replacement – Phase I

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

.

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date        Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                 Sales Office and No.              End. Serial No.

CONFIDENTIAL             LM_000254

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

JHL Construction
3827 E US Highway 84
Gatesville, TX 76528

Project – Ford Hood
Misc Paving Contract #W91151-13D-0009,

All task orders

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                   Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____
                                    Authorized Representative

Issued            Sales Office and No.        End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                    LM_000255

25220150000010 0273

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization :** |
| --- |
| JKR Site Control |
| 18949 Redland Road |
| San Antonio, TX 78259 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    Page 1 of 1

CONFIDENTIAL                    LM_000256

2522015000000100274

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization:   . |
|---|
| **JLB Partners, LLC** |
| **JLB Builders, LLC** |
| **JLB Triangle, LP** |
| **3890 West Northwest Highway, Seventh Floor** |
| **Dallas, TX 75220** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

                                    Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CONFIDENTIAL                                                              LM_000257

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**Jordan Foster Construction LLC**

**15603 North IH-35**
**Pflugerville, TX 78660**

**Project Number: 14084**
**Project: San Marcos Municipal Airport TX**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by  _____
                            Authorized Representative

Issued            Sales Office and No.        End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                           LM_000258

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Jordan Foster Construction, LLC
15603 North IH 35
Pflugerville, TX 78660

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                                Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____
                                                        Authorized Representative

Issued                              Sales Office and No.                 End. Serial No

CG 24 04 05 09                     © Insurance Services Office, Inc., 2008                     **Page 1 of 1**

CONFIDENTIAL                                                                                    LM_000259

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Kajima USA Inc.<br>Kajima International Inc.<br>Kajima Building and Design, Inc.<br>Kajima Building & Design Group, Inc.<br>Kajima Associates, Inc.<br>Kajima Associates (Michigan), Inc.<br>Kajima Associates/Architects & Engineers, A Professional Corporation<br>Any subsidiaries, parents and affiliated companies of the above<br>Project Owner, Yokohama Tire Manufacturing Mississippi LLC<br>Project Architect Kajima Associates/Architects & Engineers, PC<br>Any other entities required by the Contract Documents or set forth in the Agreement with the Owner and Contractor or Owner and Design-Builder, whichever is most stringent. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date           Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by         _____

                                     Authorized Representative

Issued                    Sales Office and No.             End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008           Page 1 of 1

CONFIDENTIAL                   LM_000260

25220150000010027⁸

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Kee Construction** |
| **PO Box 558130** |
| **Chicago, IL 60655-8130** |
| |
| **The Public Building Commission of Chicago, the Board of Education of the City of Chicago and the City of Chicago** |
| |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                      End. Serial No.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                   LM_000261

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Kier Construction and Vernal Gardens
Apartments II LLC
195 W. Golf Course Rd.
Suite 1
Logan, UT 84321

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date

Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____
                                        Authorized Representative

Issued                              Sales Office and No.              End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008              Page 1 of 1

CONFIDENTIAL                                                                                              LM_000262

25220150000010028O

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

Name Of Person Or Organization:  .

**Kier Construction**

**3710 Quincy Ave**

**Ogden, UT 84403**

**Project: Valley View Parking Lot**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of Section IV – **Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                               Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                     End. Serial No.

**CG 24 04 05 09**                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                                          LM_000263

2522015000000100281

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Klaver Construction Co. Inc.<br>PO Box 272<br>Kingman, KS 67068 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                Page 1 of 1

LM_000264

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization: |
| --- |
| Knoxville & Holston River Railroad Co. |
| (Gulf & Ohio Railways) |
| 422 West Cumberland Avenue Knoxville, TX 37901 |
| Project Number: N312 |
| Project Name: Knox I275 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                              Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                        Sales Office and No.                       End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Kraemer Brothers, LLC Bank of Wisconsin Dells and Kalahari Resorts, LLC; and its respective subsidiaries, parent, affiliates, and the; directors, officers, employees, successors and assigns of these entities.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                             Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by     _____
                                          Authorized Representative

Issued                     Sales Office and No.               End. Serial No.

CONFIDENTIAL                                                              LM_000266

25220150000100284

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization : |
| --- |
| L & M Contractors, Inc.<br>PO Box 1171<br>Great Bend KS 67530.<br><br>Re: KDOT Republic U036-079 KA 2084-01<br>Job No. 682<br>SJN 697412 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date          Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                                    Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CONFIDENTIAL        LM_000267

252201500000100285

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Laborer's District Council, LLC and CBRE, Inc., as Agent for Landlord** |
| |
| **CBRE 5000 Hopyard Road, Suite 180** |
| **Pleasanton, CA 94588** |
| **Attention: Cheryl Lawrence** |
| |
| **Reference: Union Plaza:** |
| **4780 Chabot Drive** |
| **Pleasanton CA** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____        _____
                                        Authorized Representative

Issued                Sales Office and No.              End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                                    LM_000268

2522015000000100286

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization :** |
| Lansford Company, Inc. |
| P.O. Box 708 |
| Lampasas, TX 76550 |
| |
| Project_Lampasas Airport Project, 1323LMPAS |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by            _____
                                    Authorized Representative

Issued            Sales Office and No.            End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                LM_000269

252201500000100287

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| LDH MP, LLC<br>Hunter Properties Inc. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
| --- | --- |
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.   TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by

Authorized Representative

Issued          Sales Office and No          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL          LM_000270

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

Lease Crutcher Lewis, Cedarbrook Lodge LLC (Owner), Washington Trust Bank (Mortgagee) GGLO (Architect), Seneca Group (Development Manager), Falkin & Associates and Highline Water Districts
Project Number: S13143
Project Name: Cedarbrook Lodge Expansion
Project Location: 18525 36th Ave. S,
SeaTac, WA

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by          _____
                                    Authorized Representative

Issued                  Sales Office and No.              End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                    LM_000271

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
Lee County, a political subdivision and Charter County of the State of Florida, its agents, employees, and public officials.

Certificate Holder:
Lee County Board of Commissioners
PO Box 398
Fort Myers, FL 33902

Project Name: County-wide Resurfacing Roadway Improvements, FY 14 Contract
Project Number: B-140270

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                        Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                        Sales Office and No.                        End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL          LM_000272

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
Lennar Corporation
Insurance Compliance
PO Box 12010-LC
Hemet, CA 92546-8010

Lennar Corporation including its subsidiaries, partners, partnerships, affiliated companies, successors and assigns are listed as additional insured

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization :** |
| --- |
| Liberty Hill High School #555367 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____

Authorized Representative

Issued                              Sales Office and No.              End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL

25220150000010029 2

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: |
| --- |
| LP Ciminelli, Inc., New Meadowlands Racetrack LLC, Development Details LLC, New Jersey Sports and Exhibition Authority, NMR SB Operating LLC, NMR OTW Operations LLC and all other parties |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date        Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued              Sales Office and No        End. Serial No.

**CG 24 04 05 09**        © Insurance Services Office, Inc., 2008        **Page 1 of 1**

CONFIDENTIAL        LM_000275

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

M3 Development Partners, LLC
M3 Builders, LLC
Ball Real Estate Investments, LLC
WSWB Reynard, LLC

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To


Countersigned by

_____
Authorized Representative

Issued                Sales Office and No.            End. Serial No

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL                                               LM_000276

25220150000000294

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Mascaro Construction Co. L.P.<br>1720 Metropolitan Street<br>Pittsburgh, PA 15233<br><br>West Virginia University, West Virginia Board of<br>Governors, DLA, Architecture & Interior Design and<br>Mascaro Construction Co., L.P. and any other persons<br>or entities required by Contract Documents |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by  _____

_____

Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              Page 1 of 1

CONFIDENTIAL                                    LM_000277

252201500000100295

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Mascott Equipment Company
435 NE Hancock Street
Portland, OR 97212

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.     TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued              Sales Office and No.              End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                    LM_000278

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
Mass Electric Construction Co.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date              Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CONFIDENTIAL                                        LM_000279

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Meritage Homes Corporation<br>PO Box 12010-ME<br>Hemet, CA 92546-8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by

_____
Authorized Representative

Issued             Sales Office and No.             End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                                 LM_000280

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Michigan Department of Transportation<br>Contract Services Division<br>P.O. Box 30050<br>Lansing, MI 48909<br><br>Project: 13045-120262 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued      Sales Office and No.      End. Serial No.

CG 24 04 05 09      © Insurance Services Office, Inc., 2008      **Page 1 of 1**

CONFIDENTIAL      LM_000281

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** |
| Mid Mountain Contractors, Inc. |
| Insurance Compliance |
| PO Box 12010-MM |
| Hemet CA 92546-8010 |
| |
| Job 142209 – Green River Filtration Facility Project – Hoffman #4260011 |
| |
| MidMountain Contractors, Inc. Officers, Agents and Employees, Tacoma Water Project Architects/Engineers, Hoffman Corporation and all of its subsidiaries, each of their employees, agents and principals. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                                Expiration Date

For attachment to Policy No.         TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                          LM_000282

252201500000100301

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization:**  . |
| --- |
| MNR Construction, Inc. |
| 5103 Bleecker Street |
| Baldwin Park, CA 91706 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                        Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____
                                     Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              Page 1 of 1

CONFIDENTIAL                                                                 LM_000283

2522015000001003102

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . <br><br> **Montana Rail Link Inc., The Burlington Northern and Santa Fe Railway Company and Catellus Management Company – re Pipeline Across or Along Railroad Right of Way** <br><br><br><br> |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____

Authorized Representative

Issued                          Sales Office and No.                          End. Serial No.

CG 24 04 05 09                  © Insurance Services Office, Inc., 2008                  Page 1 of 1

CONFIDENTIAL                                        LM_000284

252201500000100303

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| **Name Of Person Or Organization:** . |
| --- |
| **Montana Rail Link, Inc.** <br> **IASA as their interest may appear** <br> **P.O. Box 1662** <br> **Missoula, MT 59808-6624** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To** Us of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                                    Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                                Sales Office and No.                        End. Serial No.

CG 24 04 05 09                  © Insurance Services Office, Inc., 2008                  **Page 1 of 1**

CONFIDENTIAL                                                                                          LM_000285

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Mortenson/Mason, A joint Venture<br>1101 Alaskan Way Suite 103<br>Seattle, WA 98101 |
| City of Seattle, Elliot Bay Seawall Replacement Project |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  **$**

Effective Date                    Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____

                                    Authorized Representative

Issued            Sales Office and No.          End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

\

                                    LM_000286

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
MSB Constructors, Inc. (General Contractor)
127 N. Madison Avenue, Suite 200
Pasadena, CA 91101

Oakland Investment (Owner)
300 North Lake Avenue, Suite 1090
Pasadena, CA 91101

Project No: PO#03797
Project Name: Chelsea Court
Project Location: 288 South Oakland Avenue, Pasadena CA 91101

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                        Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                        Sales Office and No.              End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                                    LM_000287

25220150000100306

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** .<br>MW Builders, Inc.<br>10955 Lowell Avenue, Suite 300<br>Overland Park, KS 66210<br><br>**Ellis County Courthouse & Law Enforcement Center Renovation and Addition Hays, LS. Subcontract No. 284-02740-T**<br>Ellis Co, KS |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.            TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL

LM_000288

252201500000100307

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Nabholz Construction Services, and all of its Subsidiaries, Affiliates, Employees, agents and Principals are named as additional insured

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                            Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

252201500000100308

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization**: |
| National Grid USA and subsidiaries |
| Attn: Risk Management Bldg. A-4 |
| 300 Erie Boulevard West |
| Syracuse, NY 13202 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions**:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

252201500000100309

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

**New Jersey Department of Transportation**
**Regional Construction Engineer: Mr Robert Parker**
**1035 Parkway Avenue**
**Trenton, New Jersey 08625**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date        Expiration Date

For attachment to Policy No.     TB2-C81 004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued         Sales Office and No.        End. Serial No.

CONFIDENTIAL           LM_000291

25220150000010031 0

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>NewPage Corporation<br>8540 Gander Creek Drive<br>Miamisburg, OH 45342<br><br>Project Number: 214026<br>Project Name: MDOT Rumford (WIN 2350.00 & 20358.00)<br>Project Location: Rumford, Maine |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                           Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                _____
                                            Authorized Representative

Issued                      Sales Office and No.              End. Serial No.

CONFIDENTIAL                                                                                                    LM_000292

252201500000100311

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| NNN Netpark II, LLC<br>c/o Daymark Realty Advisors, Inc.<br>5701 E. Hollsborough Avenue<br>Suite 1120<br>Tampa, FL 33610 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date

For attachment to Policy No.       Expiration Date

TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued       Sales Office and No.       End. Serial No.

CG 24 04 05 09       © Insurance Services Office, Inc., 2008       **Page 1 of 1**

CONFIDENTIAL       LM_000293

25220150000010031 2

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Nolte Farms Phase 1
Seguin, TX

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                              Expiration Date
For attachment to Policy No.       TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                              Sales Office and No.                              End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                LM_000294

252201500000100313

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: |
|---|
| Norfolk Southern Railway Co.<br>Three Commercial Place<br>Norfolk, VA 23510-2191<br>Attn: Scott W. Dickerson, Director Risk Management<br><br>Project: 13045-12062 |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                              Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                              Sales Office and No.                              End. Serial No.

CONFIDENTIAL                                                                                                LM_000295

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| North Forest Office Space<br>Development Austin, LLC<br>305 N. Heatherwilde Boulevard<br>Pflugerville, TX 78691<br><br>North Forest Office Space Development Austin, LLC<br>North Forest Office Space – Austin, LLC<br>North Forest Holdings Austin LLC<br><br>Project: Cottonwood Creek Medical Offices, DD131225 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
| --- | --- |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                                        Authorized Representative

Issued                    Sales Office and No          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL          LM_000296

2522015000001003.15

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>North Forest Office Space<br>Development Austin, LLC<br>305 N Heatherwilde Boulevard<br>Pflugerville, Texas 78691<br><br>North Forest Office Space Development Austin, LLC<br>North Forest Office Space – Austin, LLC<br>North Forest Holdings Austin LLC<br><br>Project: Thin-ology #DD131227 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                  _____
                                  Authorized Representative

Issued                            Sales Office and No.          End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL                                                                              LM_000297

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** |
| Job – 14211 – SCL North Services Center Annex |
| 1133 North 100th Street |
| Seattle, WA |
| Mckinstry Essention, LLC, Owner and MidMountain Contractors, Inc., Officers, Agents and Employees |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                Sales Office and No.            End. Serial No.

CONFIDENTIAL                                                                LM_000298

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization:  . |
|---|
| **NorthStar Demolition and Remediation LP, Rochester Gas and Electric Corporation, Iberdrola USA & LiRo Engineers, Inc** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by          _____
                          Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                    LM_000299

252201500000100319

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization : |
| --- |
| O.C. JONES AND SONS, INC., ROMAN CATHOLIC WELFARE CORPORATION OF SAN JOSE and all other entities as required by contract |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                      Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                LM_000300

252201500000100320

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Ocean Spray Cranberries, Inc. and its Subsidiaries and affiliates
One Ocean Spray Drive
Lakeville, MA 02349

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

                              Countersigned by
                                                  _____
                                                  Authorized Representative

        Issued           Sales Office and No.            End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

2522015000001003321

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

Ohio Southern Railroad
4349 Easton Way, Suite 110
Columbus, OH 43219

Genesee & Wyoming, Inc.
13901 Sutton Park Dr. South, Suite 330
Jacksonville, FL 32224

Project Number: 150074 Project Name: MUS-US 22 SR 719 ODOT (74)15 Project Location: AARDOT-514733R, Muskingum Co.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                 Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                          Authorized Representative

Issued               Sales Office and No           End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                 LM_000302

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization:** . |
| --- |
| OHL USA W.C. Construction Company LLC |
| PO Box 25051 |
| Winston Salem, NC 27101 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date      Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by      _____
           Authorized Representative

Issued      Sales Office and No.      End. Serial No.

**CG 24 04 05 09**      © Insurance Services Office, Inc., 2008      **Page 1 of 1**

CONFIDENTIAL      LM_000303

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| OHL USA |
| 1920 Main Street Suite #300 |
| Irving, CA 92614 |
| |
| Project Number: 1US315-SC-1016 |
| Project Name: Lakeview Ave RR Grade Sep |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                          Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                               Sales Office and No.                    End. Serial No.

CONFIDENTIAL                                                                                          LM_000304

25220150000010032-4

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
|---|
| Panattoni Construction, Inc.<br>8775 Folsom Blvd, Suite 100<br>Sacraments, CA |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.

Audit Basis

Issued To

Expiration Date

TB2-C81-004095-115

Countersigned by

_____
Authorized Representative

Issued

Sales Office and No.

End. Serial No.

**CG 24 04 05 09**

© Insurance Services Office, Inc., 2008

**Page 1 of 1**

CONFIDENTIAL

LM_000305

2522015000001100325

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization:<br><br>**PCL Civil Constructors, Inc**<br>**Vermont Agency of Transportation** |
|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _Dana D. Spatters_
                                 Authorized Representative

Issued                    Sales Office and No.            End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                    LM_000306

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| PCL Construction Services, Inc. and City of Seattle |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                         Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

_____
Authorized Representative

Issued                              Sales Office and No.                    End. Serial No

CONFIDENTIAL                                                                              LM_000307

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
PeaceHealth – Behavioral Health Unit Relocation: 55 Hillyard Street Eugene, Oregon 97401, Skanska USA Building Inc., Project No. 4113034

Skanska USA Building Inc., Owner Skanska USA Inc., Indemnified Parties, any other parties as required by the owner Contract, PeaceHealth, Oregon Region, and their respective directors, officers, employees and affiliates

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by          _____
                          Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                    LM_000308

252201500000100328

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| Pence/Kelly Concrete, LLC<br>2747 Pence Loop SE<br>Salem, OR 97302 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by    _____
                                   Authorized Representative

Issued              Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                    LM_000309

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
Pepper-Lawson Waterworks, LLC., Project Owner and the Architect and Engineer
3701 Kirby Dr., Ste 1133
Houston, TX 77096

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81 004095-115
Audit Basis

Issued To

Countersigned by _____
                                 Authorized Representative

Issued                Sales Office and No.              End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                    LM_000310

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

Pinnacle Property Management Services, LLC, Its Respective Affiliated, Related Parent and Subsidiary Companies and the Ownership Entities of Their Owned or Managed Properties

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                      _____
                                                   Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

**CG 24 04 05 09**             © Insurance Services Office, Inc., 2008             **Page 1 of 1**

CONFIDENTIAL                                                                                            LM_000311

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**Pioneer Technical Services, Inc.**

**201 East Broadway, Ste. C**

**Helena, MT 59601**

**Pioneer Technical Service, Inc., the Montana Environmental Custodial (Trust), the Montana Environmental Protection Trust Group LLC, the Greenfield Custodial Group, Inc., the United States Environmental Protection Agency (EPA) and the Beneficiaries of the Trust**

**HSG Job No. 525701, Prickly Pear Creek Realignment Construction. Est Helena, MT**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                _____
                                          Authorized Representative

Issued            Sales Office and No.            End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                                                    LM_000312

252201500000100332

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Port of Seattle<br>Attn: Amy Pierce CPO<br>PO Box 1209<br>Seattle, WA 98111 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date         Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued        Sales Office and No.       End. Serial No.

CG 24 04 05 09       © Insurance Services Office, Inc., 2008       **Page 1 of 1**

CONFIDENTIAL LM_000313

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: . |
|---|
| **Powell Constructors, Inc. and Owner** <br><br> **City Project #07-03, Job 735** <br> **Project Name: Bogert Trail Bridge Rehab** <br> **Project Location: Palm Springs, CA** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Expiration Date

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    Page 1 of 1

CONFIDENTIAL                    LM_000314

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| **Name Of Person Or Organization:**<br>Precision General Commercial Contractors, Inc. |
|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                              Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

                                                    _____
                                                    Authorized Representative

Issued                        Sales Office and No.                    End. Serial No.

CONFIDENTIAL                                                                          LM_000315

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .
**Preferred Material, Inc., dba Conrad Yelvington Distributors**
2328 Bellevue Ave.
Daytona Beach, FL 32114

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date      Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by      _____
                                       Authorized Representative

Issued      Sales Office and No.      End. Serial No.

CONFIDENTIAL      LM_000316

25220150000010033 6

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Primax Construction, Inc.<br>293 Olmsted Blvd., Suite 11<br>PO Box 3229<br>Pinehurst, NC 28374<br><br>Insured: Callanan Industries, Inc.<br>PO Box 15097<br>Albany, NY 12212 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date        Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                Sales Office and No.          End. Serial No.

CONFIDENTIAL                              LM_000317

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Prince AKA Prince Contracting, LLC** |
| **10210 Highland Manor Dr., Ste 110** |
| **Tampa, FL 33610** |
| |
| **Project Number: 752524/61305** |
| **Project Name: Design Build I-75 – E7i24** |
| **Project Location: Pasco County** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                                      Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by      _____
                                              Authorized Representative

Issued                          Sales Office and No.                    End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                Page 1 of 1

CONFIDENTIAL                                                                                    LM_000318

252201500000100338

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Prince AKA Prince Contracting, LLC** |
| **10210 Highland Manor Dr., Ste 110** |
| **Tampa, FL 33610** |
| |
| **Project Number: 752470** |
| **Project Name: I-275 Widening – T7298** |
| **Project Location: Hillsborough County** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued              Sales Office and No.              End. Serial No.

**CG 24 04 05 09**              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                                                      LM_000319

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . <br> **Prince Contracting, LLC** <br> **10210 Highland Manor Dr. Ste. 110** <br> **Tampa, FL 33610** <br><br> **Project Number: Bruce B. Downs (CR581) Segment A Roadway Reconstruction #C-0189-0-2014/DV** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.          Expiration Date

Audit Basis          TB2-C81-004095-115

Issued To

Countersigned by

_____

Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CONFIDENTIAL          LM_000320

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

**Prince (a.k.a. Prince Contracting, LLC)**
**10210 Highland Manor Drive Suite 110**
**Tampa, FL 33610**

**FDOT T1621 I-75 @ University Pkwy**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                     Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Dana D. Shatters

Authorized Representative

Issued                Sales Office and No.              End. Serial No.

**CG 24 04 05 09**              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

\

CONFIDENTIAL                                                                LM_000321

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** |
| **Prince AKA Prince Contracting, LLC** |
| **10210 Highland Manor Dr., Ste 110** |
| **Tampa, FL 33610** |
| |
| **Project Number:212775** |
| **Project Name: I-75 E1J72** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                               Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____
Authorized Representative

Issued                         Sales Office and No.                    End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008            **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Prince AKA Prince Contracting, LLC** |
| **10210 Highland Manor Dr., Ste 110** |
| **Tampa, FL 33610** |
| |
| **Project Number: 752424** |
| **Project Name: Boyette Road, Ph III** |
| **Project Location: Hillsborough County** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued          Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL          LM_000323

252201500000100343

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Property Management Associates, Inc.
c/o Compliance Depot
P.O. Box 115006
Carrollton, TX 75011

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____
                                    Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                          LM_000324

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Property Management Associates, Inc., and the Ownership entity(s) of their owned or managed Properties<br>c/o Compliance Depot<br>P.O. Box 115006<br>Carrollton, TX 75011 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date        Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued        Sales Office and No.        End. Serial No.

CONFIDENTIAL        LM_000325

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
PulteGroup, Inc., its affiliates and subsidiaries
PO Box 12010-PI
Hemet, CA 92546-8010

Project Name: Master Land Trade Contractor Agreement – All Projects

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____
                               Authorized Representative

Issued              Sales Office and No.              End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                    LM_000326

2522015000001003.46

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>PulteGroup, Inc., Its affiliates and subsidiaries<br>PO Box 12010-PL<br>Hemet, CA 92546-8010<br><br>Project Name: Master Land Trade Contractor<br>Agreement – All Projects<br>Coverage provided is for All Jobs/Locations |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                         Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by              _____
                                        Authorized Representative

Issued                        Sales Office and No.          End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              Page 1 of 1

CONFIDENTIAL                                                                      LM_000327

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**

R.M.R. Construction
2424 Oakdale Avenue
San Francisco, CA 94124

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                          Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                          LM_000328

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

Rampart Construction Company, LP as General Contractor
and 5453 Burnet Ventures, LLC
Cal I 5453 Burnet Member, LLC
Clay-Adams Partners, LP
BlackRock Realty Advisors, Inc.
BlackRock Cal I, LLC
Ardent Residential, LP
Ardent GP, LLC
and W. Clay Fuller as owners are named as additional insured

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008                    Page 1 of 1

CONFIDENTIAL                                                                                     LM_000329

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Red Hawk Contracting Company, Inc.<br>P.O. Box 34566<br>5200 Leonhardt RD<br>San Antonio, TX 78265 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date      Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued      Sales Office and No.      End. Serial No.

**CG 24 04 05 09**      © Insurance Services Office, Inc., 2008      **Page 1 of 1**

CONFIDENTIAL      LM_000330

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>Reece Construction Co Inc.<br>PO Box 168<br>Scandia, KS 66966<br><br>KDOT Saline Co. 143-85 KA 0036-01. Reece Job No. 13-007. SJN 697393 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by

_____
Authorized Representative

Issued

Sales Office and No.

End. Serial No.

**CG 24 04 05 09**        © Insurance Services Office, Inc., 2008        **Page 1 of 1**

CONFIDENTIAL        LM_000331

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

Renwood L. L.C. as "Owner"
Tarragon L. L. C. as "Owner's Representative"

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by        _____
                         Authorized Representative

Issued          Sales Office and No.        End. Serial No.

**CG 24 04 05 09**        © Insurance Services Office, Inc., 2008        **Page 1 of 1**

CONFIDENTIAL        LM_000332

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>Reyes Construction Inc._Green Beach Project<br>Reyes Construction Inc., its directors, officers and  employees are listed as additional insured against any negligent act of the insured |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                                    Expiration Date

For attachment to Policy No.              TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                    _____

                                                          Authorized Representative

Issued                          Sales Office and No.                 End. Serial No.

© Insurance Services Office, Inc., 2008

CONFIDENTIAL                                                                                      LM_000333

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Riverside Construction Company, Inc.<br>4225 Garner Road<br>Riverside, CA 92502-1146<br><br>RE: Contractor Project No 13005<br>Laurel Steel Grade Separation<br>Riverside Construction Company Inc., and San Bernardino Associated Governments , their officers, directors, and employees |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                  Sales Office and No               End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                Page 1 of 1

CONFIDENTIAL                                                                    LM_000334

25220150000010035

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

Riverside Construction Company, Inc.
4225 Garner Road
Riverside, CA 92502-1146

RE: Contractor Project No 13007
Schleisman Road Bridge Over Cucamonga Creek Riverside Construction Company, Inc. and Shea Homes, their officers, directors, and employees

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |
|---|---|

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

For attachment to Policy No.         TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                    LM_000335

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Roseburg Forest Products Co. or affiliated Companies, employees, officers and agents are additional insured and coverage provided is primary (except Worker's Compensation) per the attached endorsements. Wavier of Subrogation applies in favor of Roseburg Forest Products, its subsidiaries and affiliated companies, employees, and officers and agents per endorsements.

RLC Industries Co. and any Subsidiaries
P.O. Box 1088
Roseburg, OR 97470

Montana Materials Inc.
DBA L S Jensen Construction & Ready Mix
P.O. Box 16296
Missoula, MT 59808

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by

_____
Authorized Representative

Issued          Sales Office and No          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          Page 1 of 1

CONFIDENTIAL          LM_000336

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

RREEF Management, LLC
RREEF America, LLC
Wilson Oakmead West, LLC
Jones Lang LaSalle Americas, Inc.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date
For attachment to Policy No.       TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                                                                LM_000337

252201500000100357

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization: . |
|---|
| Contractor: Rutter Development Corporation<br>Project Owner: Oceanside Mesa, LLC<br><br>Project: Oceanside Mesa |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by     _____
                     Authorized Representative

Issued            Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                          LM_000338

252201500000100358

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization: |
| --- |
| Ryan Companies US, Inc |
| Attn: Insurance Coordinator |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                        Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                                         Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                                          LM_000339

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Sampson Construction Co., Inc.
3730 s 14th Street
Lincoln, NE 68502

Scheel's All Sports
4550 15th Avenue South
Fargo, ND 58103

Architect:
R.L. Engebretson, P.E.
15 Broadway, Suite 205
Fargo, ND 58102

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    Page 1 of 1

CONFIDENTIAL                                                                                    LM_000340

25220150000010036I

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Sargent Corporation and City of Falmouth** |
| **271 Falmouth Rd** |
| **Falmouth, ME 04105** |
| |
| **Project Number: 214348** |
| **Project Name: Sargent Corp – Falmouth Rt. 1** |
| **Project Location: Route 1 Falmouth, ME** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by     _____

                          Authorized Representative

Issued              Sales Office and No.              End. Serial No.

**CG 24 04 05 09**              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                                          LM_000341

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Savitar Realty Advisors as Agent
2301 W. Sample Road
Bldg 3, Suite 1B
Pompano Beach, FL 33073

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date       Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued       Sales Office and No.       End. Serial No.

CG 24 04 05 09       © Insurance Services Office, Inc., 2008       **Page 1 of 1**

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** |
| Na Job – 14211 – SCL North Services Center Annex |
| 1133 North 100th Street |
| Seattle, WA |
| Mckinstry Essention, LLC, Owner and MidMountain Contractors, Inc., Officers, Agents and Employees |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                                Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                        Sales Office and No.                        End. Serial No.

CONFIDENTIAL                                                                                    LM_000343

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

Name Of Person Or Organization: .

**Sellen Construction Co., Inc. Their Parent Subsidiaries and Affiliated Companies, and Their Respective Officers, Directors, Employees, Agents, and Representatives**

**Project Number: 7075**
**Project Name: Museum of Flight-Covered Airpark**
**Project Location: 9404 East Marginal Way South Seattle, WA 98108**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of Section IV – **Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

                                        Countersigned by
                                                              _____
                                                              Authorized Representative

        Issued                    Sales Office and No.              End. Serial No

**CG 24 04 05 09**         © Insurance Services Office, Inc., 2008         **Page 1 of 1**

CONFIDENTIAL                                                LM_000344

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**

**Sellen Construction Co., Inc., Their parent subsidiaries and affiliated Companies, and their Respective Officers, Directors, Employees, Agents and Representatives,**
**Southport LLC, Southport One LLC, Hotel Southport LLC, SECO Development Inc., Michael P and Min Z. Christ**
**Southport Hotel-Lake WA Blvd. Inters**
**Renton, WA 98056**
**Project No 6838.001**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095 115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

**CG 24 04 05 09**                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                LM_000345

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

SiliconSage Construction, Inc.
3333 Bowers Avenue #239
Santa Clara, CA 95054

115 Evandale Ave, LLC, 538 Mathilda Ave LLC, and SilconSage Builders LLC, SiliconSage Construction Inc., and their Officers, Directors, Volunteers and Representatives and Agents

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued            Sales Office and No.            End. Serial No.

CONFIDENTIAL                                                                LM_000346

2522015000001003368

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** Skanska USA Building Inc.
221 Yale Avenue N, Suite 400
Seattle WA 98109

Skanska USA Building Inc., Owner, Skanska USA
Inc., Indemnified Parties, any other parties
as required by the Owner Contract

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions**:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____

Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
Skanska USA Building Inc., Owner, Skanska USA Inc., Indemnified Parties, any other parties as required by the Owner Contract. Target and their respective directors, officers employees and affiliates
222 SW Columbia St. Ste. 300, Portland, OR 97201
Target Store T-2857, Spokane South, WA Target Project # 4113057

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                                                    LM_000348

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| Skanska USA Building Inc. |
| 221 Yale Avenue N, Suite 400 |
| Seattle, WA 98109 |
| |
| **Skanska USA Building Inc., Owner, Skanska USA Inc., Indemnified Parties, any other parties as required by the Owner Contract affiliates** |
| |
| **Location(s) Covered Operations** |
| RE: VM-ICY & Cute Care TI – |
| 1100 Ninth Avenue |
| Seattle WA 98101 |
| |
| **Skanska USA Building Inc.,** |
| **Project Number: 4212031-000** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **B. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Expiration Date

Issued To

Countersigned by

Authorized Representative

Issued

Sales Office and No

End. Serial No.

© Insurance Services Office, Inc., 2008

CONFIDENTIAL

LM_000349

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
Skanska USA Building, Inc.
222 SW Columbia St., Ste. 300
Portland, OR 97201

Skanska USA Building, Inc., Owner Skanska USA Inc., Indemnified Parties, any other parties as required by the Owner contract, PeaceHealth, Oregon Region and their respective directors, officers, employees

RE: PeaceHealth-Behavioral Health Unit Relocation, 1255 Hillyard Street, Eugene, Oregon 97401
Project Number: 4113034

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                   _____
                                              Authorized Representative

Issued                          Sales Office and No.              End. Serial No.

**CG 24 04 05 09**              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization:  . |
| --- |
| **Skanska USA Civil West California District Inc. 1995 Agua Mansa Road Riverside, CA 92509-2405** **Material Project #094-027-04 LATC Intermodal Facility, Union Pacific Railroad, Contract #60357** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of Section IV –
**Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above
because of payments we make for injury or damage arising out of your ongoing operations or "your work" done
under a contract with that person or organization and included in the "products-completed operations hazard".
This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No

**CG 24 04 05 09**               © Insurance Services Office, Inc., 2008               **Page 1 of 1**

CONFIDENTIAL                                                                        LM_000351

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization: . |
| --- |
| Skanska USA Civil West |
| California District Inc. |
| 1995 Agua Mansa Road |
| Riverside, CA 92509-2405 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by        _____
                         Authorized Representative

Issued          Sales Office and No.        End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                                LM_000352

252201500000100374

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| SKANSKA USA Civil West |
| California District Inc. |
| Riverside CA 92509-2405 |
| |
| Re: Material Project #094-027-04, LATC Intermodal Facility, Union Pacific Railroad, Contract #60357 |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To** Us of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                       Expiration Date

For attachment to Policy No          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

_____
Authorized Representative

Issued                  Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL          LM_000353

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
Snyder Langston, L.P.
LBA IV5PPI, Ins. c/o LBA Realty, LLC

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                         Expiration Date
For attachment to Policy No.           TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                    _____
                                    Authorized Representative

Issued              Sales Office and No.          End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                                      LM_000354

2522015000001100376

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>South Carolina Department of Transportation |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date          Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          ....................................
                                    Authorized Representative

Issued                   Sales Office and No.              End. Serial No.

CONFIDENTIAL          LM_000355

252201500000100377

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Standard Pacific of the Carolinas, LLC and all their affiliates as additional insured** |
| **1100 Perimeter Pk Dr.** |
| **Morrisville, NC 27560** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date

For attachment to Policy No.            TB2 C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                          End. Serial No.

CONFIDENTIAL                                                                 LM_000356

252201500000100378

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| Stanley Martin Companies, LLC |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  **$**

Effective Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| Strelic Plumbing |
| dba Advance Plumbing Company |
| PO Box 1706 |
| El Cajon, CA |
| |
| **Contractor Name:** Solpac Construction, Inc. |
| dba Soltek Pacific Construction Company |
| 2424 Congress Street |
| San Diego, CA 92110 |
| |
| **Owner Name:** San Diego Unified School District |
| Strategic Sourcing and Contract Department |
| 2351 Cardinal Lane Building M |
| San Diego, CA 92123 |
| |
| **Project Number:** Adv Plumber #15702/Soltek #964 |
| **Project Name:** O'Farrelil Charter School (CZ-15-0292-57) |
| **Project Location:** San Diego |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date          Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by             _____

                                                 Authorized Representative

Issued                     Sales Office and No.             End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                   LM_000358

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**

Suffolk Construction Company and Curry College

Suffolk Construction Co., Inc.
65 Allerton Street
Boston, MA 02119

Re: For the work performed by Oldcastle Precast Inc. at the Curry College Residence Hall

Project #214082

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CONFIDENTIAL                                                                LM_000359

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

SunPower Corporation Systems, its officers, agents and employees, Jobsite Owner, SunPower Corporation Systems Customer and others as may be required per the contract are named as additional insured's but only as respects liability arising out of the named insured operations.

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                     Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

_____
Authorized Representative

Issued              Sales Office and No.            End. Serial No.

CONFIDENTIAL                                                                LM_000360

25220150000010382

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
SWACO and all related entities or subsidiaries, employees, agents and/or representatives

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date            Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued             Sales Office and No.          End. Serial No.

CONFIDENTIAL             LM_000361

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** <br> T.B. Penick & Sons, Inc. <br> 15435 Innovation Drive, Suite 100 <br> Sand Diego CA 92128 <br> & <br> San Diego Unified School District (SDUSD) <br><br> Job No: 3427-3 <br> Patrick Henry High School <br> San Diego, CA |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date        Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by                  _____
                                         Authorized Representative

Issued                     Sales Office and No.               End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>Talisen Construction Corp<br>213 West 35th Street, Suite 806<br>New York, NY 10001 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date        Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by       _____

                                          Authorized Representative

Issued                      Sales Office and No.          End. Serial No.

CONFIDENTIAL                                               LM_000363

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .
Target T-2857 Spokane South #4113057

Target Corporation, Skanska USA Building, Inc.,
Skanska USA, Inc. and any other required per
contract

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                           Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by        _____
                                      Authorized Representative

Issued                        Sales Office and No.              End. Serial No.

**CG 24 04 05 09**           © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                                 LM_000364

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Teal Construction Company
1335 Brittmoore
Houston, TX 77043

Owner:
Wilson County ESD
PO Box 249
La Vernia, TX 78121

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued              Sales Office and No.            End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                          LM_000365

25220150000100388

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:** .

**Telluride Regional Airport Authority**

**1500 Last Dollar Road, Suite 1**
**Telluride, CO 81435-9159**
**FAA AIP Project No: 3-08-0088-32**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                        Sales Office and No.                        End. Serial No.

CG 24 04 05 09                        © Insurance Services Office, Inc., 2008                        Page 1 of 1

CONFIDENTIAL                                                                 LM_000366

25220150000010089

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization:** . |
| --- |
| Terravia Construction, LLC |
| |
| **Project: Park Ridge Subdivision, Dothan, AL** |
| |
| |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.　　TB2-C81-004095-115

Expiration Date

Audit Basis

Issued To

Countersigned by　　_____

Authorized Representative

Issued　　　　Sales Office and No.　　　　End. Serial No.

CG 24 04 05 09　　　　© Insurance Services Office, Inc., 2008　　　　**Page 1 of 1**

CONFIDENTIAL

25220150000001003390

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

The Boeing Company
PO Box 3707 MC 89-17
Seattle, WA 98124-2207

Project: LAP-13066-3
25-20 Parking Lot Addition
Renton, WA (Longacres Lot)

The Boeing Company, its subsidiaries, and their respective directors, officers, agents and employees

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date            Expiration Date
For attachment to Policy No.    TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by          _____
                          Authorized Representative

Issued            Sales Office and No.        End. Serial No.

CG 24 04 05 09        © Insurance Services Office, Inc., 2008        **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
The City of Abilene KS
419 N Broadway
Abilene KS 67410

The City of Abilene and Olsson Associates and
Engineer

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                Sales Office and No.           End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
The Columbus & Ohio River Rail Road Company
c/o Genesee & Wyoming Railroad Services, Inc.
13901 Sutton Park Dr., Suite 160
Jacksonville, FL 32224

Project: 140048, LIC-CR134-0.00 Thornwood Dr.
PID82211 located at Thornwood Drive Crossing,
Licking County, Heath OH 43056
CUOH 140728A

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Expiration Date

Countersigned by

_____
Authorized Representative

Issued    Sales Office and No.    End. Serial No.

CG 24 04 05 09    © Insurance Services Office, Inc., 2008    Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **The Matthews Group, Inc.** |
| **PO Box 2099** |
| **Purceville, VA 20134-2099** |
| |
| **The Matthews Group, Inc. t/a TMG Construction Corporation and the owner** |
| **Project Name: Walter Reed Project** |
| **Project Number: 30-2853** |
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by        _____
                                    Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              Page 1 of 1

CONFIDENTIAL                                                                                    LM_000371

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:** .

**The people of the State of New York, its officers, agents and employees, The New York State Office of General Services and any Authorized User of this contract**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____        _____
                                            Authorized Representative

Issued                Sales Office and No.          End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

CONFIDENTIAL                                                                    LM_000372

25220150000100395

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>The Ryland Group, Inc. and its subsidiaries, affiliated and successor companies, officers, directors, agents, servants, employees, divisions, divisions, partners shareholders. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date
For attachment to Policy No.          TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                          End. Serial No.

CONFIDENTIAL                                                                                          LM_000373

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
The Seminole Tribe of FL
5201 Ravenswood Rd. #107
Fort Lauderdale, FL 33312

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by        _____
                            Authorized Representative

Issued              Sales Office and No.          End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                                    LM_000374

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**

The Struthoff Company, Inc.
13428 West Avenue
PO Box 160279
San Antonio, TX 78280-2479

Owner:
Fiesta Restaurant Group, Inc.
14800 Landmark Blvd.
Dallas, TX 75254

Project:
Taco Cabana 1604
15606 Chase Hill Blvd.
San Antonio, TX

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

---

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                    LM_000375

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization** : |
| --- |
| Contractor:<br>The Struthoff Company, Inc.<br>13428 West Avenue<br>PO Box 160279<br>San Antonio, TX 78280-2479<br><br>The Owner:<br>Fiesta Restaurant Group, Inc.<br>14800 Landmark Blvd.<br>Dallas, TX 75254<br><br>Project:<br>Pollo Tropical 1604<br>6819 N. Loop 1604 W<br>San Antonio, TX |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions**:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date               Expiration Date
For attachment to Policy No.    TB2-C81-004095-115
Audit Basis

Issued To

                        Countersigned by             _____
                                                  Authorized Representative

      Issued                       Sales Office and No.              End. Serial No.

CONFIDENTIAL                                                                           LM_000376

2522015000001003999

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
Toll Brothers, Inc.
Toll Bros, Inc. and their subsidiaries and affiliates

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by                  _____
                                  Authorized Representative

Issued                  Sales Office and No.          End. Serial No.

CG 24 04 05 09               © Insurance Services Office, Inc., 2008               **Page 1 of 1**

CONFIDENTIAL                                                                    LM_000377

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:  .** |
| **Town of Ranchester** |
| **PO Box 695** |
| **Ranchester, WY 82829** |
| |
| **Project Name: 2014 Sewer Main rehab** |
| **Project Location: Ranchester Wyoming** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date          Expiration Date

For attachment to Policy No.     TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by          _____
                                   Authorized Representative

Issued          Sales Office and No.          End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL          LM_000378

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
Trinity Industries, Inc., its subsidiaries and affiliated legal entities

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To                                   .

Countersigned by                    _____

                                                Authorized Representative

        Issued                      Sales Office and No.              End. Serial No.

CONFIDENTIAL                                                                              LM_000379

25220150000010040 2

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>Tucci & Sons, Inc., and US Department of Transportation<br><br>Project: WA PRA MORA 14(6) NISQUALLY TO PARADISE ROAD, PHASE 1 Contract Number: DTFH7014C00004/Tucci Job Number: 213 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                    LM_000380

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**
Turelk, Inc., Elijay Acoustics, Inc., Hyundai Motor America, its parent and any subsidiaries, related and affili-
ated companies of each, and the officers, directors, shareholders, employees, agents and
assigns of each, the Owner's representative, if any, Hyundai AMCO America, the General Contractor, the
OCIP Administrator, their respective officers, agents, and employees

Hyundai Motor America Headquarters
10550 Talbert Ave
Fountain Valley, CA 92708

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**The following is added to Paragraph 8. Transfer Of Rights Of Recovery Against Others To Us of Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date      Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued      Sales Office and No.      End. Serial No.

CG 24 04 05 09      © Insurance Services Office, Inc., 2008      **Page 1 of 1**

CONFIDENTIAL      LM_000381

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization:**

> U.W. Marx, Inc.
> 20 Gurley Avenue
> Troy, NY 12182

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued           Sales Office and No.         End. Serial No.

Expiration Date

CG 24 04 05 09        © Insurance Services Office, Inc., 2008        **Page 1 of 1**

25220150000010010495

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization: |
|---|
| University of Delaware, East Campus Residential Complex, Building A&B 313 Wyoming Road, Newark, DE 19716. Skanska USA Building Inc., Project Number 1410036. University of Delaware, Skanska USA Building Inc., Skanska USA, Inc., and their respective parent companies, their subsidiaries, related and affiliated companies of each and the directors, officers, agents employees, assignees of each and their affiliates |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                  Sales Office and No.              End. Serial No.

**CG 24 04 05 09**              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                    LM_000383

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**

Upper Plains Contracting Inc., & Owner and their agents and employees

5325 E Hwy 12
Aberdeen, SD 57401

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

CONFIDENTIAL                                                                LM_000384

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization :** <br><br> Vector Construction Corporation <br> 6364 Island Road <br> Cicero, NY 13039 <br><br> Per written contract |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                           Expiration Date

For attachment to Policy No.            TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

Authorized Representative

Issued                         Sales Office and No                End. Serial No.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                         LM_000385

2522015000001400408

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| Venture One Construction Inc. |
| 3883 Virginia Ave |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                          Expiration Date

For attachment to Policy No.            TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                  Sales Office and No.              End. Serial No.

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                    LM_000386

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>VRD Contracting, Inc.<br>25 Andrea Rd.<br>Holbrook, NY 11741 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                Sales Office and No.            End. Serial No.

**CG 24 04 05 09**            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

CONFIDENTIAL                                                    LM_000387

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| **Name Of Person Or Organization :** |
| --- |
| W.G. Yates & Sons Construction Co.<br>One Gully Avenue<br>Philadelphia, MS 39350<br><br>Liberty Mutual Surety<br>Interchange Corporate Center<br>450 Plymouth Road, Suite 400<br>Plymouth Meeting, PA 19462 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date                     Expiration Date

For attachment to Policy No.       TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

CG 24 04 05 09                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                            LM_000388

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
| --- |
| W. S. Newell & Sons Inc. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the  LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                    Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued              Sales Office and No.              End. Serial No.

**CG 24 04 05 09**              © Insurance Services Office, Inc., 2008              **Page 1 of 1**

CONFIDENTIAL                                                                   LM_000389

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person Or Organization : |
|---|
| Wadman Corporation |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued            Sales Office and No.            End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            Page 1 of 1

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
Wadsworth Brothers Construction Company, Inc.
1350 E. Draper Parkway
Draper UT 94020

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by            _____
                            Authorized Representative

Issued            Sales Office and No.        End. Serial No.

CG 24 04 05 09            © Insurance Services Office, Inc., 2008            **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
Washington State Department of Transportation Project #8540

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium  $

Effective Date                          Expiration Date
For attachment to Policy No.        TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                    End. Serial No.

CONFIDENTIAL                                                                    LM_000392

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:**<br>Washington Department of Transportation, the State, the Governor, the Commission, the Secretary, the Department, all officers and employees of the State, and their respective members, directors, officers, employees, agents and consultants |
| RE: I-90 - BN RR Bridge to Vic. Geiger Rd - Paving Contract No. 8294 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____

Authorized Representative

Issued                          Sales Office and No.                          End. Serial No.

**CG 24 04 05 09**                 © Insurance Services Office, Inc., 2008                 **Page 1 of 1**

CONFIDENTIAL                                                                                    LM_000393

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization:**
Washington State Department of Transportation Project #008611; I-90 Barker to Idaho State Line

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions**:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                         Expiration Date

For attachment to Policy No.           TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

CG 24 04 05 09          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                      LM_000394

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization : |
|---|
| Washington State Department of Transportation<br>Contract Administration & Payments Section<br>PO Box 47420<br>Olympia WA 96504-7420 |
| WSDOT Contract #008583 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.    TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

Authorized Representative

Issued                    Sales Office and No.                    End. Serial No.

CG 24 04 05 09              © Insurance Services Office, Inc., 2008              Page 1 of 1

CONFIDENTIAL                                                                                    LM_000395

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Washington State Department of Trans.** |
| **Contract Administration & Pmnts Section** |
| **PO Box 47420** |
| **Olympia, WA 96504-7420** |
| **Project Number: 008718** |
| **Project Name: NB S 277th St. To Green River Bridge Paving** |
| **Project Location: SR 167 From MP 18.03 to 19.04** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Project Name: NB S 277th St. To Green River Bridge Paving**

The following is added to Paragraph 8. **Transfer Of Rights Of Recovery Against Others To Us** of Section IV – Conditions:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date

Expiration Date

For attachment to Policy No.        TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.              End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL          LM_000396

2522015000001004I9

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** . |
| **Washington State Dept. of Transportation** |
| **Contract Admin & Payments Section** |
| **Olympia, WA 98504-7420** |
| |
| **Project Number: 8739** |
| **Project Name: SR 164 Hemlock St. to 408th St.** |
| **Paving and ADA Compliance** |
| **Project Location: SR 164 Hemlock St. To SE 408th St.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium **$**

Effective Date          Expiration Date

For attachment to Policy No.      TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by              _____

                                             Authorized Representative

Issued                    Sales Office and No.             End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Name Of Person Or Organization :**
Way-Tech, Inc.
6124 Westview
Houston, TX 77055

Attn: John Plummer

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                            Expiration Date

For attachment to Policy No.          TB2-C81-004095-115

Audit Basis

Issued To

Countersigned by _____     _____
                                      Authorized Representative

Issued                  Sales Office and No.            End. Serial No.

**CG 24 04 05 09**          © Insurance Services Office, Inc., 2008          **Page 1 of 1**

CONFIDENTIAL                                                        LM_000398

2522015000000100121

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| |
|---|
| **Name Of Person Or Organization :**<br>White Construction Company<br>2705 Bee Caves, Suite 250<br>Austin, TX 78746<br><br>Owner_Whole Foods Market (SWRO), 1105 N. Lamar Boulevard, Austin, TX 78703<br><br>Project_Whole Foods Market_SW Region Office Parking Lot, #3326-02502N, KM220NT |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                              Expiration Date
For attachment to Policy No.               TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by              _____
                                     Authorized Representative

Issued                  Sales Office and No.            End. Serial No.

**CG 24 04 05 09**                © Insurance Services Office, Inc., 2008                **Page 1 of 1**

CONFIDENTIAL                                                                                    LM_000399

2522015000000100422

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Person Or Organization :**
White Construction Company
2705 Bee Caves, Suite 250
Austin, TX 78746

Project_Whole Foods Market_SW Region Office Parking Lot, #3326-02502N, KM220NT

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | |
|---|---|
| The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:** | We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above. |

This endorsement is executed by the LIBERTY MUTUAL FIRE INSURANCE COMPANY

Premium $

Effective Date                    Expiration Date
For attachment to Policy No.      TB2-C81-004095-115
Audit Basis

Issued To

Countersigned by      _____
                      Authorized Representative

Issued           Sales Office and No.           End. Serial No.

CONFIDENTIAL          LM_000400